ORIGINAL

FILED
OCT 1 2003
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WARREN BERES and VICKI BERES, husband and wife, ) ) ) | |
| Plaintiffs ) ) | No. 03-785L<br>Honorable Marian Blank Horn |
| v. ) ) | |
| UNITED STATES, ) ) | |
| Defendant. ) ) | |

## JOINT STIPULATION OF FACTS

The parties respectfully submit the following Joint Stipulation of Facts. Counsel for the United States has reviewed the contents of this stipulation and assents to plaintiff submitting it to the Court on behalf of both parties.

The parties stipulate as follows:

1. On July 5, 1887, the Seattle, Lake Shore, and Eastern Railroad Company secured approval from the Department of the Interior of a map locating proposed construction of a railroad running generally along the east shoreline of Lake Sammamish, Washington. Attached as Exhibit 1 is a copy of a portion of the map. In the lower left hand corner is the notation that the map was approved on July 5, 1887. The face of the map also includes the

1

certified statement of J. R. McDonald, President of the Seattle, Lake Shore, and Eastern Railway Company, that "the map has been prepared to be filed for approval of the Secretary of the Interior in order that the company may obtain the benefits of the act of Congress approved March 3, 1875, entitled 'An act granting to railways the right of way through the public lands of the United States.' "

2.  On April 15, 1891, the Seattle, Lake Shore, and Eastern Railway Company filed with the United States Land Office in Seattle, Washington, a Map of Location showing the definite location of the constructed railway. Attached as Exhibit 2 is a copy of a portion of this map. On the face of the map is a sworn declaration of Harry Talcott that construction of the railway was completed in March 1888. A copy of Talcott's declaration is attached as Exhibit 3.

3.  A segment of the completed railway traverses through a portion of Government Lot 4, in Section 6, Township 24 North, Range 6 East, Willamette Meridian, in King County, Washington.

4.  On January 11, 1892, the United States issued a Land Patent to William H. Cowie for the parcel described as Government Lot 4, in Section 6, Township 24 North, Range 6 East, Willamette Meridian, in King County, Washington. A copy of the Land Patent is attached as Exhibit 4.

5.  Attached as Exhibit 5 is a typed reproduction of the contents of the 1892 Land Patent to Cowie. This Exhibit is submitted to ease the reading of the original Land Patent.

6.  The Plaintiffs, Warren and Vicki Beres, are the owners of a residential property commonly identified by address as 2305 E. Lake Sammamish Pl. SE, Sammamish,

Washington. Plaintiffs reside in a house located on that parcel. The Beres' parcel is located within the same Government Lot 4 that was covered by Land Patent to William H. Cowie.

7. Although the United States reserves the right to raise challenges to the chain of title from Cowie to Beres, the parties agree that any property interest of Beres derives from the 1892 Land Patent to Cowie.

8. Pursuant to the General Right of Way Act of March 3, 1875, the Seattle, Lake Shore & Eastern Railroad Company, or its successors, obtained an easement through the property allegedly owned by Beres.

JOINTLY SUBMITTED this 30th day of September, 2003.

By: *John M. Groen*
John M. Groen
Attorneys for Warren and Vicki Beres

GROEN STEPHENS & KLINGE LLP
2101 – 112th Avenue NE, Suite 110
Bellevue, WA 98004-2944
Telephone (425) 453-6206
Fax (425) 453-6224

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Stipulation of Facts was served upon counsel for Defendant by regular mail, postage prepaid and properly addressed this 30th day of September, 2003, at Bellevue, Washington, to the following person:

**Attorney for the United States of America:**
David W. Spohr
United States Department of Justice
Environmental & Natural Resources Division
General Litigation Section
c/o NOAA Damage Assessment
7600 Sand Point Way N.E.
Seattle, WA 98115-0070

_____
Linda Hall