IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WARREN BERES, et al.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | No. 03-785L, as Related to MOREL (No. |
| | ) | 04-1467L), and BROWN (No. 04-1473L). |
| **v.** | ) | |
| | ) | **Honorable Marian Blank Horn** |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**STIPULATION OF ISSUE AND FACTS**

Plaintiff landowners from the above-referenced consolidated cases in *Morel* and *Brown* (collectively "Landowners") and the Defendant, through their respective counsel, hereby submit this stipulation of issue and facts as follows:

**I.   ISSUE**

1. Whether the Seattle, Lake Shore & Eastern Railway Co. (the "Railroad") acquired by adverse possession fee simple absolute title or merely an easement in the railroad right way traversing or adjoining Landowners' properties.[1]

**II.  FACTS**

2. The railroad right of way was established in approximately 1887 or 1888 through Section 7, Township 24 North, Range 6 East in King County.

3. The properties of Landowners are located in Section 7, Township 24 North, Range 6 East, in King County.

---

[1] For the purposes of this Stipulation and anticipated motions practice regarding the issue identified herein, only, the parties assume that the Landowners own property adjacent to or traversed by the subject right of way.

    4.    With respect to the location of Landowners' properties, the Land Schedule which the Railroad filed with the Interstate Commerce Commission states that the railroad acquired the interest in that property by adverse possession. No documents have been found to suggest otherwise. Thus, the parties agree that the Railroad acquired its interest in the right of way, either as an easement interest or a fee interest, by adverse possession.[2]

**III.   CONCLUSION**

The parties reserve their right to amend this Stipulation as deemed necessary. Because this is an electronic filing, all counsel of record have authorized the undersigned counsel for the Defendant to file this joint submission on their behalf.

Respectfully submitted this 1st day of November, 2006,

| ACKERSON KAUFFMAN FEX, PC | **Sue Ellen Wooldridge** |
| --- | --- |
|  | Assistant Attorney General |
|  | Environment & Natural Resources Division |
| /s/ Cecilia Fex | /s/ Bruce K. Trauben |
| Cecilia Fex | Bruce K. Trauben |
| ACKERSON KAUFFMAN FEX, PC | Kelle Acock |
| 1250 H Street, NW, Suite 850 | Natural Resources Section |
| Washington, DC  20005 | Environment &Natural Resources Division |
| Telephone:  (202) 833-8833 | U.S. Department of Justice |
| Facsimile:  (202) 833-8831 | P.O. Box 663 |
| *Counsel for Plaintiffs in Brown* | Washington, D.C.  20004-0663 |
|  | Telephone:  (202) 305-0238 |
|  | Facsimile:  (202) 305-0267 |
|  | *Attorneys for Defendant, the United States* |

---

[2] The term "adverse possession" used herein merely describes the method or process by which the Railroad acquired the rights to establish a railroad right of way over private property in the 1800's, rather than the quality or type of interest acquired, which is in dispute.

**GROEN STEPHENS & KLINGE LLP**

/s/ John M. Groen
John M. Groen, Esq.
GROEN STEPHENS & KLINGE LLP
11100 NE 8th Street, Suite 750
Bellevue, WA 98004
Telephone:  (425) 453-6206
Facsimile:   (425) 453-6224
*Counsel for Plaintiffs in Morel*