# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **WARREN BERES and VICKI BERES,** | * | |
| **Plaintiffs,** | * | |
| **CLIFFORD F. SCHROEDER, et al.,** | * | |
| **Plaintiffs,** | * | |
| **GERALD RAY, et al.,** | * | |
| **Plaintiffs,** | * | **Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1464L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L, 04-1476L** |
| **HENRY D. KLEIN, et al.,** | * | |
| **Plaintiffs,** | * | |
| **CLARENCE A. PETERSON, et al.,** | * | **Filed: November 3, 2006** |
| **Plaintiffs,** | * | |
| **RAYMOND SPENCER, et al.,** | * | |
| **Plaintiffs,** | * | |
| **DOUGLAS EDLUND,** | * | |
| **Plaintiff,** | * | |
| **ROBERT G. NELSON, et al.,** | * | |
| **Plaintiffs,** | * | |
| **PAUL MANNING,** | * | |
| **Plaintiff,** | * | |
| **EUGENE MOREL, et al.,** | * | |
| **Plaintiffs,** | * | |
| **PHYLLIS LANE,** | * | |
| **Plaintiff,** | * | |
| **ALEX A. RITZEN, et al.,** | * | |

**Plaintiffs,** *

**ESTATE OF PEARL WELCH, et al.,** *

**Plaintiffs,** *

**D. MIKE COLLINS, et al.,** *

**Plaintiffs,** *

**REID BROWN, et al.,** *

**Plaintiffs,** *

**WAVERLY HILLS CLUB, INC., et al.,** *

**Plaintiffs,** *

**ROBERT M. RUNDLE, et al.,** *

**Plaintiffs,** *

**v.** *

**UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * *

**O R D E R**

In response to the plaintiff's unopposed request for an enlargement of time to file its reply brief, and after considering the complexity of the issues involved in this case, the court **GRANTS** the plaintiff's request. The plaintiff shall file its reply brief on or before **Monday, November 6, 2006 at 12:00 p.m. EST**.

The court reminds the parties, that oral argument remains **SCHEDULED** for **Monday**, **November 13, 2006 at 10:30 a.m. EST**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C., 20005. The argument will continue on November 14, 2006 as necessary. Counsel of record for all parties shall appear in person. The courtroom number will be posted on the day of the hearing.

**IT IS SO ORDERED**.

**MARIAN BLANK HORN**
**Judge**