**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WARREN BERES, et al.,** | ) | **No. 03-785L, as Related to SCHROEDER (No. 04-1456L), RAY (No. 04-1457L), KLEIN (No. 04-1458L), PETERSON (No. 04-1459L), SPENCER (No. 04-1463L), NELSON (No. 04-1465L), MANNING (No. 04-1466L), LANE (No. 04-1468L), and COLLINS (No. 04-1472L).** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | **Hon. Marian Blank Horn** |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR LEAVE TO FILE REPLY**

Pursuant to the Rules of the U.S. Court of Federal Claims (RCFC), Rule 7(b), Defendant United States hereby moves for leave to file a reply in support of its motion for summary judgment or, alternatively, for judgment. Plaintiffs, through counsel, do not oppose this motion for leave to file a reply. The RCFC contemplate replies to responses to motions (see, e.g., RCFC 7.2 (b) (time for filing a reply); RCFC 5.2 (a)(3)). Additionally, the applicable scheduling orders issued by this Court on September 25, 2006, October 18, 2006 and November 3, 2006 do not prohibit the filing of a reply by the Defendant, but are silent on the issue. Defendant, therefore, respectfully requests that the Court grant this motion, and accept as filed the Reply attached hereto as Ex. A.

Respectfully submitted,

Sue Ellen Wooldridge
Environment &Natural Resources Division
U.S. Department of Justice

/s/ Bruce K. Trauben
Bruce K. Trauben
Kelle Acock

Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20004-0663
Tel.: (202) 305-0238
Fax: (202) 305-0267

Attorneys for Defendant, the United States

Dated: November 8, 2006