**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to MOREL (No. 04-1467L) and BROWN (No. 04-1473L). |
| Plaintiffs, | ) | |
| v. | ) | |
| UNITED STATES, | ) | |
| | ) | Honorable Marian Blank Horn |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE INTEREST ACQUIRED BY ADVERSE POSSESSION**

Plaintiff landowners from the above-referenced consolidated cases in *Brown* and *Morel* ("Plaintiff Landowners") hereby file their motion for partial summary judgment concerning the interests acquired adversely by the Railroad in the railroad right of way which burdens or adjoins their properties. For the reasons explained in the accompanying brief filed in support of this motion, under Washington law, the Railroad acquired merely an easement–not fee simple title–in the railroad right of way.

WHEREFORE, Plaintiff Landowners respectfully request their motion be granted, and that the Court find the Railroad acquired a mere easement over these Plaintiff Landowners' properties.

Respectfully submitted this 8th day of November, 2006.

/s/ Cecilia Fex
ACKERSON KAUFFMAN FEX, PC
1250 H. Street, NW, Suite 850
Washington, DC 20005
Telephone: (202) 833-8833
Facsimile: (202) 833-8831

*Counsel for Plaintiffs Brown*

/s/ John M. Groen
GROEN STEPHENS & KLINGE LLP
11100 NE 8th Street, Suite 750
Bellevue, WA 98004
Telephone: (425) 453-6206
Facsimile: (425) 453-6224

*Counsel for Plaintiffs Morel, et al.*