# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**WARREN BERES and VICKI BERES,** *

**Plaintiffs,** *

**CLIFFORD F. SCHROEDER, et al.,** *

**Plaintiffs,** *

**GERALD RAY, et al.,** *

**Plaintiffs,** *

**HENRY D. KLEIN, et al.,** *

**Plaintiffs,** *

**CLARENCE A. PETERSON, et al.,** *

**Plaintiffs,** *

**RAYMOND SPENCER, et al.,** *

**Plaintiffs,** *

**DOUGLAS EDLUND,** *

**Plaintiff,** *

**ROBERT G. NELSON, et al.,** *

**Plaintiffs,** *

**PAUL MANNING,** *

**Plaintiff,** *

**EUGENE MOREL, et al.,** *

**Plaintiffs,** *

**PHYLLIS LANE,** *

**Plaintiff,** *

**ALEX A. RITZEN, et al.,** *

**Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1464L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L, 04-1476L**

**Filed: November 20, 2006**

**Plaintiffs,** *
*
**ESTATE OF PEARL WELCH, et al.,** *
*
**Plaintiffs,** *
*
**D. MIKE COLLINS, et al.,** *
*
**Plaintiffs,** *
*
**REID BROWN, et al.,** *
*
**Plaintiffs,** *
*
**WAVERLY HILLS CLUB, INC., et al.,** *
*
**Plaintiffs,** *
*
**ROBERT M. RUNDLE, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * *

**O R D E R**

The court heard oral argument in the above captioned case November 13 and November 14, 2006. After discussion with the parties, the court establishes the following supplemental briefing **SCHEDULE**. On or before **Thursday, December 21, 2006**, defendant shall file its opening supplemental brief addressing the issue of collateral estoppel. On or before **Thursday, January 11, 2007**, plaintiff shall file its supplemental response brief. On or before **Thursday, January 26, 2007**, plaintiff shall file its supplemental reply brief. The briefs shall cite to both the joint stipulation of facts and to documents in the joint appendix

Also, as discussed with the parties, on or before **Friday, December 1, 2006**, the parties shall file a joint submission submitting legible copies of Joint Exhibits 31, 84, 108, 110, and 182 at Bates no. 26157.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**