IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |
| | ) | |

**STIPULATION**

Pursuant to the Court's November 20, 2006 Order, the Plaintiffs in the above-identified actions and Defendant, the United States (collectively, the Parties), hereby stipulate and agree that the transcriptions described below and attached hereto as exhibits are true and correct in all pertinent respects. For the Court's convenience, the Parties stipulate and agree that transcriptions of additional documents that are not subject to the Court's November 20, 2006 Order, are true and correct in all pertinent respects. The two categories of documents are listed, separately, below:

**A. Transcribed Documents Pursuant to the Court's November 20, 2006 Order**

1. Attached hereto as Exhibit A is a transcription of JA Ex. 31.

2. Attached hereto as Exhibit B is a transcription of JA Ex. 84.

3. Attached hereto as Exhibit C is a transcription of JA Ex. 108.

4. Attached hereto as Exhibit D is a transcription of JA Ex. 110.

5. Attached hereto as Exhibit E is a transcription of JA Ex. 182 (Bates No. 26157, only).

**B. Transcribed Documents for the Court's Convenience (Not Subject to the November 20, 2006 Order)**

1. Attached hereto as Exhibit F is a transcription of JA Ex. 12.

2. Attached hereto as Exhibit G is a transcription of JA Ex. 23.

3. Attached hereto as Exhibit H is a transcription of JA Ex. 24.

4. Attached hereto as Exhibit I is a transcription of JA Ex. 25.

5. Attached hereto as Exhibit J is a transcription of JA Ex. 114.

6. Attached hereto as Exhibit K is a transcription of Def.'s Ex. 2.

7. Attached hereto as Exhibit L is a transcription of Def.'s Ex 5.

8. Attached hereto as Exhibit M is a transcription of Def.'s Ex. 7.

9. Attached hereto as Exhibit N is a transcription of Def.'s Ex. 14.

Because this Stipulation is being filed electronically, counsel for the Plaintiffs have authorized counsel for the United States to electronically sign, below, and file.

Respectfully submitted this 15th day of December, 2006,

| | |
|---|---|
| **ACKERSON KAUFFMAN FEX, PC** | **Sue Ellen Wooldridge**<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| /s/ Cecilia C. Fex<br>Cecilia C. Fex<br>ACKERSON KAUFFMAN FEX, PC<br>1250 H Street, NW, Suite 850<br>Washington, DC  20005<br>Telephone:  (202) 833-8833<br>Facsimile:  (202) 833-8831<br>*Counsel for Plaintiffs in Collins* | /s/ Bruce K. Trauben<br>Bruce K. Trauben<br>Natural Resources Section<br>Environment &Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 663<br>Washington, D.C.  20004-0663<br>Telephone:  (202) 305-0238<br>Facsimile:  (202) 305-0267<br>*Attorneys for Defendant, the United States* |

**GROEN STEPHENS & KLINGE LLP**


/s/ John M. Groen
John M. Groen, Esq.
GROEN STEPHENS & KLINGE LLP
11100 NE 8th Street, Suite 750
Bellevue, WA 98004
Telephone:  (425) 453-6206
Facsimile:   (425) 453-6224
*Counsel for Plaintiffs in Schroeder, Ray, Klein, Peterson, Spencer, Nelson, Manning and Lane*