IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |
| | ) | |

# EXHIBIT A

# Transcription of JA Ex. 31

Bill Hilchkanum             )
     To                   )           WARRANTY DEED
Julia Curley                )

    **This Indenture**, made this 15th day of Dec in the year of our Lord one thousand eight hundred and ninety,
    BETWEEN Bill Hilchkanum and Anna Hilchkanum his wife of King County State of Washington
the parties of the first part, and Julia Curley of the same county and state,
the party of the second part:
    **Witnesseth**, That the said parties of the first part, for and in consideration of the sum of
One (1$) DOLLARS, Gold Coin of the United States,
to them in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, do by these presents Grant,
Bargain, Sell, Convey and Confirm unto the said party of the second part, and to her heirs and assigns, the following described tract,
lot, or parcel of land, situate lying and being in the County of King, State of Washington, and particularly bounded and described as follows,
to-wit:

    All of lot two (2) in section six (6) township twenty-four (24) north of
range six (6) east of Willamette Meridian containing twenty-one and
eighty hundredths (21 80/100) acres.
    **Together** with the appurtenances, to have and to hold the said premises, with the appurtenances, unto said party of the second part, and
to her heirs and assigns forever.
    And the said parties of the first part, their heirs, executors and administrators, do by these presents covenant, grant and agree to
and with the said party of the second part, her heirs and assigns, that they, the said parties of the first part, their heirs, executors
and administrators, all and singular, the premises hereinabove conveyed, described and granted or mentioned, with the appurtenances, unto the said
party of the second part, her heirs and assigns, and against all and every person or persons whomsoever lawfully claiming or to claim the
same, or any part thereof
shall and will WARRANT and forever DEFEND.
    **In Witness Whereof**, The said parties of the first part have hereunto set their hands and seals the day any year
first above written.

Signed Sealed and Delivered in the Presence of     )
D. T. Denny                                        )     Bill  X   Hilchkanum
R. W. Winchill                                     )     Anna  X   Hilchkanum