## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |
| | ) | |

# EXHIBIT B

# Transcription of JA Ex. 84

Bill Sbedzue
to                                          Warranty Deed
G.R. Fisher

    The grantor Bill Sbedzue of Inglewood, King County, Washington, for and in consideration of Nine hundred and twenty dollars (920 00/100) in hand paid conveys and warrants to G.R. Fisher of Seattle, Washington the following described real estate, viz:

    All his right, title and interest in and to Lot 3and N.E. 1/4 of S.W. 1/4 of Sec. 32, T. 25 N. R. 6 E of the W.M. in said King County, being [the] undivided two thirds of said described tract of land.

    Dated this fifth day of August, 1905.

In presence of }
                }                                          his
G.H. White   }                          Bill     X     Sbedzue
J.R. Morrison }                                       mark


[Acknowledgment]