## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WARREN BERES, et al.,** | ) | |
| | ) | **No. 03-785L, as Related to SCHROEDER** |
| | ) | **(No. 04-1456L), RAY (No. 04-1457L),** |
| **Plaintiffs,** | ) | **KLEIN (No. 04-1458L), PETERSON (No.** |
| | ) | **04-1459L), SPENCER (No. 04-1463L),** |
| **v.** | ) | **NELSON (No. 04-1465L), MANNING** |
| | ) | **(No. 04-1466L), LANE (No. 04-1468L),** |
| **UNITED STATES,** | ) | **and COLLINS (No. 04-1472L).** |
| | ) | |
| **Defendant.** | ) | **Honorable Marian Blank Horn** |
| _____ | ) | |


# EXHIBIT C

# Transcription of JA Ex. 108

Louie Tahalthkut  )
           and          )       Agreement
Daniel J. Reichert )

These articles of agreement made entered into and executed at the city of
Seattle, King County, Washington Territory on this 22nd day of June, A.D.
1889, by and between Louie Tahalthkut of King County aforesaid party of the
first part, and Daniel J. Reichert of the city of Tacoma, Pierce County in said
Territory party of the second part, Witnesseth: 1st That the said party of the
first part for and in consideration of the covenants promises and agreements
on the part of the said party of the second part hereinafter contained, coven-
ants promises and agrees to sell and convey and by these presents does sell and
convey and confirm unto the said party of the second part his heirs and
assigns, and said party of the second part covenants promises and agrees
to buy and take all and singular the timber suitable for logging and pil-
ing purposes now standing growing and being on those certain pieces or
parcels of land situate lying and being in King County, Washington Terri-
tory and particularly described as follows, to wit: Lot 4 and SE ¼ of SW ¼
of SEC. 32 in Township 25 N of Range 6 E containing 75 acres for the sum of
$250.00 gold coin of the United States of America to be paid at the date of the
execution of these presents and the said party of the second part in consider-
ation of the premises, covenants promises and agrees to pay to the said party
of the first part the said sum of $250.00 gold coin at the time aforesaid.  2nd
It is mutually covenanted promised and agreed by and between the respec-
tive parties hereto that in consideration of the premises the said party of the
second part shall and may have the privilege and right of free and uninter-
rupted ingress and egress upon and from said described lands with his men,
teams and appliances for the period of two (2) years next ensuing this date
for the purpose of entering upon, cutting, hauling and removing all of
said logging and piling timber off from said land and to construct and
make all logging roads necessary therefor and in case further said party
of the second part shall not cut haul and remove all of said logging and
piling timber off from said land during said two years then and in that
case the time in which to so cut haul and remove said timber as aforesaid
shall be extended for the further period of one year next thereafter upon
payment by said party of the second part to said party of the first part the sum
of ten (10) dollars therefor.  These articles are declared to be and are binding
upon the heirs legal representatives and assigns of the said parties hereto.
In Witness whereof the said parties hereto have hereunto set their hands and
seals the day and year first above written.
Signed sealed and De-              )
livered in the presences of        )          Louie   X   Tahalthkut   (seal)
Eban Smith                          )          Daniel J. Reichert         (seal)
Thor T. Kittell                      )

Territory of Washington  )

)  SS  This is to certify that on this 23rd day of June

County of King  ) AD 1889 before me Eban Smith a Notary Public in and for Washington Territory duly commissioned and sworn personally came the within named Louie Tahalthkut and Daniel J. Reichert to me known to be the individuals described in and who executed the within instrument and acknowledged to me that they signed and sealed the same as their free and voluntary act and deed for the uses and purposes therein mentioned. Witnessed my hand and official seal the day and year in this certificate first above written.

Eban Smith
Notary Public in and for Washington Territory