IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |
| | ) | |

# EXHIBIT D

# Transcription of JA Ex. 110

Mary Tahalthkut et al.
to                      Warranty Deed
T.N. Tallentire

      The grantor Mary Tahalthkut only wife that Louie Tahalthkut, deceased, ever had, and their only child Johnnie Tahalthkut, unmarried, and Jimmie Graham, a bachelor, for and in consideration of one thousand dollars in hand paid, convey and warrant to T. N. Tallentire, a single man, of Seattle, Washington, the following described real estate, to wit:

      Southeast quarter of Southwest quarter and Lot four all in section thirty two in township twenty five North Range six east W.M.

      Situated in the County of King, State of Washington.

      Dated this fourth day of May, 1907.

| | | | | | |
|---|---|---|---|---|---|
| Witnesses | } | Mary | her X mark | Tahalthkut | (seal) |
| | } | | | | |
| [Three Witnesses] | } | | his | | |
| | } | Johnnie | X mark | Tahalthkut | (seal) |
| | } | | his | | |
| | | Jimmie | X mark | Graham | (seal) |

[Acknowledgment]