**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WARREN BERES, et al.,** | ) | |
| | ) | **No. 03-785L, as Related to SCHROEDER** |
| | ) | **(No. 04-1456L), RAY (No. 04-1457L),** |
| Plaintiffs, | ) | **KLEIN (No. 04-1458L), PETERSON (No.** |
| | ) | **04-1459L), SPENCER (No. 04-1463L),** |
| v. | ) | **NELSON (No. 04-1465L), MANNING** |
| | ) | **(No. 04-1466L), LANE (No. 04-1468L),** |
| **UNITED STATES,** | ) | **and COLLINS (No. 04-1472L).** |
| | ) | |
| Defendant. | ) | **Honorable Marian Blank Horn** |
| | ) | |

# EXHIBIT E

# Transcription of JA Ex. 182 (Bates No. 26157)

| | | |
|---|---|---|
| Alfred Palmberg | ) | |
|     to | ) | **WARRANTY DEED** |
| Lake Sammamish L.& S. Co. | ) | |

THIS Indenture, made this   First   day of      February     
in the year of our Lord one thousand eight hundred and ninety three
BETWEEN Alfred Palmberg an unmarried man of King County
State of Washington
the party of the first part, and Lake Sammamish Lumber and Shingle Company a
corporation duly incorporated under the laws of the State of Washington the party of the second part
WITNESSETH, That the said party of the first part, for and in consideration of the sum of
Five Hundred DOLLARS, gold coin of the
United States, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged,
does by these presents grant, bargain, sell, convey and confirm unto the said party of the second part, and to its successors
heirs and assigns, the following described tract, lot, or parcel of land, situate, lying and being in the County of King, and State
of Washington, and particularly bounded and described as follows, to wit:
All of that part of lot two (2) of section nineteen (19) in township twenty five (25) north
range six (6) east W.M. which lies west of the right of way of the Seattle, Lake Shore & Eastern
Railway, also the perpetual right to run a one inch pipe across the intervening lands of
said party of the first part from the creek in section twenty said township and
range to the premises above described and granted provided that said
pipe be placed a sufficient depth underground that it shall not interfere
with the cultivation or other reasonable use of the premises of said party
of the first part across which said easement is given.
TOGETHER with the appurtenances, to have and to hold the said premises, with the appurtenances, unto said party of the
second part and to its successors heirs and assigns forever.
      And the said party of the first part his heirs, executors and administrators do by these presents covenant, grant and agree to and with the said party of the second part its successors and assigns, that he, the said
party of the first part his heirs, executors and administrators, all and singular, the premises, here and above conveyed, described and granted, or mentioned, with the appurtenances, unto the said party of the second part its successors
and assigns, and against all and every person or persons whomsoever lawfully claiming or to claim the same or any part
thereof shall and will WARRANT and forever DEFEND
IN WITNESS WHEREOF, The said party of the first part has hereunto set his hand and seal the day and
year first above written.

| | | |
|---|---|---|
| Signed Sealed and Delivered in the Presence of | ) |     Alfred Palmberg     (Seal) |
|   . . . T. Williamson | ) | |
| | ) | |
|   J. Parks Henderson | ) | |