## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |
| | ) | |

# EXHIBIT F

# Transcription of JA Ex. 12

Alfred Palmberg                                             No. 113151
to                                                          WARRANTY DEED
Alonzo Charles Stares

  This Indenture, made this 30th day of March in the year of our lord one thousand eight hundred and ninety three, between Alfred Palmberg, a single man of King County Washington the party of the first part, and Alonzo Charles Stares of the said County and State the party of the second part[:]

  Witnesseth, that the said party of the first part, for and in consideration of the sum of sixty 60.00 Dollars ($60) lawful money of the United States to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, does by these presence grant, bargain, sell, convey and confirm unto the said party of the second part, and to his heirs and assigns the following described tract, lot or parcel of land, situate, lying and being in the County of King, State of Washington, and particularly bounded and described as follows, to wit:

  Beginning at a point on the line between lots 2 and 3 in section 20 Tp. 25 N R. 6 E. W.M. 569 64/100 feet south of the NW corner of said lot 3 thence west in said lot 2 two hundred and twenty one and 58/100 (221 58/100) feet thence southwesterly along a line drawn at right angels to the center line of the Seattle Lake Shore and Eastern Railway Company fifteen and 3/10 feet to the easterly margin of the right of way of said Railway Company thence southeasterly along said right of way two hundred forty and 4/10 (240 4/10) feet thence east eighty seven (87) feet to the line between said lots 2 and 3 thence east in said lot 3 fifty five (55 25/100) feet thence north two hundred (200) feet thence west fifty five and 25/100 (55 25/100) feet to the place of beginning containing 1 one acre Together with all riparian rights as reserved from Seattle Lake Shore and Eastern Railway Company fronting upon and appurtenant to the land hereinbefore described.

  Together with the appurtenances, to have and to hold the said premises, with the appurtenances, unto said party of the second part and to his heirs and assigns forever.

  And the said party of the first part his heirs, executors, and administrators do by these presents covenant grant and agree to and with the said party of second part his heirs and assigns, that he, the said party of first part his heirs, executors, and administrators, all and singular, the premises, hereinabove, conveyed, described and granted, or mentioned, with the appurtenances, unto the said party of the second part his heirs and assigns, and against all and every person, or persons whomsoever lawfully claiming or to claim the same or any part thereof shall and will warrant and forever defend.

IN WITNESS WHEREOF, The said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, Sealed and Delived in Presence of    Alfred Palmberg (Seal)
[Witnesses]

[Acknowledgment]