IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |
| | ) | |

# EXHIBIT G

# Transcription of JA Ex. 23

171776

      Bill Hilchkanum

          to                      Warranty Deed

      Annie Hilchkanum

This indenture, made this 16 day of December in the year of our Lord one thousand eight hundred and ninety eight, between Bill Hilchkanum (an Indian) of Monohan, Wash., the party of the first part, and Annie Hilchkanum (his wife) of same place, party of the second part.

Witnesseth, that the said party of the first part, for and in consideration of the sum of love and affection and one dollars lawful money of the United States to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, does by these presents grant, bargain, sell, convey and confirm unto the said party of the second part, and to her heirs assigns, the following described tracts, lots or parcels of land, situate, lying and being in the County of King, State of Washington and particularly bounded and described as follows, to wit:

Lot one (1) less three (3) acres right of way of railroad and lot three (3) less three and 25/100 acres right of way of railroad, and all of lot five (5) all in section six (6) in township twenty four (24) N. of range six (6) east [W.M.],
together with the appurtenances, to have and to hold the said premises with the appurtenances, unto said party of the second part, and to her heirs and assigns forever.

[Warranty]

In witness whereof, the said party of the first part has hereunto set his hand and seal the day and year first above written.

signed, sealed and delivered                             his
in the presence of                                  Bill    X     Hilchkanum <seal>
                                                         mark

[two witnesses]

[Acknowledgment]