IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |
| | ) | |

# EXHIBIT H

# Transcription of JA Ex. 24

Bill Hilchkanum                                   No. 344147

to                                                WARRANTY DEED

John Hirder

    This Indenture, made this 30th day of June in the year of our Lord One Thousand Nine Hundred and Five 1905, between Bill Hilchkanum of Monohan, County of King, State of Washington, the party of the first part, and John Hirder of Monohan, County of King, State of Washington, the party of the second part:

    Witnesseth, that the said party of the first part, for and in consideration of the sum of Seventy and 53/100 Dollars, Coin of the United States to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, does by these presence grant, bargain, sell, convey and confirm unto the said party of the second part, and to his heirs and assigns, the following described tract, lot, or parcel of land, situate, lying and being in the County of King, State of Washington, particularly bounded and described as follows, to wit:

    Commencing at a point which is North 2640 feet and West 1320 feet from the corner post between Sections 5, 6, 7 and 8, Township 24 N. R. 6 East W. M.; thence South 469 feet; thence East 147 feet; thence South 469 feet; thence West 870 feet; thence in a Northeasterly direction along the right of way of the Seattle Lake Shore & Eastern Railway now the North Bend branch of the N.P.R.R. to place of beginning, containing ten (10) acres, more or less, 1.59 acres being in Lot 5 and 8.44 acres being in Lot 3, Section 6, Township 24, Range 6 East W.M.

    Together with the appurtenances, to have and to hold the said premises, with the appurtenances, unto the said party of the second part and to his heirs, and assigns forever.

    And the said party of the first part his heirs, executors, and administrators does by the presents covenant, grant and agree to and with the said party of second part, his heirs and assigns, that he, the said party of first part, his heirs, executors, and administrators, all and singular, the premises hereinabove conveyed, described and granted, or mentioned, with the appurtenances, unto the said party of the second part his heirs and assigns, and against all and every person, or persons whomsoever lawfully claiming or to claim the same or any part thereof, shall and will warrant and forever defend.

    In Witness Whereof, the said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, Sealed and Delivered in Presence of

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | his |  |  |
| W.E. Gibson | } | Bill | X | Hilchkanum | [seal] |
| Thomas Lindsay | } |  | mark |  |  |
| J. H. Gibson | } |  |  |  |  |

[Acknowledgment]