IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |

# EXHIBIT I

# Transcription of JA Ex. 25

Bill Hilchkanum                                             No. 607447

to                                                          QUIT-CLAIM DEED

Chas Edeen

This Indenture, made this 3rd day of March in the year of our lord one thousand nine hundred and nine, between Bill Hilchkanum, of Monohan, Washington, the party of the first part, and Chas Edeen of Issaquah Washington, the party of the second part:

Witnesseth, that the said party of the first part, for and in consideration of the sum of One Dollar and other valuable consideration lawful monies of the United States of America, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, does by these presents, remise, release and forever quit-claim unto the said party of the second part, and to his heirs and assigns the following described tract, lot, or parcel of land, situated, lying and being in the County of King, State of Washington, and particularly bounded and described as follows, to wit:

All of the land situated in lot three (3) of section six (6) in Township Twenty four (24) North of Range six (6) East which lies in [front and . . . ] of the Tract sold by said grantor June 30, 1915 to John Hirder as shown of [record] in vol. 416 of deeds at page 628 at the [   ] of said King County auditor excepting the Northern Pacific Ry. right of way, together with all riparian rights and right of purchase of shore lands from State of Washington.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or is anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

To have and to hold all singular the said premises, together with the appurtenances, unto said party of the second part and to his heirs and assigns forever.

In Witness Whereof, The said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, Sealed and Delivered in Presence of                 his
M. L. Packard                                    Bill   X    Hilchkanum   [seal]
                                                        mark


[Acknowledgment]