IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |
| | ) | |

# EXHIBIT J

# Transcription of JA Ex. 114

                                                                                            404913

William J. Pickering et ux.

to

George H. Green

      This indenture, made this 5th day of July in the year of our lord one thousand nine hundred and six.

      Between William J. Pickering and Lizzie L. Pickering, his wife of Seattle, Washington, the parties of the first part, and George H. Green, of the same place, the party of the second part:

      Witnesseth, that the said parties of the first part, for and in consideration of the sum of one dollar lawful money of the United States of America, to them in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, do by these presents remise release and forever quit claim unto the said party of the second part, and to his heirs and assigns, the following described tracts, lots or parcels of land, situated, lying and being in the County of King, State of Washington, particularly bounded and described as follows, to wit.

      [List of Lots and Blocks in Inglewood]

      Excepting and reserving, however, any part or parcel of the land above described that may have been heretofore granted by J.D. Reeves and wife to the Northern Pacific Railway Company.

      Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or is anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

      To have and to hold all singular the said premises, together with the appurtenances, unto said party of the second part and to his heirs and assigns forever.

      In Witness Whereof, the said parties of the first part have hereunto set their hands and seals the day and year first above written.

      [Execution and Acknowledgment]