IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |
| | ) | |

# EXHIBIT K

# Transcription of Def.'s Ex. 2

State of Washington }                      TREASURER'S DEED
County of King    }

This Indenture, made this 13th day of November, 1903, between J. W. Mc Connaughey, as treasurer of King County, State of Washington, the party of the first part and J.D. Reeves party of the second part.

Witnesseth, that whereas, at a public sale of real estate, held on the 2nd day of November, A.D. 1903, pursuant to an order of the Board of County Commissioners of the County of King, State of Washington, duly made and entered, and after having first given due notice of the time and place and terms of said sale; and whereas, in performance of said order of the said Board of County Commissioners, and of the laws of the State of Washington, and for and in consideration of the sum of Seventy-one and 50/100 Dollars lawful money of the United States of America, to me in hand paid, the receipt whereof is hereby acknowledged, I have this day sold to J.D. Reeves the following described real estate, and which said real estate is the property of King County, and which is particularly described as follows, to wit:

      [List of Lots and Blocks in Inglewood, King County, Washington]

the said J. D. Reeves being the highest and best bidder at said sale and the said sum being the highest and best sum bid at said sale:

      Now therefore, know ye that I J.W. Mc Connaughey County Treasurer of said County of King, State of Washington in consideration of the [premises] and by virtue of the statues of the State of Washington, in such cases made and provided do hereby grant and convey unto said J.D. Reeves, his heirs and assigns, forever, the said real estate hereinafter described, as fully and completely as the said party of the first part can by virtue of the premises convey the same.

      Given under my hand and seal of office this 13th day of November, A.D. 1903.

      {Seal}                      J.W. Mc Connaughey
                                        County Treasurer.

Filed for record at request of Grantee, of the 13 day of Nov. 1903 at 55 minutes past 2 P.M.
                                    [Signature of Auditor]