**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |
| | ) | |

# EXHIBIT L

# Transcription of Def.'s Ex. 5

Louise Hilchkanum                                              No. 291394
                                                       QUIT CLAIM DEED
 To

Chris Nelson

This Indenture, made this 15th day of March in the year of our Lord one thousand nine hundred and four

    Between Louise Hilchkanum wife of Bill Hilchkanum of Monohan, Washington the party of the first part, and Chris Nelson, of Monohan, County of King, State of Washington, the party of the second part;

    Witnesseth, That the said party of the first part for and in consideration of the sum of One Hundred Dollars Gold Coin of the United States of America to her in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, does by these presents remise, release and forever quit claim unto the said party of the second part, and to his heirs and assigns, the following described tract, lot or parcel of land, situate, lying and being in the County of King, State of Washington, particularly bounded and described as follows, to wit:

    Lot One (1), Section Six (6) Township Twenty-Four (24) North Range 6 East of Willamette Meridian in the County of King State of Washington containing 13.75 acres, less three (3) acres heretofore conveyed to the Seattle & International Railway Company for right of way purposes.

    Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in any wise appertaining, and the reversion and reversions, remainder and remainder, rents, issues and profits thereof.

    To have and to hold, all and singular the said premises, together with the appurtenances, unto the said party of the second part, and to his heirs and assigns forever

    In Witness Whereof, The said party of the first part has hereunto set her hand and seal the day and year first above written.

Signed, Sealed and Delivered in Presence of
                                                    her
Margurite Todd, Henry F. Blake    }        Louise   X   Hilchkanum  {seal}
Charles Mose, Sidney J. Williams    }                 mark


[Acknowledgment]