## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |
| | ) | |

# EXHIBIT M

# Transcription of Def.'s Ex. 7

William J. Stares, Guardian

    To                                                                       Deed

George R. Fisher

    This Indenture made this 8th day of March A.D. 1906 by and between William J. Stares the duly appointed, qualified and acting guardian of the persons and estates of Walter Sbedzue and Santa Sbedzue, minors, the party of the first part and George R. Fisher of Seattle, King County, Washington, the party of the second part:

    Witnesseth, that whereas on the first day of February, A.d. 1906, the Superior Court within and for the County of King State of Washington made an order of sale authorizing the said party of the first part to sell certain real estate of the said minors situated in said King County State of Washington, and specified and particularly described in said order of sale, and which said order of sale now on file and of record in said Superior Court as hereby referred to and made a part of this indenture.

    And whereas under and by virtue of said order of sale and pursuant to legal notice given thereof the said party of the first part on the fifth day of March, A.D. 1906 at the hour of eleven o'clock a.m. at the west front door of the County Court house in the City of Seattle, State of Washington offered for sale at public auction and subject to confirmation by said Superior Court, the said real estate situated in said County and specified and described in said order of sale, as aforesaid, and at such sale, the said party of the second part became the purchaser of the whole of said real estate hereinafter particularly described for the sum of Two hundred dollars ($200.00) gold coin of the United States, he being the highest and best bidder, and that being the highest and best sum bid.

    And whereas the said Superior Court upon the due and regular return of the proceeding under the said order of sale made by the said party of the first part on the 5th day of March A.D. 1906, after making the said sale did on the 8th day of March A.D. 1906 make an order confirming said sale and directing conveyance to be executed to the said party of the second part which said order of confirmation now on file and of record in said Superior Court is hereby referred to and made a part of this instrument.

    Now therefore the said William J. Stares as the guardian of the persons and estates of said Walter Sbedzue and Santa Sbedzue, minors, as aforesaid the party of the first part pursuant to the order last aforesaid of the said Superior Court and for and in consideration of the said sum of Two hundred dollars ($200.00) gold coin of the United States to him in hand paid by said party of the second part, the receipt whereof is hereby acknowledged, has granted, bargained, sold and conveyed and by these present does grant, bargain, sell and convey to the said party of the second part, his heirs and assigns forever all the right, title, interest and estate of said Walter Sbedzue and Santa Sbedzue, minors, in and to all these certain lots, pieces or parcels of land, situate, lying and being

in the said County of King, State of Washington, and particularly described as follows, to wit:

An undivided one third of Lot three (3) and the northeast quarter of the southwest quarter of Section thirty-two (32) township twenty five (25) North Range six (6) East W.M.

Together with the tenements, hereditaments and appurtenances to the same belonging or in anywise appertaining.

To have and to hold all and singular the above mentioned and described premises, together with the appurtenances unto the said party of the second part, his heirs and assigns forever.

In witness whereof the said party of the first part as guardian as aforesaid has hereunto set his hand and seal the day and year first above written.

                                       William J. Stares    (Seal)

As guardian of the persons and estates of Walter Sbedzue and Santa Sbedzue, minors.

State of Washington}
County of King      }

      [Acknowledgment]