IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES, et al., | ) | |
| | ) | No. 03-785L, as Related to SCHROEDER |
| | ) | (No. 04-1456L), RAY (No. 04-1457L), |
| Plaintiffs, | ) | KLEIN (No. 04-1458L), PETERSON (No. |
| | ) | 04-1459L), SPENCER (No. 04-1463L), |
| v. | ) | NELSON (No. 04-1465L), MANNING |
| | ) | (No. 04-1466L), LANE (No. 04-1468L), |
| UNITED STATES, | ) | and COLLINS (No. 04-1472L). |
| | ) | |
| Defendant. | ) | Honorable Marian Blank Horn |
| | ) | |

# EXHIBIT N

# Transcription of Def.'s Ex. 14

J.D. Reeves, Elizabeth Reeves    [3]91240

    To    QUIT CLAIM DEED

William J. Pickering

This Indenture, made this 26th day of April in the year of our Lord One Thousand nine hundred and six (6).

    Between J.D. Reeves and Elizabeth J. Reeves, his wife, the parties of the first part, and William J. Pickering the party of the second part;

    Witnesseth, that the said parties of the first part, for and in consideration of the sum of One Dollar, of the United States of America, to them in hand, paid by the said party of the second part, the receipt whereof is hereby acknowledged, do by these presents remise, release and forever quit-claim unto said the said party of the second part and to his heirs and assigns, the following described tracts, lots or parcels of land situated, lying and being in the County of King, State of Washington, particularly bounded and described as follows to wit:

    [List of Lots and Blocks in Inglewood]

    Excepting and reserving, however, any part or parcel of the lands above described that may have been heretofore granted by the parties of the first part to the Northern Pacific Railway Company.

    Together with all and singular tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

    To have and to hold all and singular the said premises, together with the appurtenances, unto said party of the second part and to his heirs and assigns forever.

    In witness whereof, the said parties of the first part have hereunto set their hands and seals the day and year first above written.

Signed, sealed and Delivered in Presence of

| | |
|---|---|
| Clay Allen    } | J.D. Reeves         (Seal) |
| W. M. French } | Elizabeth J. Reeves   (Seal) |

[Acknowledgment]