# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

WARREN BERES and VICKI BERES, *

Plaintiffs,

CLIFFORD F. SCHROEDER, et al.,

Plaintiffs,

GERALD RAY, et al.,

Plaintiffs,

HENRY D. KLEIN, et al.,

Plaintiffs,

CLARENCE A. PETERSON, et al.,

Plaintiffs,

RAYMOND SPENCER, et al.,

Plaintiffs,

DOUGLAS EDLUND,

Plaintiff,

ROBERT G. NELSON, et al.,

Plaintiffs,

PAUL MANNING,

Plaintiff,

EUGENE MOREL, et al.,

Plaintiffs,

PHYLLIS LANE,

Plaintiff,

ALEX A. RITZEN, et al.,

**Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1464L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L, 04-1476L**

**Filed: January 4, 2007**

**Plaintiffs,** *

*

**ESTATE OF PEARL WELCH, et al.,** *

*

**Plaintiffs,** *

*

**D. MIKE COLLINS, et al.,** *

*

**Plaintiffs,** *

*

**REID BROWN, et al.,** *

*

**Plaintiffs,** *

*

**WAVERLY HILLS CLUB, INC., et al.,** *

*

**Plaintiffs,** *

*

**ROBERT M. RUNDLE, et al.,** *

*

**Plaintiffs,** *

*

**v.** *

*

**UNITED STATES,** *

*

**Defendant.** *

*

* * * * * * * * * * * * * * * * * * *

**O R D E R**

In response to the parties' request for an enlargement of time for supplemental briefing, and after consulting with the parties, the court **GRANTS** the parties' request. On or before **Thursday, January 11, 2007**, defendant shall file its opening supplemental brief addressing the issue of collateral estoppel. On or before **Friday, February 2, 2007**, plaintiff shall file its supplemental response brief. On or before **Friday, February 16, 2007**, defendant shall file its supplemental reply brief. The briefs shall cite to both the joint stipulation of facts and to documents in the joint appendix.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**