# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| WARREN BERES and VICKI BERES,<br><br>    Plaintiffs,<br><br>CLIFFORD F. SCHROEDER, et al.,<br><br>    Plaintiffs,<br><br>GERALD RAY, et al.,<br><br>    Plaintiffs,<br><br>HENRY D. KLEIN, et al.,<br><br>    Plaintiffs,<br><br>CLARENCE A. PETERSON, et al.,<br><br>    Plaintiffs,<br><br>RAYMOND SPENCER, et al.,<br><br>    Plaintiffs,<br><br>DOUGLAS EDLUND,<br><br>    Plaintiff,<br><br>ROBERT G. NELSON, et al.,<br><br>    Plaintiffs,<br><br>PAUL MANNING,<br><br>    Plaintiff,<br><br>EUGENE MOREL, et al.,<br><br>    Plaintiffs,<br><br>PHYLLIS LANE,<br><br>    Plaintiff,<br><br>ALEX A. RITZEN, et al., | Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1464L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L, 04-1476L<br><br>Filed: January 12, 2007 |

|  |  |
|---|---|
| **Plaintiffs,** | * |
| **ESTATE OF PEARL WELCH, et al.,** | * |
|  | * |
| **Plaintiffs,** | * |
|  | * |
| **D. MIKE COLLINS, et al.,** | * |
|  | * |
| **Plaintiffs,** | * |
|  | * |
| **REID BROWN, et al.,** | * |
|  | * |
| **Plaintiffs,** | * |
|  | * |
| **WAVERLY HILLS CLUB, INC., et al.,** | * |
|  | * |
| **Plaintiffs,** | * |
|  | * |
| **ROBERT M. RUNDLE, et al.,** | * |
|  | * |
| **Plaintiffs,** | * |
|  | * |
| **v.** | * |
|  | * |
| **UNITED STATES,** | * |
|  | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * | * |

# O R D E R

The court is in receipt of the defendant's January 11, 2007 supplemental brief addressing the issue of collateral estoppel. As discussed with the parties on January 12, 2007, the court requires a fuller discussion of the relevance of the Rooker-Feldman doctrine to the plaintiffs in the Ray case. On or before **Friday, January 19, 2007**, the defendant shall file a revised, stand-alone supplemental brief, including the fuller discussion of the Rooker-Feldman doctrine. On or before **Monday, February 12, 2007**, the plaintiff shall file its supplemental response brief, and also shall include a full discussion of the Rooker-Feldman doctrine. On or before **Monday, February 26, 2007**, the defendant shall file its supplemental reply brief. The briefs shall cite to both the joint stipulation of facts and to documents in the joint appendix.

**IT IS SO ORDERED**.

    s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**