# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| WARREN BERES and VICKI BERES, | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| CLIFFORD F. SCHROEDER, et al., | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| GERALD RAY, et al., | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| HENRY D. KLEIN, et al., | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| CLARENCE A. PETERSON, et al., | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| RAYMOND SPENCER, et al., | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| DOUGLAS EDLUND, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| ROBERT G. NELSON, et al., | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| PAUL MANNING, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| EUGENE MOREL, et al., | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| PHYLLIS LANE, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| ALEX A. RITZEN, et al., | \* |

Nos.  03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1464L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L, 04-1476L

Filed: February 8, 2007

|  |  |
|---|---|
| **Plaintiffs,** | * |
| **ESTATE OF PEARL WELCH, et al.,** | * |
| **Plaintiffs,** | * |
| **D. MIKE COLLINS, et al.,** | * |
| **Plaintiffs,** | * |
| **REID BROWN, et al.,** | * |
| **Plaintiffs,** | * |
| **WAVERLY HILLS CLUB, INC., et al.,** | * |
| **Plaintiffs,** | * |
| **ROBERT M. RUNDLE, et al.,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * *

# O R D E R

In response to the parties' request for an enlargement of time for supplemental briefing, and after consulting with the parties, the court **GRANTS** the parties' request. On or before **Friday, February 16, 2007**, plaintiff shall file its supplemental response brief. On or before **Friday, March 2, 2007**, defendant shall file its supplemental reply brief. The briefs shall cite to both the joint stipulation of facts and to documents in the joint appendix.

**IT IS SO ORDERED**.

   s/Marian Blank Horn
**MARIAN BLANK HORN**
      **Judge**