IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BERES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 03-785L, as Related to EDLUND |
| | ) | (No. 04-1464L) and RUNDLE (No. 04- |
| v. | ) | 1476L) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | Hon. Marian B. Horn |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS IN
EDLUND (NO. 04-1464L) AND RUNDLE (NO. 04-1476L) PURSUANT TO RCFC 41**

Plaintiffs, Douglas Edlund (No. 04-1464L) and Robert M. Rundle, Denise C. Rundle, Frederick Horvath, and Karen Horvath (No. 04-1476L), and Defendant, United States of America, through their counsel of record, stipulate and agree as follows:

The Court shall DISMISS with PREJUDICE said Plaintiffs' claims against Defendant in the above-entitled consolidated actions pursuant to RCFC 41(a)(1)(ii). All parties to bear their own costs. Said dismissal shall not affect any other party or claim in any other consolidated action.

Respectfully submitted,

By: _/s/ John M. Groen_
John M. Groen
Diana M. Kirchheim
Attorneys for Affected Plaintiffs

GROEN STEPHENS & KLINGE LLP
11100 NE 8th Street, Suite 750
Bellevue, WA 98004
Tel.: (425) 453-6206
Fax: (425) 453-6224

                MATTHEW J. McKEOWN
                Acting Assistant Attorney General
                Environment &Natural Resources Division
                U.S. Department of Justice

By:   /s/ Bruce K. Trauben
       Bruce K. Trauben
       Trial Attorney
       Natural Resources Section
       Environment & Natural Resources Division
       U.S. Department of Justice
       P.O. Box 663
       Washington, D.C. 20004-0663
       Tel.: (202) 305-0238
       Fax: (202) 305-0267

       Attorney for Defendant

Dated: May 14, 2007