# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| WARREN BERES and VICKI BERES,<br>Plaintiffs,<br>CLIFFORD F. SCHROEDER, et al.,<br>Plaintiffs,<br>GERALD RAY, et al.,<br>Plaintiffs,<br>HENRY D. KLEIN, et al.,<br>Plaintiffs,<br>CLARENCE A. PETERSON, et al.,<br>Plaintiffs,<br>RAYMOND SPENCER, et al.,<br>Plaintiffs,<br>DOUGLAS EDLUND,<br>Plaintiff,<br>ROBERT G. NELSON, et al.,<br>Plaintiffs,<br>PAUL MANNING,<br>Plaintiff,<br>EUGENE MOREL, et al.,<br>Plaintiffs,<br>PHYLLIS LANE,<br>Plaintiff,<br>ALEX A. RITZEN, et al., | Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1464L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L, 04-1476L<br><br>Filed: June 6, 2007 |

**Plaintiffs,** *

**ESTATE OF PEARL WELCH, et al.,** *

**Plaintiffs,** *

**D. MIKE COLLINS, et al.,** *

**Plaintiffs,** *

**REID BROWN, et al.,** *

**Plaintiffs,** *

**WAVERLY HILLS CLUB, INC., et al.,** *

**Plaintiffs,** *

**ROBERT M. RUNDLE, et al.,** *

**Plaintiffs,** *

**v.** *

**UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * *

**O R D E R**

At the last status conference, the court **SCHEDULED** oral argument on collateral estoppel, as applied to selected plaintiffs, for **Thursday, June 21, 2007, at 11:00 a.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel shall appear in person for the argument. The courtroom number will be posted on the day of the argument.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**