# In the United States Court of Federal Claims

```
* * * * * * * * * * * * *   *
GERALD RAY and KATHRYN RAY, *
                            *
                            *
              Plaintiffs,   *
v.                          *
                            *   No. 04-14571L
UNITED STATES,              *   Filed: April 13, 2010
                            *
              Defendant.    *
                            *
* * * * * * * * * * * * *   *
                            *
```

**O R D E R**

    The court issued an opinion in the lead, consolidated case of <u>Warren Beres and Vicki Beres, et al. v. United States</u>, Case No. 03-785L, et al., on April 12, 2010. In that opinion, the court dismissed, with prejudice, the claims of Gerald and Kathryn Ray, the lead plaintiffs for consolidated Case No. 04-1457L. Given the dismissal, the court further directed that the new caption for Case No. 04-1457L shall be <u>Martin Chamberlin and Carol Chamberlin v. United States</u>. For case management purposes, the claims of Gerald and Kathryn Ray are, hereby, **SEVERED** from Case No. 04-1457L, and are **REASSIGNED** as Case No. 04-14571L. As there is no just reason for delay, pursuant to RCFC 54(b), judgment shall be entered in <u>Gerald Ray and Kathryn Ray v. United States</u>, Case No. 04-14571L, dismissing the case, with prejudice.

    **IT IS SO ORDERED.**

                                                                     s/Marian Blank Horn
                                                              **MARIAN BLANK HORN**
                                                                    **Judge**