Beres v. United States, No. 03-785L and Consolidated Cases

Index to Joint Appendix, Vol. V

| JA Ex. No. | Begin Bates | End Bates | Description |
|---|---|---|---|
| 205 | 000001 | 000001 | Certification of construction of SL&E Ry. Eastern Branch |
| 206 | 000002 | 000006 | Transcription and copy of Right of Way Deed: Louie Tahalthkut to SLS & E Ry. Co. |
| 207 | 000007 | 000013 | Transcription and copy of Right of Way Deed: Bill Hilchkanum to SLS & E Ry. Co. |
| 208 | 000014 | 000019 | Transcription and copy of Right of Way Deed: George Davis to SLS & E Ry. Co. |
| 209 | 000020 | 000024 | Transcription and copy of Right of Way Deed: Bill Sbedzuse to SLS & E Ry. Co. |
| 210 | 000025 | 000029 | Transcription and copy of Right of Way Deed: Jim Yonderpump to SLS & E Ry. Co. |
| 211 | 000030 | 000034 | Transcription and copy of Right of Way Deed: Alfred Palmberg to SLS & E Ry. Co. |
| 212 | 000035 | 000040 | Transcription and copy of Quit Claim Deed: J.D. Reeves to N.P. Ry. Co. |
| 213 | 000041 | 000044 | Seattle Post-Intelligencer (PI), January 22, 1887 story re: Railroad Avenue in Seattle |
| 214 | 000045 | 000048 | Seattle PI, February 8, 1887 story on report to Chamber of Commerce |
| 215 | 000049 | 000051 | Seattle PI, May 10, 1887: real estate transactions |
| 216 | 000052 | 000052 | Seattle PI, May 13, 1887 story re: SLS & E Ry. |
| 217 | 000053 | 000054 | Seattle PI, May 15, 1887: real estate transactions |

| JA Ex. No. | Begin Bates | End Bates | Description |
|---|---|---|---|
| 218 | 000055 | 000055 | Seattle PI, June 2, 1887: real estate transactions |
| 219 | 000056 | 000057 | Seattle PI, June 14, 1887: real estate transactions |
| 220 | 000058 | 000060 | Seattle PI, July 3, 1887 story re: SLS & E Ry. |
| 221 | 000061 | 000088 | Argument asserted by U.S. in *Great Northern Railway Co. v. United States*, 315 U.S. 262 (1942) |
| 222 | 000089 | 000109 | 1971 Urban Trails Plan, King County, Washington (excerpt) |
| 223 | 000110 | 000114 | Notices of Interim Trail Use: September 18, 1998 & March 31, 2000 |
| 224 | 000115 | 000115 | Sept. 29, 1998 Letter from Charles H. Montange to Hon. Vernon Williams, STB |
| 225 | 000116 | 000155 | 2004 Regional Trail Inventory and Implementation Guidelines, King County, Washington (excerpt) |

# JA Ex. 205

Case 1:03-cv-00785-MBH   Document 109-1   Filed 05/17/11   Page 3 of 4

HARRY R. TALCOTT, being duly sworn, says that he is the Chief Engineer of the SEATTLE LAKE SHORE AND EASTERN RAILWAY COMPANY; that said road has been constructed from a point in the South-east quarter (S.E.1/4) of Section eight (8), Township twenty-six (26) North, Range five (5) East, Willamette Meridian, to a point in the North-west quarter (N.W.1/4) of Section thirty-four (34), Township twenty-four (24) North, Range six (6) East, Willamette Meridian, a distance of twenty (20) miles; that its construction was commenced in the month of May 1887, and finished in the month of March, 1888; that the line of constructed road as aforesaid is accurately represented on the accompanying map, and that it conforms to the line of located route which received the approval of the Secretary of the Interior on the fifth day of July, 1887.

*Harry R. Talcott*
Chief Engineer.

SWORN and subscribed to before me this 9th day of April 1891

*Fred Rice Powell*
Notary Public.