JA Ex. 206

| | | |
|---|---|---|
| Louis Tahalthkut et ux. | } | |
| | } | |
| to | } | Right of Way Deed |
| | } | |
| S. L. S. and E. RY. Co. | } | |

In Consideration of the benefits and advantages to accrue to us from the location, construction and operation of the Seattle, Lake Shore and Eastern Railway in the County of King in Washington Territory we do hereby donate, grant and convey unto said Seattle, Lake Shore and Eastern Railway Company a right of way one hundred (100) feet in width through our lands in said County, described as follows, to wit: Louis Tahalthkut- (Lot 4 and S.E.1/4 of S.W. 1/4 Sec. 32. T. 25 N. R. 6 E.) Such right of way strip to be fifty (50) feet in width on each side of the center line of the railway track as located across our said lands by the Engineer of said Railway Company, which location is described as follows, to wit: Beginning at a point 410 feet west from S.W. corner of Sec. 32, T. 25 N. R. 6 E. and running thence on a 1° curve to the right for 1300 feet, thence N. 36° 36' E 215 feet to point on north boundary of Lot 4 said Sec. 32, 1320 feet north and 350 feet east from S.W. corner of said Section 32. And the said Seattle, Lake Shore and Eastern Railway Company shall have the right to go upon the land adjacent to said line for a distance of two hundred (200) feet on each side thereof and cut down all trees dangerous to the operation of said road. To Have and to Hold the said premises, with the appurtenances, unto the said party of the second part, and to its successors and assigns forever. In Witness Whereof the parties of the first part have hereunto set their hands and seals this 6th day of May, A.D. 1887. Signed Sealed and delivered in Presence of

| | | | |
|---|---|---|---|
| B. J. Tallman | } | Louis [his mark] Tahalthkut. | [Seal] |
| | } | | |
| G. M. Haller | } | Mary [her mark] Tahalthkut. | [Seal] |

Territory of Washington   }
County of King              } SS

I Hereby certify that on this 6th day of May A.D. 1887 before me a Notary Public in and for Washington Territory personally came Louis Tahalthkut and Mary Tahalthkut, his wife, to me known to be the individuals described in and who executed the within instrument, and acknowledged that they signed and sealed the same as their free and voluntary act and deed for the uses and purposes therein mentioned.

And the said Mary Tahalthkut wife of said Louis Tahalthkut upon an examination by me separate and apart from her said husband when the contents of said instrument were by me fully made known unto her, and she was by me fully apprised of her rights and the effect of signing the within instrument did freely and voluntarily, separate and apart from her said husband, sign and acknowledge the same, and acknowledging that she did voluntarily, of her own free will and without the fear of or coercion from her husband, execute the same.

Witness my hand and official seal the day and year in this certificate first above written.

{Notarial  }                              B.J. Tallman
{Seal       }                              Notary Public in and for Washington Territory


Filed for record at the request of Burke & Haller May 9th A.D. 1887 at 8 minutes past 1 PM.

Lyman Wood
County Auditor

13451

Louis Yaboltikut et ux.
To
S. L. S. and E. R'Y Co.

Right of Way Deed.

In consideration of the benefits and advantages to accrue to us from the location, construction and operation of the Seattle, Lake Shore and Eastern Railway, in the County of King, in Washington Territory, we do hereby donate, grant and convey unto said Seattle, Lake Shore and Eastern Railway Company a right of way one hundred (100) feet in width through our lands in said County, described as follows, to-wit: Louis Yaboltikut kut- (Lot 4 and S.E. ¼ of S.W. ¼ Sec 32, T, 25 N.R. 9 E.) Such right of way stays to be fifty (50) feet in width on each side of the center line of the railway track as located across our said lands by the Engineer of said Railway Company, which Location is described as follows, to-wit: Beginning at a point 410 feet west from S.W. corner of Sec 32, T, 25 N.R. 9 E and running thence on a 1° curve to the right for 1800 feet, thence N. 36° 36' E 215 feet to point on north boundary of Lot 4 said Sec 32, 1320 feet north and 350 feet east from S. W. corner of said Section 32. And the said Seattle, Lake Shore and Eastern Railway Company

shall cross the right to go upon the land adjacent to said line for a distance of two hundred (200) feet on each side thereof and cut down all trees dangerous to the operations of said road, to have and to hold the said premises, with the appurtenances, unto the said party of the second part, and to its successors and assigns forever. In Witness Whereof, the parties of the first part have hereunto set their hands and seals this 9th day of May, A.D. 1887.  Signed Sealed and delivered in Presence of

B. J. Yakman             Louis his X Yahalthket,  (Seal)
Y. N. Yallen                       mark
                          Mary  her X  Yahalthkeit  (Seal)
                                  mark

Territory of Washington  }
County of King           } ss

"I hereby Certify that on this 9th day of May, A.D. 1887 before me a Notary Public in and for Washington Territory, personally came Louis Yahalthket and Mary Yahalthkeit, his wife, to me known to be the individuals described in and who executed the within instrument, and acknowledged that they signed and sealed the same as their free and voluntary act and deed for the uses and purposes therein mentioned, And the said Mary Yahalthkeit wife of said Louis Yahalthkeit upon an examination

by me, separate and apart from her said husband, when the contents of said instrument were by me fully made known unto her, and she was by me fully apprised of her rights, and the effect of signing the within instrument, did freely and voluntarily, separate and apart from her said husband sign and acknowledge the same, and acknowledging that she did voluntarily of her own free will and without the fear of or coercion from her husband, execute the same. Witness my hand and official seal, this day and year in this certificate first above written.

{Notarial Seal}

B. F. Gallisvan
Notary Public in and for Washington Territory.

A.D. 1887 filed for record in the office of said _____ May 24, 1887 at 12 M.
_____ at past 1 P.M.

Lyman Wood
County Auditor

13453
D.
Jane Yesterpurgh et ux.
To
S.L.S. and E. Ry Co.

Right of Way Deed.

In consideration of the benefits and advantages to accrue to us from the location, construction and operation of the Seattle, Lake Shore and

26070

000006