JA Ex. 207

| | |
|---|---|
| Bill Hilchkanum & <br> Mary Hilchkanum <br> <br> to <br> <br> S. L. S. and E. R.'Y Co. | } <br> } <br> } <br> }   Right of Way Deed <br> } <br> } |

In Consideration of the benefits and advantages to accrue to us from the location construction and operation of the Seattle, Lake Shore and Eastern Railway in the County of King in Washington territory we do hereby donate grant and convey unto said Seattle Lake Shore and Eastern Railway Company a right of way one hundred (100) feet in width through our lands in said County described as follows to wit: Lots one (1) two (2) and three (3) in section six (6) township 24 North of Range six (6) East.

Such right of way strip to be fifty (50) feet in width on each side of the center line of the railway track as located across our said lands by the Engineer of said Railway Company which location is described as follows to wit:

Commencing at a point 410 feet West from North East corner of Section six (6) township 24 N, R. 6 East and running thence on a one (1) degree curve to the left for 753 3/10 feet thence South 16 degrees and 34 min. West 774 2/10 feet thence with a 3 degree curve to the right for 700 feet thence with an 8 degree curve to the right for 260 4/10 feet thence South 58 degrees and 24 minutes West 259 6/10 feet thence with an 8° curve to the left for 564 4/10 feet thence South 13° 15' W 341 4/10 feet thence with a 6° curve to the right for 383 3/10 feet thence S 36° 15 W 150 feet to South boundary of lot 3 of said Sec. 6 which point is 1320 feet North and 2170 feet west from SE corner of said Sec. 6.

And the said Seattle Lake Shore and Eastern Railway Company shall have the right to go upon the land adjacent to said line for a distance of two hundred (200) feet on each side thereof and cut down all trees dangerous to the operation of said road.

To have and to hold the said premises with the appurtenances unto the said party of the second part and to its successors and assigns forever.

In witness whereof the parties of the first part have hereunto set their hands and seals this 9th day of May A.D. 1887.

Signed Sealed and delivered in the presence of

| | | | |
|---|---|---|---|
| B.J. Tallman | } | Bill [his mark] Hilchkanum. | [Seal] |
| D.T. Denny | } | Mary [her mark] Hilchkanum. | [Seal] |

Territory of Washington  }
County of King  } SS

I hereby certify that on this 9th day of May A.D. 1887 before me a Notary Public in and for Washington Territory personally came Bill Hilchkanum and Mary Hilchkanum to me known to be the individuals described in and who executed the within instrument and acknowledged that they signed and sealed the same as their free and voluntary act and deed for the uses and purposes therein mentioned.

And the said Mary Hilchkanum, wife of said Bill Hilchkanum, upon an examination by me separate and apart from her said husband when the contents of said instrument were by me fully made known unto her and she was by me fully apprised of her rights and the effect of signing the within instrument did freely and voluntarily separate and apart from her said husband sign and acknowledge the same acknowledging that she did voluntarily of her own free will and without the fear of or coercion from her husband execute the same.

Witness my hand and official seal the day and year in this certificate first above written.

B.J. Tallman          {seal}
Notary Public in and for Washington Territory

Filed for record at the request of Burk and Haller, May 9th A.D. 1887 at 6 mins. past 1 PM.

                          Lyman Wood
                          County Auditor



In presence of )
B. J. Tallman } Hans Anderson (Seal)
J. N. Haller }

Territory of Washington ) ss
County of King )

I hereby certify that on this 6th day of May A.D. 1887 before me a Notary public in and for Washington Territory personally came Hans Anderson to me known to be the individual described in and who executed the within instrument and acknowledged that he signed and sealed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

Witness my hand and official seal the day and year in this certificate first above written.

B. J. Tallman
Notary Public in and for Washington Territory

Filed for record at the request of Burke and Haller, May 9th A.D. 1887 at 5 min past 4 P.M.

Lyman Wood
County Auditor

13449

Bill Wilchkanum and wife )
To } Right of Way Deed
S. L. S. and E. Ry Co )

In Consideration of the benefits and advantages to accrue to us from the location construction and operation of the Seattle Lake Shore and Eastern Railway in the County of King in Washington Territory, we do hereby donate grant and convey unto said Seattle Lake Shore and Eastern Railway Company a right of way one hundred (100) feet in width through our lands in said County described as follows to wit:

Lots One (1) two (2) and three (3) in Section six (6) Township 24 North of Range six (6) East.

Said right of way strip to be fifty (50) feet in width on each side of the center line of the railway track as located across our said lands by the Engineer of said railway company which location is described as follows to wit:

20222

Vol. 42 Pg. 250

000011

commencing at a point 4410 feet West from North East corner of Section Six (6) Township 24 N R 6 East and running thence on a one (1) degree curve to the left for 753 3/10 feet, thence South 16 degrees and 34 minutes West 774 2/10 feet thence with a 3 degree curve to the right for 70 feet thence with an 8 degree curve to the right for 260 4/10 feet thence South 58 degrees and 24 min West 259 8/10 feet thence with an 8° curve to the left for 564 4/10 feet thence South 13° 15' W 341 4/10 feet thence with a 6° curve to the right for 383 3/10 feet thence S 36° 15 W 150 feet to South boundary of Lot 3 of said Sec 6 which point is 1320 feet North and 2170 feet West from S.E. Corner of said Sec 6.

And the said Seattle Lake Shore and Eastern Railway Company shall have the right to go upon the land adjacent to said line for a distance of two hundred (200) feet on each side thereof and cut down all trees dangerous to the operation of said road.

To have and to hold the said premises with the appurtenances unto the said party of the second part and to its successors and assigns forever.

In Witness whereof the parties of the first part have hereunto set their hands and seals this 9th day of May A.D. 1887 Signed Sealed and delivered

in presence of

R.S. Tallman
S.F. Lunny

Bill  his X mark  Hilchkamm    (seal)

Mary  her X mark  Hilchkamm    (seal)

Territory of Washington }
County of King         } ss

I hereby certify that on this 9th day of May A.D. 1887 before me a Notary Public in and for Washington Territory personally came Bill Hilchkamm and Mary Hilchkamm to me known to be the individuals described in and who executed the within instrument and acknowledged that they signed and sealed the same as their free and voluntary act and deed for the uses and purposes therein mentioned.

And the said Mary Hilchkamm upon an examination by me separate and apart from her said husband when the contents of said instrument were by me fully made

252

known unto her and she was by me fully apprised of her rights and the effect of signing the within instrument did freely and voluntarily separate and apart from her said husband sign and acknowledge the same, acknowledging that she did voluntarily of her own free will and without the fear of or coercion from her husband execute the same.

Witness my hand and official seal the day and year in this certificate first above written.

B. J. Tallman   [Seal]
Notary Public in and for Washington Territory

Filed for record at the request of Burke & Haller May 9th A.D. 1887 at [    ] past 1 P.M.

Lyman Wood
County Auditor

13450   Alfred Pearson + wife
to                                    } Right of Way Deed
S. L. S. and E. R. Y. Co.

In consideration of the benefits and advantages to accrue to us from the location, construction and operation of the Seattle Lake Shore and Eastern Railway in the County of King in Washington Territory, we do hereby donate, grant and convey unto said Seattle Lake Shore and Eastern Railway Company a right of way one hundred (100) feet in width through our lands in said County described as follows to wit:

The South West quarter of North West quarter of Section Eight (8) Township twenty six (26) North of Range five (5) East

Such right of way strip to be fifty (50) feet in width on each side of the centre line of the railway track as located across our said lands by the engineers of said Railway Company which location is described as follows to wit:

Commencing at a point 630 feet due North from quarter section corner on West boundary of Section Eight (8) township twenty six (26) North of Range five (5) East being also station no 330+ S.L.S.+E Ry. line and running thence with a

20224

000013