JA Ex. 208

| | |
|---|---|
| George Davis et ux. | } |
| | } |
| to | }   Right of Way Deed |
| | } |
| S. L. S. and E. R.'Y Co. | } |

In Consideration of the benefits and advantages to accrue to us from the location, construction and operation of the Seattle, Lake Shore and Eastern Railway in the County of King in Washington Territory we do hereby donate, grant and convey unto said Seattle, Lake Shore and Eastern Railway Company a right of way one hundred (100) feet in width through our lands in said County, described as follows, to wit:

George Davis (Lot 1 and N.W.1/4 of the N.E. 1/4 Section 32, T. 25 N. R. 6 E.)

Such right of way strip to be fifty (50) feet in width on each side of the center line of the railway track as located across our said lands by the Engineer of said Railway Company, which location is described as follows, to wit:

Beginning at a point 1320 feet south and 300 feet west from 1/4 section corner on north boundary of Section 32 T. 25 N. R. 6 E. and running thence with a 4° curve to the left for 75 feet, thence North 4° 36' W. 1265 feet to a point 110 feet west from 1/4 section corner on north boundary of said Sect. 32.

And the said Seattle, Lake Shore and Eastern Railway Company shall have the right to go upon the land adjacent to said line for a distance of two hundred (200) feet on each side thereof and cut down all trees dangerous to the operation of the said road.

To Have and to Hold the said premises with the appurtenances unto the said party of the second part, and to its successors and assigns forever.

In Witness whereof the parties of the first part have hereunto set their hands and seals this 6th day of May, A.D. 1887.

Signed Sealed and delivered in Presence of

| | | | |
|---|---|---|---|
| B. J. Tallman | } | George [his mark] Davis. | [Seal] |
| | } | | |
| G.M. Haller | } | Elizabeth [her mark] Davis. | [Seal] |

Territory of Washington   }
County of King            } ss

    I Hereby certify that on this 6th day of May A.D. 1887 before me a Notary Public in and for Washington Territory personally came George Davis and Elizabeth Davis, his wife, to me known to be the individuals described in and who executed the within instrument and acknowledged that they signed and sealed the same as their free and voluntary act and deed for the uses and purposes therein mentioned.

    And the said Elizabeth Davis wife of said George Davis upon an examination by me separate and apart from her said husband when the contents of said instrument were by me fully made known unto her and she was by me fully apprised of her rights and the effect of signing the within instrument did freely and voluntarily separate and apart from her said husband sign and acknowledge the same and acknowledging that she did voluntarily of her own free will and without the fear of or coercion from her husband execute the same.

    Witness my hand and official seal the day and year in this certificate first above written.

                                      B.J. Tallman    {seal}

                          Notary Public in and for Washington Territory

Filed for record at the request of Burke & Haller May 9th A.D. 1887 at 12 mins. past 1 PM.

                                    Lyman Wood
                                    County Auditor

256
13455

George Davis et ux
    to                    } Right of Way Deed
S.S.S. and S.R.R. Co.

In consideration of the benefits and advantages to accrue to us from the location, construction and operation of the Seattle Lake Shore and Eastern Railway in the County of King in Washington Territory we do hereby donate, grant and convey unto said Seattle Lake Shore and Eastern Railway Company a right of way, one hundred (100) feet in width through our lands in King County described as follows to wit:—

George Davis (Lots 1 and the N.E. 1/4 of the E 1/4 Section 32 T 25 N.R. 6 E.)

Such right of way strip to be fifty (50) feet in width on each side of the center line of the railway tracks as located on our said lands by the Engineer of said Railway Company, which location is described as follows to wit:

Beginning at a point 1320 feet north and 300 feet west from 1/4 Section corner on north boundary of Section

thence from 1/4 section corner on north boundary of Section 32, T. 25 N., R. 6 E. and running thence north a 4° curve to the left for 75 feet, thence north 4° 38' W. 1265 feet to a point 110 feet west from 1/4 section corner on north boundary of said Sect 32.

And the Puget Sound Seattle Lake Shore and Eastern Railway Company shall have the right to go upon the land adjacent to said line for a distance of two hundred (200) feet on each side thereof and cut down all trees dangerous to the operation of the said road.

To have and to hold the first parties with the appurtenances unto the said party of the second part and to its successors and assigns forever.

In witness whereof the parties of the first part have hereunto set their hands and seals this 6th day of May A.D. 1887.

Signed sealed and delivered in presence of

J. G. Scotten
[?]

Jerrop X Jarvis
      his mark

Griscalette X Jarvis
         her mark

"Seal"

"Seal"

26009

25

Territory of Washington )
                        ) ss.
County of King          )

I hereby certify that on this 9th day of May A.D. 1887 before me a Notary Public in and for Washington Territory personally came George Davis and Elizabeth Davis his wife to me known to be the individuals described in and who executed the within instrument and acknowledged that they signed and sealed the same as their free and voluntary act and deed for the uses and purposes therein mentioned. And the said Elizabeth Davis wife of said George Davis having been by me first made known unto her and fully apprised of her rights and the effect of signing the within instrument did freely and voluntarily separate and apart from her said husband sign and acknowledge the same and voluntarily declare and acknowledge me that she did voluntarily & of her own free will and without the fear of, or coercion from her husband

sound and acknowledging that she did voluntarily of her own free will and without the fear of or coercion from her husband executes the same

Witness my hand and Official Seal the day and year in this certificate heretofore written

B. J. Stevenson
Notary Public in and for
Washington Territory

Filed for record at the request of Bush & Bowen May 9th A D 1887 at 12 mins past 1 P.M.

Lyman Wood
County Auditor

George W Harris & wife
to                    } Warranty Deed
John W Mc Brown

This Indenture made this 9th day of May in the year of our Lord one thousand eight hundred and eighty seven Between George W Harris and Susey E Harris his wife of Latah [County?]

26011

000019