JA Ex. 209

| | |
|---|---|
| Bill Sbedzuse et ux. | } |
| | } |
| to | }   Right of Way Deed |
| | } |
| S. L. S. and E. R.'Y Co. | } |

In Consideration of the benefits and advantages to accrue to us from the location, construction and operation of the Seattle, Lake Shore and Eastern Railway in the County of King, in Washington Territory, we do hereby donate, grant and convey unto said Seattle Lake Shore and Eastern Railway Company a right of way one hundred (100) feet in width through our lands in said County described as follows, to wit:

Lot 3 and N.E. 1/4 of S.W. 1/4 Section 32 T. 25 N., R. 6 E.

Such right of way strip to be fifty (50) feet in width on each side of the center line of the railway track as located across our said lands by the Engineer of said Railway Company, which location is described as follows, to wit:

Beginning at a point 3760 feet West from 1/4 section corner on East boundary of Section 32, T. 25 N. R. 6 E. and running thence S. 36° 36' W. 1710 feet to South boundary of lot 3 of said Section 32 said township, said range, which point is 1320 feet north and 350 feet East from S.W. corner of said Section 32, said line is in lot 3 and NE. 1/4 of SW 1/4 of said Section 32.

And the said Seattle Lake Shore and Eastern Railway Company shall have the right to go upon the land adjacent to said line for a distance of two hundred (200) feet on each side thereof and cut down all trees dangerous to the operation of said road.

To have and to hold the said premises with the appurtenances unto the said party of the second part and to its successors and assigns forever.

In Witness Whereof the parties of the first part have hereunto set their hands and seals this 6th day of May A.D. 1887.

Signed Sealed and delivered in presence of

| | | | |
|---|---|---|---|
| B.J. Tallman | } | Bill [his mark] Sbedzuse. | [Seal] |
| G.M. Haller | } | Lucinda [her mark] Sbedzuse. | [Seal] |

Territory of Washington   }
County of King             } ss

    I Hereby certify that on this 6th day of May A.D. 1887 before me a Notary Public in and for Washington Territory personally came Bill Sbedzuse and Lucinda Sbedzuse, his wife, to me known to be the individuals described in and who executed the within instrument and acknowledged that they signed and sealed the same as their free and voluntary act and deed for the uses and purposes therein mentioned.

    And the said Lucinda Sbedzuse wife of said Bill Sbedzuse upon an examination by me separate and apart from her said husband when the contents of said instrument were by me fully made known unto her and she was by me fully apprised of her rights and the effect of signing the within instrument did freely and voluntarily separate and apart from her said husband sign and acknowledge the same and acknowledging that she did voluntarily of her own free will and without the fear of or coercion from her husband execute the same.

    Witness my hand and official seal the day and year in this certificate first above written.

                                      B.J. Tallman      {seal}

                     Notary Public in and for Washington Territory

Filed for record at the request of Burke & Haller May 9th A.D. 1887 at 9 min past 1 PM.

                                    Lyman Wood
                                    County Auditor

distance of two hundred (200) feet on each side thereof and cut down all trees dangerous to the operation of said road.

To have and to hold the said premises with the appurtenances unto the said party of the second part and to its successors and assigns forever.

In Witness Whereof the parties of the first part have hereunto set their hands and seals this 6th day of May A D 1887.

Signed Sealed and delivered

In presence of

B. J. Tallman

J. K. Haller

Bill his x mark Hedgure (Seal)

Lucinda her x mark Hedgure (Seal)

Territory of Washington }
County of King } ss

I hereby certify that on this 6th day of May A D 1887 before me a Notary Public in and for Washington Territory personally came Bill Hedgure and Lucinda Hedgure his wife to me known to be the individuals described in and who executed the within instrument and acknowledged that they signed and sealed the same as their free and voluntary act and deed for the uses and purposes therein mentioned.

And the said Lucinda Hedgure wife of said Bill Hedgure upon an examination by me separate and apart from her said husband when the contents of said instrument were by me fully made known unto her and she was by me fully apprised of her rights and the effect of signing the within instrument did freely and voluntarily separate and apart from her said husband sign and acknowledge the same and acknowledging that she did voluntarily of her own free will and without the fear of or coercion from her husband execute the same.

Witness my hand and official seal the day and year in this certificate first above written.

B. J. Tallman (Seal)

Notary Public in and for Washington Territory

Filed for record at the request of Burke and Haller May 9th A.D. 1887 at 9 min past 1 P.M.

Lyman Wood

County Auditor

22227



