JA Ex. 210

| | | |
|---|---|---|
| Jim Yonderpump et ux. | } | |
| | } | |
| to | } | Right of Way Deed |
| | } | |
| S. L. S. and E. R.'Y Co. | } | |

In Consideration of the benefits and advantages to accrue to us from the location, construction and operation of the Seattle, Lake Shore and Eastern Railway in the County of King, in Washington Territory we do hereby donate, grant and convey unto said Seattle, Lake Shore and Eastern Railway Company a right of way one hundred (100) feet in width through our lands in said County, described as follows, to wit: Jim Yonderpump (Lot 2 and S.W.1/4 of N.E. 1/4 Section 32. T. 25 N. R. 6 E.) Such right of way strip to be fifty (50) feet in width on each side of the center line of the railway track as located across our said lands by the Engineer of said Railway Company, which location is described as follows, to wit: Beginning at a point 3760 feet west from 1/4 section corner on east boundary of Section 32, township 25 N. R. 6 E. and running thence N 36° 36' E. 850 feet thence with a 4° curve to the left for 730 feet to north boundary of lot 2, said Section 32, which point is 1320 feet south and 300 feet west from 1/4 section corner on north boundary of Section 32, said line beginning in lot 2 of said Section 32. And the said Seattle, Lake Shore and Eastern Railway Company shall have the right to go upon the land adjacent to said line for a distance of two hundred (200) feet on each side thereof and cut down all trees dangerous to the operation of said road. To Have and to Hold the said premises, with the appurtenances, unto the said party of the second part, and to its successors and assigns forever. In Witness whereof, the parties of the first part have hereunto set their hands and seals this 6th day of May, A.D. 1887.

Signed Sealed and delivered in Presence of

| | | | |
|---|---|---|---|
| B. J. Tallman | } | Jim [his mark] Yonderpump. | [Seal] |
| | } | | |
| G.M. Haller | } | Alice [her mark] Yonderpump. | [Seal] |

Territory of Washington    }
County of King               } ss

     I Hereby certify that on this 6th day of May A.D. 1887 before me a Notary Public in and for Washington Territory personally came Jim Yonderpump and Alice Yonderpump, his wife, to me known to be the individuals described in and who executed the within instrument, and acknowledged that they signed and sealed the same as their free and voluntary act and deed for the uses and purposes therein mentioned.

     And the said Alice Yonderpump wife of said Jim Yonderpump upon an examination by me separate and apart from her said husband when the contents of said instrument were by me fully made known unto her, and she was by me fully apprised of her rights, and the effect of signing the within instrument, did freely and voluntarily separate and apart from her said husband sign and acknowledge the same and acknowledging that she did voluntarily, of her own free will and without the fear of or coercion from her husband, execute the same.

     Witness my hand and official seal, the day and year in this certificate first above written.

    {Notarial  }                      B.J. Tallman
    {seal      }         Notary Public in and for Washington Territory

     Filed for record at the request of Burke and Haller May 9th A.D. 1887 at ten 10 minutes past 1 PM.

                    Lyman Wood
                    County Auditor

by me, separate and apart from her said husband, when the contents of said
instrument whereby me fully made known unto her, and she was by me
fully apprised of her rights and the effect of signing the within instrument,
did freely and voluntarily, separate and apart from her said husband sign
and acknowledge the same, and acknowledging that she did voluntarily, of her
own free will and without the fear of or coercion from her husband, execute the
same. Witness my hand and official seal, this day and year in this certificate
first above written.

[Notarial]
[Seal]                    W. F. Fallowson
                     Notary Public in and for Washington Territory.

Filed for record at the request of Burke and Shatter May 9th A.D. 1847 at
8 minutes past 1 P.M.

                              Lyman Wood
                              County Auditor

1843    Jim Tenderpump et ux                }
        ₵∕o                                   }    Right of Way Deed.
D'⁰     S. L. S. and E. R'y Co.               }

                    In Consideration of the benefits and advantages to accrue
to us from the location, construction and operation of the Seattle, Lake Shore and
Eastern Railway, in the County of King, in Washington Territory, we do hereby
donate, grant and convey unto said Seattle, Lake Shore and Eastern Railway
Company a right of way one hundred (100) feet in width through our lands in
said County, described as follows, to wit: Jim Tenderpump Lot 2 and S. ½½ of
N.E. ¼ Section 32, T. 25 N.R. 6 E₩₪. Such right of way strip to be fifty (50) feet in
width on each side of the center line of the Railway track as located across
our said lands by the Engineer of said Railway Company, which location
is described as follows, to wit: Beginning at a point 3140 feet west from the
Section corner on east boundary of Section 32, township 25, N.R. 6 E₩, and
running thence N 36° 36' E, 850 feet thence with a 4° curve to the left for
730 feet in south boundary of Lot 2, said Section 32, which point is 1320
feet south and 300 feet west from ½ Section corner on south boundary
of Section 32, said line beginning in Lot 2 of said Section 32. And the said
Seattle, Lake Shore and Eastern Railway Company shall have the right to
go upon the land adjacent to said line for a distance of two hundred (200)
feet on each side thereof and cut down all trees dangerous to the operation
of the _____ or be to the said premises, with the appurtenances

25794



25795

000028



25796