JA Ex. 211

| | |
|---|---|
| Alfred Palmberg | } |
| | } |
| to | }  Right of Way Deed |
| | } |
| S. L. S. and E. R.'Y Co. | } |

In consideration of the benefits and advantages to accrue to me from the location construction and operation of the Seattle Lake Shore and Eastern Railway in the County of King in Washington Territory I do hereby donate grant and convey unto said Seattle Lake Shore and Eastern Railway Company a right of way one hundred (100) feet in width through my lands in said County, described as follows, to wit::

Lots 1, 2, 3 and 4 and S.E.1/4 of N.W. 1/4 of Section 20 and Lot 2 in Section 19, Township 25 North, Range 6 East.

Such right of way strip to be fifty (50) feet in width on each side of the center line of the railway track as located across my said lands by the Engineer of said Railway Company, which location is described as follows to wit:

Beginning at a point 1320 feet South and 700 feet West from NE corner of Section 19 township 25 North Range 6 East and running thence S 32° 43' E 420 feet thence on a 3° curve to the left for 405.5 feet thence S 45° 01' E 1604.5 feet thence on a 20° curve to the right for 415 feet thence on a 3° curve to the right 283.3 feet thence S 28° 15' E 937.7 feet thence on a 3° curve to the right 700 feet to a point 600 feet west from the 1/4 corner on the south boundary of said Section 20.

And the said Seattle, Lake Shore and Eastern Railway Company shall have the right to go upon the land adjacent to said line for a distance of two hundred (200) feet on each side thereof and cut down all trees dangerous to the operation of said road.

To have and to hold the said premises with the appurtenances unto the said party of the second part, and to its successors and assigns forever. All riparian and water front rights on Lake Samamish [sic] are hereby expressly reserved.

In Witness whereof the party of the first part has hereunto set his hand and seal this 13th day of June, A.D. 1887.

Signed Sealed and delivered in Presence of

| Thomas Burk | } | Alfred Palmberg | [Seal] |
| G. Morris Haller | } | | |

Territory of Washington    }
County of King             } SS

I hereby certify that on this 13th day of June A.D. 1887 before me a Notary Public in and for Washington Territory personally came Alfred Palmberg to me known to be the individual described in and who executed the within instrument and acknowledged that he signed and sealed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

Witness my hand and official seal the day and year first above written.

G. Morris Haller          [Seal]

Notary Public in and for Washington Territory

Filed for record at the request of Burk & Haller June 13th A.D. 1887 at 19 min past 2 PM.

Lyman Wood
County Auditor

000031



13877
D
d

Alfred Palmberg
To
S. L. S and E. R. y co
} Right of Way Deed

In Consideration of the benefits and advantages to accrue to me from the location construction and operation of the Seattle Lake Shore and Eastern Railway in the County of King in Washington Territory I do hereby donate grant and convey unto said Seattle Lake Shore and Eastern Railway Company a right of way one hundred (100) feet in width through my lands in said County described as follows to-wit:

10408

P-2

000032

Lots 1, 2, 3 and 4 and S E 1/4 of N. W. 1/4 of Section 20 and Lot 2 in Section 19. Township 25 North. Range 6 East

Such right of way strip to be fifty (50) feet in width on each side of the centre line of the said railway track as located across my lands by the Engineer of said Railway Company which location is described as follows to-wit:

Beginning at a point 1320 feet South and 700 feet West from N E corner of Section 19 Township 25 North Range 6 East and running thence S 32° 43' E 420 feet thence on a 3° curve to the left for 405.5 feet thence S 45° 01' E 1604.5 feet thence on a 20° curve to the right for 415 feet thence on a 3° curve to the right 283.3 feet thence N 28° 15' E 937.2 feet thence on a 3° curve to the right 700 feet to a point 600 feet west from the 1/4 corner on the south boundary of said Section 20

And the said Seattle Lake Shore and Eastern Railway Company shall have the right to go upon the land adjacent to said line for a distance of two hundred (200) feet on each side thereof and cut down all trees dangerous to the operation of said road

To have and to hold the said premises with the appurtenances unto the said party of the second part and to its successors and assigns forever. All riparian and water front rights on Lake Sammamish are hereby expressly reserved

In Witness Whereof the party of the first part has hereunto set his hand and seal this 13th day of June 1887

Signed Sealed and delivered
in presence of        Alfred Palmberg    {Seal}
Thomas Burk
G Morris Haller

Territory of Washington } ss
County of King

I hereby certify that on this 13th day of June A D 1887 before me a Notary Public in and for Washington Territory personally came Alfred Palmberg to me known to be the individual described in and who executed the within instrument and acknowledged that he signed and sealed the same as his free and voluntary act and deed for the uses and purposes therein mentioned

Witness my hand and official seal the day and year

10409

000033

40

first above written

G. Morris Haller  [Seal]
Notary Public in and for Washington Territory

filed for record at the request of Burk & Haller June 13th A.D. 1883 at
19 min past 2 P.M.

Lyman Wood
County Auditor

10410

000034