# JA Ex. 212

J.D. Reeves et ux. }
}
to } Quit Claim Deed
}
Northern Pacific Railway Company }

This Indenture made this third day of June in the year of our Lord one Thousand nine hundred and four, Between J.D. Reeves and Elizabeth Jane Reeves, his wife, the parties of the first part and the Northern Pacific Railway Company, a corporation, the party of the second part, Witnesseth: That the said parties of the first part for and in consideration of the sum of One hundred and Fifty dollars of the United States to them in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged do by these presents, remise, release, and forever quit claim unto the said party of the second part and to its assigns all right, title and interest and estate of said first parties in and to all that certain lot, piece or parcel of land, situate lying and being in the County of King, State of Washington, and particularly bounded and described as follows, to wit:

The interest of said grantors in and to a tract of Land lying within lines drawn parallel with with [sic] the center of the main Line track and fifty feet from said center of the Seattle, Lake Shore & Eastern Railway, now the Northern Pacific Railway, through the Townsite of Inglewood, King County, State of Washington, and running from Ash Street to Willow Streets and through the following Blocks in said Townsite; Blocks One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Twelve, Thirteen and fourteen according to the plat of said Town of Inglewood as recorded in Volume three, of Plat Books, page 169 records of King County, Washington; the intention being to convey herein a right of way fifty feet on each side of said track through any lots or blocks conveyed to the Grantor J.D. Reeves by grant of date, November 13, 1903, from King County, Washington, said lots being as follows, Lots 1 to 20 inclusive in

Block 1, Lots 1 to 10 inclusive, 12, 13, and 16 to 22 inclusive in Block 2; Lots 1, 2, 8, and 11 to 22 inclusive in Block 3; Lots 1 to 22 inclusive, being all of block 4; Lots 1 to 22 inclusive in Block 5; Lots 1 to 8 inclusive & 20 to 27 inclusive, in Block 6; Lots 1 to 68 inclusive being all of Block 9; and all of Lots 1 to 41 inclusive, being all of Block 14,

Together will all and singular the tenements, hereditaments and appurtenances thereunto, belonging, or in anywise appertaining, and the reversions, remainder and remainers, rents, issues and profits thereof.

To have and to hold all and singular the said premises together with the appurtenances, unto said party of the second part and to its heirs and assigns forever. In witness whereof, The said parties of the first part have hereunto set hands and seals the day and year first above written.

Signed, Sealed and Delivered,

in the presence of

| | | | |
|---|---|---|---|
| H.S. Frye | } | J.D. Reeves | [Seal] |
| | } | | |
| Clay Allen | } | Elizabeth Jane Reeves | [Seal] |

State of Washington }
County of King } ss

I Herman S. Frye, a Notary Public in and for the State of Washington residing at Seattle in the above named County and State, duly commissioned and sworn and qualified, do hereby certify that on this Third day of June, A.D. 1904, before me personally appeared J.D. Reeves and Elizabeth Jane Reeves, his wife, to me known to be the individuals described in, and who executed the within instrument, and acknowledged to me that they signed and sealed the same as their free and voluntary act and deed for the uses and purposes therein mentioned.

And the said Elizabeth Jane Reeves, wife of said J.D. Reeves upon an examination by me

separate and apart from her said husband, when the contents of said instrument were by me fully made known unto her, and she was by me fully apprised of her rights and the effect of signing the within instrument did freely and voluntarily, separate and apart from her said husband, acknowledge the same, acknowledging that she did voluntarily, of her own free will and without the fear of or coercion from her husband, execute the same as her free and voluntary act and deed for the uses and purposes therein mentioned. Given under my hand and official seal this third day of June A.D. 1904.

{H.S.F. }
{Notarial Seal }
{Com. Exp. }
{Dec. 4-7 }

Herman S. Frye
Notary Public in and for the State of Washington,
residing at Seattle, in said County.

Filed for record at request of Jay Sedgwick, July 29, 1904 at 45 min. past 9 A.M.

Geo B. Lamping
County Auditor

[illegible]

County Auditor

305111

Vol [illegible]

J. D. Reeves et ux

To

Quit-Claim [illegible]

Northern Pacific Railway Company

This Indenture, Made this [illegible] day of [illegible] in the year of our Lord One Thousand [illegible] Hundred and [illegible]

Between J. D. Reeves and Elizabeth Jane Reeves [illegible], the parties of the first part, and the Northern Pacific Railway Company, a corporation, the party of the second part.

Witnesseth: That the said parties of the first part, for and in consideration of the sum of One Hundred and Fifty Dollars of the United States, to them in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, do by these presents remise, release and forever quit-claim unto the said party of the second part and to its assigns all rights, title, interest and estate of said first parties in and to all that certain lot, piece or parcel of land, situate, lying and being in the County of King, State of Washington, and particularly bounded and described as follows, to-wit:

The interest of said grantors in and to a tract of land lying within lines drawn parallel with the center of the main line track and fifty [illegible] from said center of the Seattle, Lake Shore & [illegible] Railway, now the Northern Pacific Railway [illegible] the Townsite of Inglewood, King County, State [illegible] Washington, and running from [illegible] Street [illegible] Street and through the following Blocks [illegible] Townsite, Blocks One, Two, Three, Four, Five, [illegible] Eight, Nine, Twelve, Thirteen and Fourteen [illegible] the plat of said Town of Inglewood [illegible] Volume Three, of Plat Books, page 64, records [illegible] County, Washington; the intention being [illegible] [illegible] a right-of-way fifty feet on each [illegible]

24673

401 92



said tract through any lots or blocks conveyed to the grantor J. D. Reeves by grant of date November 15, 1903, from King County, Washington. Said lots being as follows: Lots 1 to 2 inclusive in Block 1. Lots 1 to 10 inclusive 12, 13 and 16 to 22 inclusive in Block 2, Lots 2, 8 and 11 to 22 inclusive in Block 3. Lots 1 to 22 inclusive being all of Block 4. Lots 1 to 22 inclusive in Block 5. Lots 1 to 8 inclusive & 20 to 27 inclusive in Block 6. Lots 1 to 68 inclusive being all of Block 9, and all of Lots 1 to 41 inclusive being all of Block 14.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof.

To have and to hold all and singular the said premises together with the appurtenances, unto said party of the second part and to its heirs and assigns forever.

In Witness Whereof, The said parties of the first part have hereunto set hands and seals the day and year first above written.

Signed, sealed and Delivered in presence of
H. S. Frye
Clay Allen

J. D. Reeves (Seal)
Elizabeth Jane Reeves (Seal)

State of Washington }
County of King } ss.

I, Hermon S. Frye, a Notary Public in and for the State of Washington residing at Seattle in the above named County and State, duly commissioned, sworn and qualified, do hereby certify that on this Third day of June A.D. 1904 before me personally appeared J. D. Reeves and Elizabeth Jane Reeves his wife, to me known to be the individuals described in and who executed the within instrument, and acknowledged to me that they signed and sealed the same as their free and voluntary act and deed for the uses and purposes therein mentioned.

24674

for the Record upon an examination by me separate and apart from her said husband when the contents of said instrument were by me fully made known unto her and she was by me fully apprised of her rights and the effect of signing the within instrument she did freely and voluntarily separate and apart from her said husband acknowledge [illegible] acknowledging that she did voluntarily of her own free will and without the fear of or [illegible] from her husband execute the same as her free and voluntary act and deed for the uses and purposes therein mentioned.

Given under my hand and official seal this third day of June A.D. 1904

[Seal] Hermon S. Frye
Com. Exp. Dec 1 1905 — Notary Public in and for the State of Washington residing at Seattle in said County

Filed for record at the request of Jay Sedgwick July 12 1904 at 45 min. past 9 A.M.

_______________ County Auditor.

Mary S. Palmer
to — Quit Claim Deed
J. H. McGough et al

This Indenture Made this — day of July in the year of Our Lord One Thousand Nine Hundred and Four

Between Mary S. Palmer a widow now and at the time of acquiring title to the property hereinafter described the party of the first part and J. H. McGough and Edgar Battle the parties of the second part.

Witnesseth: That the said party of the first part for and in consideration of the sum of One Dollar lawful money of the United States [illegible] in hand paid by the said party [illegible]

24675