JA Ex. 213



# DAILY POST-INTELLIGENCER

## RAILROAD AVENUE.

The action of the City Council in granting the petition for the establishment of a thoroughfare along the water front of Seattle, to be known as Railroad Avenue, and to be dedicated to the use of the public and of such railroads as may now or hereafter enter the city, was wise and commendable. It cannot be doubted that the interests of the city and of the vast majority of its citizens will be subserved by the establishment of such a highway as is contemplated. Nor can it be doubted that the action taken is in conformity with the almost unanimous wish of the people of Seattle.

The difficulty of securing the right of way for a railroad along the city front under the present conditions has been exemplified in the past. At best it was a slow and tedious process, and it was possible for a single property holder to prevent, at least for a time, the consummation of a project with which all but himself were heartily in sympathy. The difficulty with which the Seattle, Lake Shore & Eastern Railroad has met in securing its right of way along the city front has called attention anew to the necessity for a common highway by means of which any railroad can enter the city on an equal basis with every other.

The establishment of the street as proposed in the petition will be fair to all interests concerned. No railroad company should complain, for all will

the United States of all cars, locomotives and rolling stock of any railroad company chartered under the laws of the Dominion. The President would thus be given the right to suspend almost entirely the commercial relations between the United States and the Dominion of Canada. Not only would Canadian vessels be forbidden to touch at our ports, but the importation of Canadian goods would cease entirely, and the Canadian Pacific Railroad would virtually be shut out from competition with the American lines. And to that road the loss of American business would mean almost certain ruin.

That Canada would not long hold out against such an embargo is certain. Indeed, the mere passage of the bill would put an effectual stop to the groundless seizures of American vessels, and the President would not be called upon to exert the extraordinary powers conferred on him.

## A GREAT OUTRAGE.

The death of John Roach, the great shipbuilder, recalls the fact that he was driven into needless business disaster and untimely death by the grossly outrageous treatment he received at the hands of Secretary of the Navy Whitney. Roach was born in Ireland, came to this country in 1829, a boy of 16, without a friend or a dollar; he knew how to read, to write and cypher, and earned his first dollar in a brickyard, and subsequently learned the trade of an iron founder. He saved his money, and started a small foundry, employing only four men, and from this time forward he was so successful that when the government forced him to make an assignment eighteen months ago, he employed 8,000 men and his weekly pay roll was $30,000. From the Saturday

25525

000042

to the necessity for a common highway by means of which any railroad can enter the city on an equal basis with every other.

The establishment of the street as proposed in the petition will be fair to all interests concerned. No railroad company should complain, for all will alike be enabled to use it. No property holder should complain, for the want of such an avenue has long been felt, and its existence will be a great benefit to property holders and to the business men who make use of the docks and warehouses along the city front.

The great width of the proposed avenue, one hundred and twenty feet, will afford ample room for a large number of tracks, leaving space as well for trucks and wagons going to and from the warehouses. No company can prevent its competitors from securing an advantageous entrance into the city, and none can monopolize the benefits of the new thoroughfare. All can now enter the city alike, without being subject to the delays occasioned by the whims and caprices of selfish property holders.

Any railroad constructing a line into Seattle can now secure the right of way to the very business heart of the city without inconvenience and without expense. Seattle is admirably situated for railroad purposes, the long water front, so near to the principal wholesale and retail business streets of the city, affording a highway such as no other city on Puget Sound possesses and such as no interior city could possess.

And now a strip one hundred and twenty feet in width is to be dedicated forever to the purpose for which it is so well adopted. To say that the move is a sensible one is scarcely sufficient praise of the action of the Council. It is no rash prediction to say that the people of Seattle will ever have reason

how to read, to write and cypher, and earned his first dollar in a brickyard, and subsequently learned the trade of an iron founder. He saved his money, and started a small foundry, employing only four men, and from this time forward he was so successful that when the government forced him to make an assignment eighteen months ago, he employed 3,000 men and his weekly payroll was $30,000. From the Saturday night he paid his first wages, through a period of more than forty years Roach never failed to pay his employes every Saturday night, and this period included the great panics of 1838, 1857 and 1873. In 1871 he established the great shipyard at Chester, Pa., and became the greatest shipbuilder in this country. His yard was so complete that it was the only yard in the world where iron could be received in the ore and be converted into a finished ship. He built no less than eighty or more iron ships, aggregating 210,000 tons and quoted as the best in the world. In ships and marine engines his business amounted to $35,000,000. When a recently appointed Naval Commission were engaged in inspecting and selecting such merchant vessels as could be readily transformed, by reason of their strength, speed and workmanship, into fast war cruisers, it was found that every vessel so selected had been built by John Roach. In 1883 he began to build four steel Government cruisers under the direction of the Naval Advisory Board, and Secretary Whitney's outrageous refusal to accept the Dolphin, although fully equal to the contract and instructions of the Naval Board, forced Mr. Roach into an assignment. There was never any question as to the solvency of Roach under ordinary circumstances, for he had a very large fortune; but the prospect that Whitney would reject all four of the sea cruisers and throw an enormous loss upon his hands forced him to take in all his sail to protect his creditors from all possible loss by the action of the Secretary. Finally Whitney, who was only seeking for a little cheap fame as a Democratic patent new broom, was forced to adjust the difficulty he had trumped up for political effect concerning the Dolphin, so the assignees retired and the firm was reorganized, but the mischief had been wrought, and Roach, restored in fortune, was hopelessly broken in health. And this is the tale of the treatment

25526

000043

now one hundred and twenty feet, will afford ample room for a large number of tracks, leaving space as well for trucks and wagons going to and from the warehouses. No company can prevent its competitors from securing an advantageous entrance into the city, and none can monopolize the benefits of the new thoroughfare. All can now enter the city alike, without being subject to the delays occasioned by the whims and caprices of selfish property holders.

Any railroad constructing a line into Seattle can now secure the right of way to the very business heart of the city without inconvenience and without expense. Seattle is admirably situated for railroad purposes, the long water front, so near to the principal wholesale and retail business streets of the city, affording a highway such as no other city on Puget Sound possesses and such as no interior city could possess.

And now a strip one hundred and twenty feet in width is to be dedicated forever to the purpose for which it is so well adopted. To say that the move is a sensible one is scarcely sufficient praise of the action of the Council. It is no rash prediction to say that the people of Seattle will ever have reason to congratulate themselves upon the establishment of Railroad Avenue.

### PROPOSED RETALIATION.

The measure introduced in the House of Representatives during the early part of the present week by Mr. Belmont, of New York, in behalf of the Committee on Foreign Relations, and the similar one introduced in the Senate by Senator Gorman will, if they pass, put it into the power of President Cleveland to stop very effectually the annoyances which the Dominion Government has been having at the expense of our fishing industry. Unwarranted and unjustifiable as was the treatment of American fish-

born from scenes of activity in the ore, and be converted into a finished ship. He built no less than eighty or more iron ships, aggregating 210,000 tons and quoted as the best in the world. In ships and marine engines his business amounted to $35,000,000. When a recently appointed Naval Commission were engaged in inspecting and selecting such merchant vessels as could be readily transformed, by reason of their strength, speed and workmanship, into fast war cruisers, it was found that every vessel so selected had been built by John Roach. In 1883 he began to build four steel Government cruisers under the direction of the Naval Advisory Board, and Secretary Whitney's outrageous refusal to accept the Dolphin, although fully equal to the contract and instructions of the Naval Board, forced Mr. Roach into an assignment. There was never any question as to the solvency of Roach under ordinary circumstances, for he had a very large fortune; but the prospect that Whitney would reject all four of the sea cruisers and throw an enormous loss upon his hands forced him to take in all his sail to protect his creditors from all possible loss by the action of the Secretary. Finally Whitney, who was only seeking for a little cheap fame as a Democratic patent new broom, was forced to adjust the difficulty he had trumped up for political effect concerning the Dolphin, so the assignees retired and the firm was reorganized, but the mischief had been wrought, and Roach, restored in fortune, was hopelessly broken in health. And this is the tale of the treatment that this great man (for a poor emigrant boy who did what Roach did is a great man) received—a man who in a business career of fifty years never had been sued; never had sued a customer. To his workmen Roach was a kind and generous friend. The New York *Evening Post* says:

Thousands of dollars were given by him in charity, and the widows of faithful employes were invariably kept on the pay roll until their children were able to support them. The improvement of the homes of his workmen was one of his special studies, and he made it easy for them to own their homes by paying for them in installments. He sought earnestly to improve their condition and circumstances and surround their children with advantages greater than their own. He was only troubled once or

25527

000044