JA Ex. 214

## DAILY POST-INTELLIGENCER, TUESDAY, FEBRUARY 8, 1887.

### BREVITIES.

...ern mail arrived at mid-...

...arrived here all right...

...pa Moore and Emanuel, ...the chain gang yesterday...

...r Polithofsky came to this ...ely yesterday, for a load...

...l, in North Seattle, is to be ...d conducted as a summer...

...min an employe of Stetson ...as pretty badly hurt while ...Saturday evening. He ...ed to his home for several...

...afternoon the steamer ...a load of thirty tons of ...for Capt. J. G. Parker, of ...left for the Capital City...

Templar is over due. She ...out from San Francisco 26 ...ould have been here two... In fact vessels sailing with ...made the run up the coast ...even days. It is feared she ...in a storm and lost.

...er Edith remained in Port ...erday having some work... The City of Quincy went ...during the afternoon and ...mail to Seattle last night, ...and mails were transferred ...th, and she continued the ...this place.

...al union meetings of the ...ashington Bible Society were ...bath evening in the Method...byterian Churches. Both ...filled and a collection was ...ing in all to $83.35. At the ...iness meeting on the 4th, Dr. ...was elected President; B. ... Treasurer; W. H. Reeves, ...ing Secretary, and W. P. ...pository.

...y, who was in San Francisco ...of the blowing up of the ...Parallel, and who visited the ...orning after the explosion ...ed up a number of fragments ...k, brought his collection to ...d takes pleasure in showing ...lers at his store. He has a ...utter from the Cliff House, ...of the schooner's mast, all ...into ribbons, and a small ...od from her upper house.

...nor Ferry states that the ...orgery against his client Par...s now in the county jail, is ...settled. Parker's friends in ...are trying to settle the matter ...be settled or come to an issue ...eek. Parker said to a Post-...IGER reporter yesterday that ...ot want to go back to New ...as agreed to pay his attorney ...keeps him from being taken ...says he cannot spare the time ...this spring.

...ot for the Smith diamond ...take place at the race track ...m. Robertson has held it now ...an four months and if he

### PERSONAL.

R. A. Cain, Jas. D. Hall, of Madison, M. O'Brien, of White River, D. Price, of Vashon, Jas. Maxwell and wife, of Cedar River, J. A. Smith, of Portland, O. Hanks and J. W. Demott, of Houghten, M. Franklin, of Tacoma, Geo. H. Gellenson, of Stuck, and Jno. T. Blackburn, W. L. Lindsley and L. Banway, of Vashon, are at the New England.

A. A. Whitney and wife, and A. D. Charleson, of Portland, E. L. Thorne, of Renton, J. F. Hart, of Tacoma, Perry Bayne, of Squak, J. H. May, of Kitsap county, J. Hennessy and Robert Mc-Donaugh, of San Francisco, B. Cronson, of Lake Washington, Walter and William S. Keyes, of Muckilteo, and the members of the Thompson Opera Company are at the Occidental.

R. C. Pontway, of Slaughter, J. E. McDonald, Cedar River, Chas. Prince and wife, Victoria, Jas. Comstock, of Madison, C. M. Van Doren, of White River, T. P. Woodard, J. Gale, of Tacoma, W. H. Roder, of San Francisco, F. M. Smith, Green River, Andrew Kershaw, Tulalip; J. E. McDonald and A. Jones, Cedar River, W. H. Talbott, of Tulalip, E. M. Freckett and wife, of Port Gamble and Wm. Wallace, of Walla Walla, are at the Arlington.

Ira A. Town, and W. D. Imlock, of Tacoma, J. F. Jones, of Black Diamond, T. Gard and wife, of Blakeley, M. H. Conners, of Slaughter, Jos. Brannan, of White River, W. H. Rothschild, of San Francisco, Mrs. McKennon, of Cedar Mountain, J. E. Jancke, of Fall City, M. F. Wilson, of Whatcom, T. H. O'Brien, of Victoria, Alex. S. Hughes, of Slaughter, H. W. Higby and Geo. H. Fuller, of Squak, W. C. Gibbs, O. F. Stewart and C. H. Williams, of Puyallup, G. C. Price, of San Francisco, Henry Ouyle, and D. R. Jones, of Osceola, Geo. W. Shaw, of Tolt, James Rice, of Stanwood, and William F. Jordon, of Green River, are at the Brunswick.

CLEAN THE SIDEWALKS.—The chain gang should be put at work at once removing the earth from up-town sidewalks. As a result of the late cold spell and the succeeding thaw, an immense quantity of earth has fallen from the banks alongside upon the walks below, partially covering them for hundreds of yards and entirely covering them for lesser distances. This earth should be taken off immediately, as it seriously interferes with the use of the walks, and with the coming of heavy rains will render them too filthy for any use whatever.

INSANE.—Sunday evening the police officers arrested a man by the name of Neil Liveaney, on a charge of insanity, and turned him over to Sheriff McGraw. Yesterday he was taken to the Probate Court for trial, but as he demanded an attorney, and the lawyers were all busy at the Court house, he was sent to jail again until today.

### WITHOUT A DOUBT

Medical Lake Salt possesses greater curative properties than any other known remedy. It positively cures

## THE THIRD

### OF THE

## ONLY GENUINE AND TRU

### That flattens out a all compet

Remember, everything ad still cheaper than ever. of all kinds almost

Remnants in this department reduce Dress Goods, 50 cents on the dollar, every piece of goods to be for A true new line of Dress Goods, Plush all about 250 pieces, to arrive Wed be sold at the same Remnants of all lengths, from one yar one quarter the orig

Space does not permit us giving Call and examine prices and be conv Gigantic Clearance Sale ever know

25577
000045



# CHAMBER OF COMMERCE.

## Election of Officers for the Ensuing Year.

Annual Meeting—Interesting Committee Reports—Officers Re-elected—Applications for Membership, Bills, Etc.

The Chamber of Commerce held its regular monthly meeting in their rooms last evening. The attendance was fair, but the interest was beyond that of the average meeting.

Resignations of membership were received from A. S. Miller, F. W. Wald and James W. Wald, all of which were accepted.

Applications for membership were made by T. J. Milner and E. A. Turner, which were placed on file for action at the regular meeting next month.

The annual report of Treasurer Mackintosh was presented. It showed the income of the Chamber to have exceeded its outgo during the year by $[?].

Bills for rent and Secretary's salary, amounting to $82, were ordered paid.

The Henry Villard Address Committee reported their action and its satisfactory result.

The Special Committee on Railroads and Transportation presented a lengthy report, which will be found below in full. Report was accepted and committee discharged.

Committee on Railroads was instructed to look up the matter of the right of way given to the Columbia and Puget Sound Railroad Company, with a view of ascertaining whether or not the conditions of the contract whereby the right of way was given to the company have been complied with. Judge Lewis was added to the committee.

Corresponding Secretary Minor stated that he had sent the Chamber's reports to many other parts of the country, and had received in return reports from Chambers elsewhere to the number of nearly a hundred.

The annual election of officers resulted in the re-election of Bailey Gatzert as President, Henry L. Yesler as Vice President, E. M. Carr as Secretary, Thomas T. Minor as Corresponding Secretary, and Angus Mackintosh as Treasurer.

are earnestly anxious to know, at an early day, what, if any, facilities by connection with other roads terminating here, you design to give us, and are willing to give us for through and local freight and passenger traffic; and whether you design, in so far as your Road is concerned, to make the same rates to our City, as to other points on Puget Sound?—Very respectfully,
J. R. Lewis, Chairman Committee.

### TO PRESIDENT SMITH.

Rooms of Chamber of Commerce,
Seattle, W. T., Dec. 23, 1886.

Hon. Elijah Smith, President O. & T. R. R. Co. and O. I. Co.—Sir: The Special Committee on Railroads and Transportation is directed by the Chamber to submit to the management of your road the question of connection and transportation with and by your road with our city.

The assured early completion of the N. P. R. R. across the Cascade Mountains will within a few months place our city in connection with the railroad system of the East, by aid of your roads terminating here.

Our people are anxious to know the purpose and intention of your management in so far as it is proper for you to disclose the same, as to the facilities you are disposed to afford us for transportation of freight and passengers as well for through traffic as with Eastern Washington, and whether your companies will join with the N. P. R. R. Co. in such arrangement as will secure to our city the same rates as are afforded to other cities on Puget Sound. Our business men are ready to increase warehouse facilities sufficient to accommodate the increased business which we hope to secure by aid of your roads.
Very respectfully,
J. R. Lewis, Chairman Committee.

### FROM PRESIDENT SMITH.

New York, Jan. 5th, 1887.

J. R. Lewis, Esq., Chairman Committee on Railroads and Transportation, Seattle Chamber of Commerce—Dear Sir: I have yours of the 23d ult., asking what facilities we are disposed to afford you for transportation of freight and passengers between Seattle and Eastern Washington. This question might be more readily answered by the Northern Pacific Railroad Company. We have on different occasions endeavored to establish a through line between Seattle and the East, via the Pacific Division of the Northern Pacific Railroad, and our efforts in this direction have resulted in such an arrangement of the time card at the connecting point with the Northern Pacific Railroad, as to practically render our road useless. Until we could have some assurance that freight and
A large Ex[?]
night.
The Morn[?]
Saturday nigh[?]

Two tramp[s]
escaped from [?]
morning.

The steamer [?]
city from Blai[?]
of supplies.

Bell's Hotel,
furnished and
boarding hous[e]

Charles Smi[th]
& Post mill w[?]
coasting last
will be confine[d]
days.

Yesterday [?]
Daisy took on
general cargo [?]
Olympia. Sh[e]
about 4 o'clock

The bark T[?]
has been out
day[?], and sho[?]
weeks ago. I[?]
the Templar m[?]
in six and seve[n]
was caught in [?]

The steamer
all day yester[day]
done on her.
to Tacoma du[?]
brought the m[?]
Passengers an[d]
to the Edith,
voyage from th[e]

The annual
Western Wash[ington]
held on Sabba[th]
ist and Presb[yterian]
houses were fi[lled]
taken amount[?]
annual busines[s]
R. Willard wa[?]
H. Denny, T[?]
Corresponding
Stanley, Depo[t]
Mr. M. Levy, [?]
at the time of
schooner Par[?]
scene the morn[ing]
and gathered u[p]
of the wreck, b[?]
this city and t[?]
them to callers
piece of shutt[er]
and a piece of
shattered into
piece of wood [?]

Ex-Governor [?]
charge of forg[ery]
ker, who is n[ow]
liable to be se[nt]



...in many other parts of the country, and had received in return reports from Chambers elsewhere to the number of nearly a hundred.

The annual election of officers resulted in the re-election of Bailey Gatzert as President, Henry L. Yesler as Vice President, E. M. Carr as Secretary, Thomas T. Minor as Corresponding Secretary, and Angus Mackintosh as Treasurer.

After the indulgence of considerable talk of a character interesting to its members, the Chamber adjourned.

Following is the report of the Committee on Railroads and Transportation:

SEATTLE, Feb. 7, 1887.

*To the President of the Chamber of Commerce, Seattle:* Your special Committee on Railroads and Transportation beg leave to submit the following report:

We forwarded to the Hon. Robert Harris, President of the Northern Pacific Railroad Company, and Hon. Elijah Smith, President of the Oregon and Transcontinental Railroad Company and the Oregon Improvement Company, letters touching questions of transportation to this city, copies of which are herewith submitted, and very promptly received replies thereto, which are appended. Whether further correspondence on the subject is necessary, we submit to the Chamber.

We have also had conference with Mr. Chas. M. Sheafe, General Superintendent of the Seattle, Lake Shore and Eastern Railway Company, a corporation organized for the purpose of constructing a railroad from Seattle, via the north shore of Lake Washington, thence to the Squak Valley and Snoqualmie coal mines, and to the celebrated iron mines in the pass of the Snoqualmie; thence via the Snoqualmie pass of the Cascades to Eastern Washington, and forming connection with an independent line to the East. We are advised that several corps of engineers are in the field, making surveys on the west side of the Cascades, and that their chief engineer had pushed through the pass and thence down the Yakima some distance, finding a most excellent pass through the mountain range, several hundred feet lower than the Stampede pass, and a line quite easily constructed, fully demonstrating that the report of Gov. Stevens many years ago in favor of the Snoqualmie pass for the great transcontinental railroad from Puget Sound, was based upon the facts.

We are advised that work on this road will commence quite soon, and that the company has already expended large sums of money here. The work will be pushed vigorously. Funds sufficient to build the road across the Cascades have already been secured. The people of our city feel a great interest in this road and are doing all they can to aid it. The building of this road will for all time make our city the great railroad center and metropolis of Puget Sound.

...fic Railroad Company. We have on different occasions, endeavored to establish a through line between Seattle and the East, via the Pacific Division of the Northern Pacific Railroad, and our efforts in this direction have resulted in such an arrangement of the time card at the connecting point with the Northern Pacific Railroad, as to practically render our road useless. Until we could have some assurance that freight and passengers delivered by our line to the Northern Pacific Railroad would receive the proper attention and be forwarded with the same dispatch that their own passengers and freight receive, it would be useless for us to think of extending our line to a different connecting point. I should, however, be glad to receive any suggestions from the people of Seattle, as to what they have in mind as far as we are concerned, with reference to these questions. Yours truly,

ELIJAH SMITH, Pres't.

FROM PRESIDENT HARRIS.

NEW YORK, January 8, 1887.

*J. R. Lewis, Special Committee, Chamber of Commerce, Seattle*—DEAR SIR: I have your letter of December 23d expressing the satisfaction that is felt by your body at the prospect of the completion of this road in the near future across the Cascade range to its Western terminus, by which a direct through connection will be given to the people of Puget Sound with the grain fields and stock ranges of Southern Washington. As to facilities and connections and rates, I cannot say more at present than that it will be our policy to secure the business of Seattle and all other points on the Sound to the fullest extent that is practicable, and to discriminate against none. In view of the pending Inter State Commerce Bill, you will appreciate that I cannot well be more definite than this at this time. Yours truly,

ROBERT HARRIS, Pres.

$5000 worth of Dry Goods slightly damaged, from steamer Elder, now on sale.
CHESTER CLEARY.

### DROWNED IN LAKE UNION.

On Sunday morning news was brought to town of the drowning, on Saturday night, of Andrew Hansen. The north arm of Lake Union, popularly known as the "Portage," became frozen over last week to a sufficient extent to allow skating. Among those who improved this opportunity to enjoy the rare sport were a number of employees on the Washington Improvement Company's canal, now being built between Lake Union and Lake Washington. On Saturday afternoon two of these employees, the Hansen brothers, accompanied by a young man named Jim Brownfield, who lives in that neighborhood, came to town to procure skates. They were returning to Canal Camp about 11 o'clock, and...

of the wreck, this city and to them to callers piece of shutt... and a piece of shattered into piece of wood...

Ex-Governor charge of forge... ker, who is no... liable to be set... New York are t... and it will be s... within a week. INTELLIGENCER he does not w... York, and has $1000 if he kee... back. He says to go East this...

The shoot of trophy will take today. Wm. R for more than defeats all the wish to shoot next two mont... tiful medal, a... a member of Gun Club shall successive mon individual pro... is the one who ertson today.

### ON FL...

The American on a R...

When the s... here one week a vessel strand Flattery rocks, out into the about fourtee Flattery. Th... this intelligen... PORT-INTELLIG telegraph lines able to find out or any furthe the accident, long overdue, i that she was subsequent fac position to b... Townsend cor lowing light on "Captain G... American bark Francisco on J Tacoma, arriv... Dispatch from Sunday eveni... vessel was wre during a heavy morning, Janu that the vessel The crew stri... ashore almost about the bar in an upright...



many years ago in favor of the onegauge pass for the great transcontinental railroad from Puget Sound, was based upon the facts.

We are advised that work on this road will commence quite soon, and that the company has already expended large sums of money here. The work will be pushed vigorously. Funds sufficient to build the road across the Cascades have already been secured. The people of our city feel a great interest in this road and are doing all they can to aid it. The building of this road will for all time make our city the great railroad center and metropolis of Puget Sound.

We have also had several most interesting conferences with President Eugene Canfield of the Bellingham Bay Railway & Navigation Company. The purpose of this Company is to build a line of railroad from Seattle to Bellingham Bay, at or near Whatcom, and thence connecting with the Canadian Pacific. Surveys have been made the entire route and a most excellent line has been found, with low grades and of easy construction. The Company have obtained from Congress a valuable franchise, and President Canfield is pushing the work as rapidly as possible. This line passes through a country rich in timber, agriculture, coal and iron, which awaits to be developed by this road, on completion of which we will not only have the products of the country along the line carried into our city for consumption and shipment, but will have through connection with the East via the Canadian Pacific. Our people feel much gratified at the success thus far of this important enterprise, and should extend to the company all aid within our power, and in the near future we hope to rejoice in the success of this company.

Our city government, anxious to extend aid to these two important railroad lines, has opened a street along the water front 120 feet wide, extending from Columbia street to Smith's Cove, a distance of three miles, to be used as a grand avenue for Railroad lines and have also granted the right of way to the two companies above named, each to occupy a width of 30 yards. Work will at once be commenced by these companies in piling along this street, and ere long the commerce of the world will find ample room at our wharves and warehouses along this grand avenue, to land and discharge cargo. The prospects of our city have never been so flattering, business of all kinds is active, the laborer, skilled and unskilled, finds employment at remunerative rates, and capital is pouring in for investment among us. Respectfully,

J. R. Lewis, Chairman Com.

TO PRESIDENT HARRIS.

ROOMS OF CHAMBER OF COMMERCE,
SEATTLE, W. T., Dec. 21, 1888.
Hon. Robert Harris, President N. P.
R. R. Co.—Sir: The Special Committee on Railroads and Transportation is directed by the Chamber, to ...

---

arm of Lake Union, popularly known as the "Portage," became frozen over last week to a sufficient extent to allow skating. Among those who improved this opportunity to enjoy the rare sport were a number of employes on the Washington Improvement Company's canal, now being built between Lake Union and Lake Washington. On Saturday afternoon two of these employes, the Hansen brothers, accompanied by a young man named Jim Brownfield, who lives in that neighborhood, came to town to procure skates. They were returning to Canal Camp about 11 o'clock, and when about half way across the portage George and Andrew Hansen fell through the ice. Andrew could not swim, but George, who was more fortunate in that respect, grabbed his brother about the waist and endeavored to hold him above the water until help should come from the shore. Andrew seemed to have been stunned by the first plunge in the cold water, because he continued to struggle and finally slipped from his brother's grasp and sank to the bottom. George clung to the breaking ice until rescued by the help of Jim Brownfield, who had run to the shore and returned with a long pole, by which George was helped from the water. He suffered intensely from the cold, as he was compelled to go some distance before he could get a change of dry and warm clothing.

On Sunday morning the entire camp instituted a search for the body of the unfortunate young man, which they soon found. The water was thirteen feet deep where the body was found.

Andrew Hansen was 19 years of age and a native of Denmark. The funeral took place from Shorey's undertaking rooms yesterday forenoon, and it was attended by nearly all of Contractor Bothell's crew, with whom the young man had been working for some time.

---

New Fans, new Ruchings, new Embroideries just in.     CHRISTIAN CLEARY.

### REAL ESTATE.

H. L. Yesler to Isaac Lanning, lot 3, block 8, town of Yesler, $100.

S. W. Wilson and wife to Perry Bayne, one acre in the ne ¼, sec 29, tp 24, n r 6 e, $200.

William H. Sarber to Frank Egan, lots 7 and 8, block 3, Robinson's addition, $300.

D. T. Denny and wife to Julia A. King, lot 10, block 50, D. T. Denny's Park addition, $100.

King County to O. & P. S. R. R. Co., right of way 100 feet wide through the County Farm, $10.

Chas. Waters to Helen A. Vanderhof, lot E, Somerville, $250.

D. T. Denny to Barbara L. Wunder, lot 5, block 59, D. T. Denny's Park addition, $350.

"ROBERT MACAIRE."—A small audience greeted the Thompson Opera Com...

---

lowing light ou
"Captain G
American bark
Francisco on J
Tacoma, arrive
Dispatch from
Sunday evenin
vessel was wre
during a heavy
morning, Janu
that the vessel
The crew strip
ashore almost
about the bar
in an upright p
holes stove in
ebbing and flo
The captain s
mountain high
and down the
mass of break
one hundred fe
Mexico passed
although signa
tion to the wre
hoisted signal
in the least.
much broken
perience and fr
tense cold weat
since his vessel
sel went on t
bark has been
staying by th
been landed at

45c., a Blea
Damask.

PORT T
(Regular corr

A number
organized a
doubtless app
in the near fu
Hastings' t
patronized the
of skating.
gathered there
was enjoyed.
R. D. Attric
Miss Iola Jack
registered at t
The severe
ensed for sev
ing way to wa
The water
Discovery mil
solid and ne
of work the
will be in run
The Drama
the Gaslight"
day evening a
The frame
is completed.
The Austra
laden, from
will go to sea
The ship B
is due.
The tug M
tug for Utsal
to Discovery