# JA Ex. 215

SEATTLE DAILY POST-INTELLIGENCER, TUESDAY, MAY 10, 1887

# [...]F NANAIMO

[...]nks to the [...]eattle for [...]nerosity.

[...]till Being Re-[...]id of the [...]rers.

[...]e Elsewhere—Port [...]wcastle Give Lib-[...]f Subscribers.

[...]gram was received

[...]mo, B. C., May 8. [...]ditor of the POST [...]ny thanks for your [...]titude. Return my [...]itizens for respond-[...]e calamity is a ter-[...]ity. No relief com-[...]n formed, but one [...]d. Present needs [...]ttended to. Any [...] to me or to Mr. [...] Free Press will be [...]nowledged through [...] present time fifty-[...]ve been taken out [...]till remain thirty-[...]Chinamen have been [...] are still in the mine [...]CHARD GIBBONS, Mayor.

[...]h indicates that the [...] people of Nanaimo [...]eattle is doing in be-[...]n city, and also that [...] of all the assistance [...] It should be borne [...] POST-INTELLIGENCER [...]criptions whatever [...]ations should come [...]ll, as we have before [...]at our office all con-[...]y be brought or for-[...]ledge the same in [...] should also be glad [...] of any private sub-[...]iduals or societies [...]direct to Nanaimo. [...] received yesterday [...]atifying in number [...]

| | |
|---|---|
| Quincy A. Brooks | 2 50 |
| Thos. Kirkpatrick | 5 00 |
| M. Bernstein | 1 00 |
| J. N. Dunton | 2 00 |
| Jackson & Foss | 2 50 |
| R. K. Latimer | 1 00 |
| T. J. Corrigan | 1 00 |
| Chas. Dyer | 5 00 |
| Wm. H. Whittlesey | 1 00 |
| James Stockard | 1 00 |
| C. M. Bradshaw | 5 00 |
| H. Payner | 1 00 |
| Pettygrove & Conner | 2 50 |
| E. Glover | 5 00 |
| A. A. Plummer | 1 00 |
| James Jones | 5 00 |
| Allen Weir | 1 00 |
| Lieut. Tuttle | 2 00 |
| Cash | 3 00 |
| Cash | 1 50 |
| Burkett & Eisenbeis | 5 00 |
| Geo. Starrett | 1 00 |
| H. Bash | 1 00 |
| Cash | 2 50 |
| J. G. Sterning | 2 00 |
| Cash | 3 00 |
| Total | $316 50 |

The communication that we give below shows what the people of Newcastle are doing, and certainly the energy and liberality displayed are praiseworthy:

NEWCASTLE, King County, W. T., May 8, 1887.

EDITOR POST INTELLIGENCER:

The citizens of Newcastle had a mass meeting this evening to express their condolence and raise substantial aid for the Nanaimo sufferers. All present attached their names to subscription papers, and a committee was appointed to collect the money and forward it to Nanaimo. The Newcastle people respond so liberally toward the aid of their fellow miners that the committee expect to raise near $300 in this vicinity. May the good work go on in Seattle and other places so that no bereaved family need want for the necessaries and comforts of life. A motion was carried that we request one or more of the Seattle papers to publish the action of this meeting. JAMES RAPER, Secretary.

---

Buying for cash is good but the greatest saving is in selling for cash. No bad debts, no bookkeepers, in fact, no losses. Our competitors are beginning to see that only a cash store can afford to give cash values. We lead for low cash prices. Any one can see that we can afford to undersell the credit stores. CHESTER CLEARY.

---

Remember you can find in our millinery departm[...]

LEWIS MORRISON.

There can be but little doubt that the representation of Goethe's "Faust," next Wednesday evening, by the Lewis Morrison Company will be well worth witnessing. Gounod's opera of this name is often heard, for it is generally to be found in the repertoire of every prominent operatic artist in the country, but it is seldom that a dramatic star makes bold to put on so stupendous a work as the play of Faust. Mr. Morrison has undertaken it, however, and in a manner that has called forth commendation from every one who has seen the results of his efforts. "Faust" is an elaborate work, and to present it effectively requires far more than the ordinary preparations given to a stage piece. Apparently, neither time nor money has been spared to make this a representation without a flaw. Handsome costumes, magnificent scenery and wonderful stage mechanisms go to make the performance startlingly realistic. The San Francisco Post says: "For the scenery alone this production is largely worthy of patronage. As a whole, it is really grand. The grand place of Nuremberg is a handsome scene, and the Marguerite's garden is a dainty bit of work, just fit for a maiden's bower. On the Brocken scene, the staff have lavished the modern arts of stage illusion and display. From the darkened auditorium of the theater, it is a grand and awe-inspiring scene."

TOKLA[...]

AND

SINGERM[...]

Our great lo[...]

$200,[...]

WOULD

Every person who [...] & Singerman this week [...] We are the only h[...] worth of goods we buy. If you want to buy [...]

C A
2000 R

Is a low estimate of the [...] from the most prominent [...] of carpets the largest sel[...]

1000 yards 2 ply [...]
1200 " Ingrai[...]
1500 " 2 ply [...]
2500 " Tape[...]
2300 " Tapes[...]
3000 " Tape[...] [...]ody

LIBRARY OF CONGRESS NEWSPAPER RM

LOC- 00005

Nanaimo. The Newcastle people respond so liberally toward the aid of their fellow miners that the committee expect to raise near $800 in this vicinity. May the good work go on in Seattle and other places so that no bereaved family need want for the necessaries and comforts of life. A motion was carried that we request one or more of the Seattle papers to publish the action of this meeting. JAMES RAPER, Secretary.

Buying for cash is good but the greatest saving is in selling for cash. No bad debts, no bookkeepers, in fact, no losses. Our competitors are beginning to see that only a cash store can afford to give cash values. We lead for low cash prices. Any one can see that we can afford to undersell the credit stores. CHESTER CLEARY.

Remember you can find in our millinery department styles and prices not to be found in an exclusive millinery establishment. The new patterns for Monday morning are Villa Normandy, Anita La Tour and ours. Prices just one-half. TOKLAS & SINGERMAN.

This is a chance that seldom comes: Today we give away at the STAR CLOTHING HOUSE 200 men's suits at $5, $6, $8. Come, look, buy and be satisfied with the biggest bargains ever offered to the people of Seattle.

TALK WITH AUDITOR WOOD.

ROSWELL SCOTT PUTS IN HIS OAR AND GIVES THE LOYAL CITIZENS A SHOT.

Yesterday evening a representative of the POST-INTELLIGENCER called at the Auditor's office to see Auditor Lyman Wood, and if possible get the true state of facts concerning the action of the Board of County Commissioners with reference to the Providence Hospital bill, of which there has been so much written by the papers of late. Mr. Wood said:

"I think I can explain how your reporter fell into the error which led to the publication of the statement that this Board had allowed the Hospital bill for the care of the so called rioters. The old Board, as the records show, allowed that bill in the sum of $179 20 on February 19th. For the information of the present Board I had one of my deputies, Mr. Twitchell, look the matter up for them, and his notes probably got into the Clerk's notes of the proceedings of that day. This Board has approved a bill of the Hospital for $136, but that was for the care of sick persons who were sent there during the month of April, persons not able to be sent to the farm. Dr. Hall's claim has not been allowed. It is for something like $300. The Doctor does not want to file his claim until he finds out if there is a likelihood of its being allowed."

At this juncture Roswell Scott, Mr. Woods' very unpopular deputy, who had frequently interrupted the Auditor during the conversation, turned to the records of the proceedings of the old Board, and in his inimical wheezy voice said: "Here is an entry on February 19th which is a mistake, it says: 'Bill of Providence Hospital, for care of wounded rioters, $179 20, allowed;' it should read: 'Bill of Providence Hospital, for care of men wounded by rioters, $179 20, allowed.'"

The reporter informed Mr

a manner that has called forth commendation from every one who has seen the results of his efforts. "Faust" is an elaborate work, and to present it effectively requires far more than the ordinary preparations given to a stage piece. Apparently, neither time nor money has been spared to make this a representation without a flaw. Handsome costumes, magnificent scenery and wonderful stage mechanisms go to make the performance startlingly realistic. The San Francisco *Post* says: "For the scenery alone this production is largely worthy of patronage. As a whole, it is really grand. The grand plaza of Nuremberg is a handsome scene, and the Marguerite's garden is a dainty bit of work, just fit for a maiden's bower. On the Brocken scene, the staff have lavished the modern arts of stage illusion and display. From the darkened auditorium of the theater, it is a grand and awe-inspiring scene."

New stock of spring wraps, raglans, jackets and jerseys. You can buy a very good jersey for 50c., just as good as any merchant can show you for $1.50. TOKLAS & SINGERMAN.

5 cents buys a cap, 5 cents buys a hat at the STAR CLOTHING HOUSE, 208 Commercial street.

Silks, bought for cash, sold for cash. Price them. CHESTER CLEARY.

REAL ESTATE.

The following deeds were filed in the Auditor's office for record yesterday:

M. W. Hand to Azalia Nott, lot 12, block 22, Pontius addition; $1300.

Hans Anderson to Seattle, Lake Shore & Eastern Railway; right of way.

Bill Holohkanan to Seattle, Lake Shore & Eastern Railway; right of way.

A fred Parsons to Seattle, Lake Shore & Eastern Railway; right of way.

Louis Tahalibkol to Seattle, Lake Shore & Eastern Railway Co; right of way.

Jim Yonderpamp to Seattle, Lake Shore & Eastern Railway Co.; right of way.

John Sadlerken to Seattle, Lake Shore & Eastern Railway Co.; right of way.

Geo. Davis to Seattle, Lake Shore & Eastern Railway Co.; right of way.

Osmine Frost et al. to J. P. Stagg, E ½ of NE ¼, sec 22, tp 25, r 3 e, and E ½ of NW ¼ of SW ¼ of sec 23, tp 25, r 3 east; $9.00.

J. P. Stagg to Mary F. Overstreet, same as above; $9.00.

George H Harris to J. H. McGraw, lots 1 and 4, block 61, A. A. Denny's addition; $1.

George W. Harris to J H. McGraw, 40x120 feet in lot 4, block 6, A. A. Denny's addition, on Front street; $1.

George W Harris to John McGraw, lots 17, 18, 19 and 20, block 11, Kidd's addition; $1.

J. A. Stewart to Michael McDonald, fractional lots 14, 15, 16 and 17, block 59, Heirs of S. A. Bell's second addition; $450.

Edwin S. Briscoe to M F. Mayhew, lots 1, 2 and 3, block 8, Mercer's addition; $750

Victor Hugo Smith to W. R Wilson, block 2, Dewey's addition; $1200.

M. F. Mayhew to L. H. Griffith, lots 1, 2 and 3, block 8, Mercer's addition; $900.

THE BABIES CRY FOR IT.

CAR

2000 Rolls

Is a low estimate of the quantity we from the most prominent factories. of carpets the largest selection and low

1000 yards 2 ply Ingrain at.
1200 " Ingraid at..........
1500 " 2 ply all wool In
2500 " Tapestry........
2500 " Tapestry, good
3000 " Tapestry, better
4000 " Body Brussels ..

LACE CURTAINS.

10 pieces colored Madras......
15 " plain and fancy Etam
5 " Sash Curtain Madras
15 " imported Madrs......
20 pairs Nottingham Nets, fro
50 " Nottingham Nets, fro
WE SO

Spring Wr

We are showing the most comple styles of Cream,

21 imported pattern Wraps, elegantly beaded, no two styles alike, many of them cost $45, will be sold for $15 and $20.
72 fancy street Jackets, all shades...$2 50
114 " " " " ... 4 50
60 fancy trimmed, elegant styles, street Jackets. ................. 5 00
48 fine black silk finished Jerseys at. 3 00

43 silk and
10 doz ladi Jerseys
10 doz ladie Jerseys
10 doz ladie Jerseys
10 doz ladie Jerseys

Great May Day

Will begin Monday morning, May

31 pieces splendid quality and good colors, Lace Leon reduced to 10c.
20 pieces, great bargain, double fold full 36 inches wid Suitings, reduced from .0 to 20.

We would like to call your attention to

SILKS GREAT

9 pieces 22 inch black Bonnett Gros Grain Silk fo Regular price $3.

Wash Fabrics

2 cases 7-8 Lawns at ...............................2c
They cannot be produced for 7c
3 cases full 34 inch Lawns for ......................6c

CRETONES 1 ca

1 case French Satten

BARGAINS 00

LIBRARY OF CONGRESS NEWSPAPER RM

SEATTLE DAILY POST-INTELLIGENCER, TUESDAY, MAY 10, 1887

## [illegible]E MAYOR OF NANAIMO

[illegible] Thanks to the People of Seattle for Their Generosity.

Subscriptions Still Being Received in Aid of the Sufferers.

[illegible] is Being Done Elsewhere—Port Townsend and Newcastle Give Liberally—Names of Subscribers.

The following telegram was received [illegible] sunday morning:

NANAIMO, B. C., May 8.

To Leigh Hunt, Editor of the POST-INTELLIGENCER: Many thanks for your [illegible] and promptitude. Return my thanks also to your citizens for responding so liberally. The calamity is a terrible one to this city. No relief committee has yet been formed, but one will soon be organized. Present necessities are being attended to. Any moneys forwarded to me or to Mr. [illegible], editor of the Free Press will be received for and acknowledged through the Press. Up to the present time fifty-[illegible] white men have been taken out [illegible], and there still remain thirty-[illegible]. Thirty-one Chinamen have been taken out, and there are still in the mine [illegible]. RICHARD GIBSON, Mayor.

The above dispatch indicates that the city officials and the people of Nanaimo appreciate what Seattle is doing in behalf of their stricken city, and also that they are in urgent need of all the assistance that we can render. It should be borne in mind that the POST-INTELLIGENCER is soliciting no subscriptions whatever, [illegible] all contributions should come [illegible]. We will, as we have before [illegible], gladly receive at our office all contributions that may be brought or forwarded and acknowledge the same in [illegible] columns. We should also be glad to make mention of any private subscriptions by individuals or societies [illegible] are forwarded direct to Nanaimo.

The subscriptions received yesterday are exceedingly gratifying in number and amount. Rev. George H. Watson, [illegible] the Episcopal Church, sent in $19.50, which amount was collected at the service held on Sunday evening. The following generous donation was received from the Allmond & Phillips Foundry Company and its employes:

SEATTLE, Wash. Ter., May 9, 1887.

We, the undersigned, authorize the Allmond & Phillips Foundry Company to pay the amounts set opposite our names to the POST-INTELLIGENCER, for the benefit of those left in need by the Nanaimo accident.

| | |
|---|---|
| Allmond & Phillips Foundry Co. | $20 00 |
| [illegible] Goodall | 2 50 |
| [illegible] Toole | 2 00 |
| [illegible] Tierny | 1 00 |
| [illegible] Fletcher | 1 00 |
| [illegible] Gobl | 1 00 |
| [illegible] Fleming | 50 |
| [illegible] Harlow | 1 00 |
| [illegible] Griswold | 1 00 |
| [illegible] | 1 00 |

Mr. Lamb, Superintendent of the Western Union Telegraph Company, has issued the following:

PORTLAND, May 9, 1887.

To G. D. Snow: You can pass free [illegible] message announcing subscriptions [illegible] relief of persons suffering from the [illegible] at Nanaimo.

Dr. T. T. Minor, President of the [illegible] Sound Telegraph Company, has [illegible] generously tendered the free use of [illegible] lines for all purposes connected with subscriptions, and a similar privilege [illegible] been extended by the Postal Telegraph Company.

Another donation that is deserving of special mention is that of the boot[illegible], who is located at the corner of Front and Mill streets, who with commendable generosity devoted the entire proceeds of yesterday's work at his stand to the Nanaimo sufferers.

We give a list of additional subscriptions to the POST-INTELLIGENCER fund: [illegible], previously acknowledged, $263 50

| | |
|---|---|
| [illegible] A. Brooks | 2 50 |
| Chas. Kirkpatrick | 5 00 |
| M. [illegible] | 1 00 |
| J. N. [illegible] | 2 50 |
| [illegible] & [illegible] | 2 50 |
| R. K. Latimer | 1 00 |
| T. J. Corrigan | 1 00 |
| Chas. Dyer | 5 00 |
| Wm. H. Whittlesey | 1 00 |
| James Stockard | 1 00 |
| C. M. Bradshaw | 5 00 |
| H. [illegible] | 1 00 |
| [illegible] & Conner | 2 50 |
| R. Glover | 5 00 |
| A. L. Plummer | 1 25 |
| James Jones | 5 00 |
| Allen Weir | 1 00 |
| Lieut. Tuttle | 2 00 |
| Cash | 3 00 |
| Cash | 1 50 |
| Burkett & Keenebole | 5 00 |
| Geo. Starrett | 1 00 |
| H. Bash | 1 00 |
| Cash | 2 50 |
| J. G. Sterning | 3 00 |
| Cash | 3 00 |
| Total | $316 50 |

The communication that we give below shows what the people of Newcastle are doing, and certainly the energy and liberality displayed are praiseworthy:

NEWCASTLE, King County, W. T., May 8, 1887.

EDITOR POST-INTELLIGENCER:

The citizens of Newcastle had a mass meeting this evening to express their condolence and raise substantial aid for the Nanaimo sufferers. All present attached their names to subscription papers, and a committee was appointed to collect the money and forward it to Nanaimo. The Newcastle people respond so liberally toward the aid of their fellow miners that the committee expect to raise near $800 in this vicinity. May the good work go on in Seattle and other places so that no bereaved family need want for the necessaries and comforts of life. A motion was carried that we request one or more of the Seattle papers to publish the action of this meeting.

JAMES BAYEN, Secretary.

---

Buying for cash is good but the greatest saving is in selling for cash. No bad debts, no bookkeepers, in fact, no losses. Our competitors are beginning to see that only a cash store can afford to give cash values. We lead for low cash prices. Any one can see that we can afford to undersell the credit stores. CHESTER CLEARY.

---

Remember you can find in our millinery department styles and prices not to be found in an exclusive millinery establishment. The new patterns for Monday morning are Villa Normandy, Anita La Tour and ours. Prices just one-half. TOKLAS & SINGERMAN.

---

This is a chance that seldom comes: Today we give away at the STAR CLOTHING HOUSE 200 men's suits at $5, $6, $8. Come, look, buy and be satisfied with the biggest bargains ever offered to the people of Seattle.

---

### TALK WITH AUDITOR WOOD.

BOSWELL SCOTT PUTS IN HIS OAR AND GIVES THE LOCAL CITIZENS A SHOT.

Yesterday evening a representative of the POST-INTELLIGENCER called at the Auditor's office to see Auditor Lyman Wood, and if possible get the true state of facts concerning the action of the Board of County Commissioners with reference to the Providence Hospital bill, of which there has been so much written by the papers of late. Mr. Wood said:

"I think I can explain how your reporter fell into the error which led to the publication of the statement that this Board had allowed the Hospital bill for the care of the so-called rioters. The old Board, as the records show, allowed that bill in the sum of $179.20 on February 19th. For the information of the present Board I had one of my deputies, Mr. Twitchell, look the matter up for them, and his notes probably got into the Clerk's notes of the proceedings of that day. This Board has approved a bill of the Hospital for $135, but that was for the care of sick persons who were sent there during the month of April, persons not able to be sent to the farm. [illegible] allowed [illegible] The D[illegible]

LEWIS MORRISON.

There can be but little doubt that the representation of Goethe's "Faust," next Wednesday evening, by the Lewis Morrison Company will be well worth witnessing. Gounod's opera of this name is often heard, for it is generally to be found in the repertoire of every prominent operatic artist in the country, but it is seldom that a dramatic star makes bold to put on so stupendous a work as the play of Faust. Mr. Morrison has undertaken it, however, and in a manner that has called forth commendation from every one who has seen the results of his efforts. "Faust" is an elaborate work, and to present it effectively requires far more than the ordinary preparations given to a stage piece. Apparently, neither time nor money has been spared to make this a representation without a flaw. Handsome costumes, magnificent scenery and wonderful stage mechanisms go to make the performance startlingly realistic. The San Francisco Post says: "For the scenery alone this production is largely worthy of patronage. As a whole, it is really grand. The grand plaza of Nuremberg is a handsome scene, and the Marguerite's garden is a dainty bit of work, just fit for a maiden's bower. On the Brocken scene, the staff have lavished the modern arts of stage illusion and display. From the darkened auditorium of the theater, it is a grand and awe-inspiring scene."

---

New stock of spring wraps, raglans, jackets and jerseys. You can buy a very good jersey for 50c., just as good as any merchant can show you for $1.50. TOKLAS & SINGERMAN.

---

5 cents buys a cap, 5 cents buys a hat at the STAR CLOTHING HOUSE, 206 Commercial street.

---

Silks, bought for cash, sold for cash. Price them. CHESTER CLEARY.

---

### REAL ESTATE.

The following deeds were filed in the Auditor's office for record yesterday:

M. W. Hand to Ardis Nott, lot 12, block 22, Pontius addition; $1300.

Hans Andreeson to Seattle, Lake Shore & Eastern Railway; right of way.

B. H. Holoobkenun to Seattle, Lake Shore & Eastern Railway; right of way.

Alfred Parsons to Seattle, Lake Shore & Eastern Railway; right of way.

Louis Tahsitbkul to Seattle, Lake Shore & Eastern Railway Co; right of way.

Jim Yonderpamp to Seattle, Lake Shore & Eastern Railway Co.; right of way.

John Sadlerken to Seattle, Lake Shore & Eastern Railway Co.; right of way.

Geo. Davis to Seattle, Lake Shore & Eastern Railway Co.; right of way.

Ozmine Frost et al. to J. P. Stage, E ½ of NE ¼, sec 22, tp 25, r 3 e, and E ½ of NW ¼ of SW ¼ of sec 23, tp 25, r 3 east; $9[illegible].

J. P. Stage to Mary F. Overstreet, same as above; $9300.

George H. Harris to J. H. McGraw, lots 1 and [illegible], block 61, A. A. Denny's addition; $[illegible]

George W. Harris to J. H. McGraw, [illegible] feet in lot A, block 6, A. A. Den[illegible]

---

# TOKLAS AND SINGERMAN

# $2[illegible]

OP[illegible]

Our great low.priced Boo[illegible]

## $200,000 to se[illegible]

# WOULD YOU SAV[illegible]

Every person who deals with the great, p[illegible] & Singerman this week will save fifty per cent.

We are the only house on the Sound tha[illegible] worth of goods we buy.

If you want to buy good goods cheap you[illegible]

# CARP[illegible]

## 2000 Rolls of C[illegible]

Is a low estimate of the quantity we received this sp[illegible] from the most prominent factories. These are fact[illegible] of carpets the largest selection and lowest prices. C[illegible]

| | | |
|---|---|---|
| 1000 | yards | 2 ply Ingrain at............ |
| 1200 | " | Ingraid at........... |
| 1500 | " | 2 ply all wool Ingrain at...... |
| 2500 | " | Tapestry.......... |
| 2500 | " | Tapestry, good quality........ |
| 3000 | " | Tapestry, better quality...... |
| 4000 | " | Body Brussels ..........$1.[illegible] |

# LACE CURTAINS.

We have [illegible] Five Cases o[illegible] rial, compris[illegible]

| | | |
|---|---|---|
| 10 | pieces | colored Madras........... |
| 15 | " | plain and fancy Etamine........ |
| 5 | " | Sash Curtain Madras......... |
| 15 | " | imported Madrs.......... |
| 20 | pairs | Nottingham Nets, from......... |
| 50 | " | Nottingham Nets, from......... |

WE SOLICIT INSP[illegible]

## Spring Wraps ar[illegible]

We are showing the most complete assortme[illegible] styles of Cream, Fancy and [illegible]

21 imported pattern Wraps, elegantly [illegible], no two styles alike, many of them cost $[illegible], will be sold for $[illegible] and $[illegible].

73 fancy street Jackets, all shades...$2 [illegible]

114 " " " " ... [illegible] 00

60 fancy trimmed, elegant styles, street Jackets.............. 5 00

43 fine black silk finished Jerseys at. 3 00

43 silk and beaded Wraps at [illegible]

10 doz ladies black and color[illegible] Jerseys for..........

10 doz ladies black and color[illegible] Jerseys for..........

10 doz ladies black and color[illegible] Jerseys for..........

10 doz ladies black and color[illegible] Jerseys for..........

# Great May Day Sale

Will begin Monday morning, May 9. Everythi[illegible]

32 pieces splendid quality and good colors, Lace Leono, at 20c, reduced to 10c.

20 pieces, great bargain, double fold, full 36 inches wide, Serge Suitings, reduced [illegible]

We would like to cal[illegible] Dress [illegible]

S[illegible] GREAT MAY [illegible] THE[illegible]

LIBRARY OF CONGRESS NEWSPAPER RM

LOC- 00007