JA Ex. 216

# SEATTLE DAILY POST-INTELLIGENCER, FRIDAY, MAY 13, 1887.

## ...ATTLE TO FORT HOPE.

SECTION OF THE ROAD TO CONNECT SEATTLE WITH THE CANADIAN PACIFIC UNDER CONTRACT.

Henry Crawford and his associates are in Seattle a few months ago to investigate the feasibility and practicability of building the the Seattle, Lake Shore and Eastern Railway, they shrewd railroad men, saw the advantages of a line from Seattle to meet with the Canadian Pacific, their return to the East they a syndicate to provide means for building of the road. They also d for the organization of a company this city, under the laws of ington Territory, to carry on the A company had previously been to carry on this work called Ingham Bay Railway and Navigation Company, with Senator Canfield. Not wishing to take an advantage of the Bellingham company, before filing their articles of incorporation, Mr. Crawford and associates appointed our fellow Mr. John Leary to upon Senator Canfield and $50,000 for the Bellingham company's franchise. The two men met, and Mr. Leary tendered a check for $15,000 as an earnest, balance ($35,000) would be next day. Senator Canfield the proposition, and Mr. Leary rted to the principals, who at d their articles incorporating title & West Coast Railway Company. Mr. Henry Crawford, Jr., of this is made President, and as sur- the first section between Seattle and Snohomish City had been com- he at once advertised for sealed s for clearing, grubbing, grad- iging, putting in culverts, drains apping on the first section of d from a junction with the Seattle Shore & Eastern Company's Lake Washington to Snohomish.

...day was the day on which were to be opened. Ten bids bmitted, and on comparing was found that the bid of L. Earle is the lowest. The members of company are Thomas Earle, Cap. O. D. Hill, Chas. Perry and W. ad. When notified that their as accepted, they at once filed d for the faithful performance work, and the contract was awarded to them. Under the n of their bond this work must leted by September 15th, 1887, time the first ship load of iron road, now on the way, is ex-

s by this company are being ahead as rapidly as possible, second section will soon be be advertised.

'ASHIONABLE SOCIETY question often asked, "What lobertine which produces that illy cooling and refreshing sen- d gives such a delicate tint to lexion and always leaves the , smooth and pliable?" there is nswer. It is a combination of harmless ingredients scientifi- pared. All who have used it as no equal as a complexion r. For sale by A. B. STEWART.

t for cash is good but the saving is in selling for cash. debts, no bookkeepers, in fact, . Our competitors are begin-

## FORGING AHEAD.

### The Seattle, Lake Shore and Eastern.

A Section to Reach from Squak to the Snoqualmie Pass to be Let by the 15th Day of June.

The Puget Sound Construction Company has received orders from New York to crowd the work of surveying and locating an additional section of the Seattle, Lake Shore and Eastern Railway from Squak Valley to Ballal Prairie, and to put the work of grading under contract at the earliest possible moment. In pursuance of this order, Chief Engineer J. G. Scurry is bending all his energies, and expects to have the work ready for the graders by the 15th of June.

Forty-three miles of this road is now under contract, and the additional twenty miles will carry it to a point from which the famous Snoqualmie iron mines can be easily and cheaply reached. The work on all sections, under contract is progressing rapidly, Surber & Egan, who have the contract on the water front, from Yesler's Wharf to the main terminus of Smith's Cove, have three piledrivers at work, and have fully one-third of the driving completed. The contractors on the first ten miles from the Cove to a point on Lake Washington are rapidly closing up their work, and Earle & Co., whose thirty-mile contract carries the road through Squak Slough valley to the head of Squak Lake, are crowding the work as rapidly as they can.

Several hundred tons of spikes, fish plates and car wheels have arrived, and the first shipload of steel rails is expected in a few weeks. On April 1st the ship Persia, loaded with steel rails for this road, was spoken in latitude 40 deg. south and longitude 28 deg. 50 min. west, booming along before a fair wind. The Puget Sound Construction Company confidently expect to have the road completed to the Snoqualmie Pass before the snow flies.

---

The Dagmar is a handsome fancy straw bonnet in colors, faced with silk velvet and combined with various colors of ribbons, French flowers and ornaments to be found only at TOKLAS & SINGERMAN's.

Boys' shirt waist 25 cents at the STAR CLOTHING HOUSE, 208 Commercial Street.

Credit stores say goods can be bought cheaper for cash, so take their advice and buy your dry goods from CHESTER OLEARY.

### KELLOGG IS CHIEF.

THE CITY COUNCIL RATIFY THE RESULT OF THE RECENT ELECTION AND APPOINT KELLOGG CHIEF.

Ever since the recent election held by the members of the Fire Department for the selection of chief for the ensuing year, there has been talk of a contest as the result was very close between Messrs. Quilter and Kellogg, the election officers declaring the latter to have five majority. The matter was taken to the Board of Fire Delegates, where the action of the election officers and their report was ratified. Last evening a special meeting of the City Council

## FROM TACOMA.

THE CLOSE OF THE GRAND LODGE SESSION I. O. O. F.—RECEPTIONS LAST NIGHT— INTEREST IN THE ORDINANCE VACATING JEFFERSON STREET— SUIT GROWING OUT OF IT.

[Regular Cor. Post-Intelligencer.]

The Grand Lodge of Odd Fellows after a most beneficial and harmonious session of four days, adjourned yesterday. The Lodge lost no time, but worked hard. The session of the Encampment on Tuesday night continued until 4 o'clock on Wednesday morning, conferring degrees and performing other work peculiar to the Encampment. The session of Crescent Lodge of Tacoma, on Wednesday night, at which the members of the Grand Lodge performed and illustrated the work of the order, was especially interesting. It, too, continued until near midnight. Yesterday, the officers previously elected were installed and the Gr n t Lodge formally adjourned at about 3 o'clock in the afternoon. In the evening a grand reception was given by the Daughters of Rebecca to the officers and members of the Grand Lodge and visiting members. The hall was tastefully prepared for the occasion. The affair was directly under the management of A. F. Hosks, Dr. J. Armstrong and H. V. Muller. The members of the Grand Lodge and visiting members with their wives and daughters were present in numbers. Excellent music gave

INSPIRATION TO NIMBLE FEET And so the merry dance eclipsed all the sessions of the lodge in the lateness of its session. About midnight an elegant supper was served in the ante room of the hall. Altogether the session of the Grand Lodge was complete and gratifying in its work and recreation and the members go home this morning feeling the utmost satisfaction in it all.

The two Mayors, Mayor-elect Towne and Mayor Mann, met in City Clerk Meade's office yesterday afternoon and congratulated each other, the one upon getting in, the other upon getting out. They talked the situation over and Mayor Mann said he thought and hoped that the new administration would be a quiet harmonious one. He thought that he had had all the earthquake in his brief experience that any Council would think necessary for the good of the town for several years to come. "I will tomorrow afternoon sign all the papers and documents requiring my signature as Mayor," he said, "and then I am through. The term of my office extends until Friday."

AT MIDNIGHT.

The charter requires the new Council to convene on the second Saturday following the election, and accordingly the old and the new members forming the Council for the next year will convene and organize next Saturday afternoon, and the nine regular working committees will be constituted anew.

"Have you signed the ordinance vacating Jefferson street, passed at the last meeting?" was asked of Mayor Mann yesterday afternoon.

"I have been asked that question fifty times at least," he said. "Yes, I have signed it. The Clerk will enter it in the books and I will sign it there also as required, with other things tomorrow. The ordinance has already gone to the printers and is now a law. Will it hold?"

"There is no doubt of it."

The subject of this ordinance was brought up in a conversation with Councilman Bashford yesterday, he having been one of the four who VOTED AGAINST IT.

"I was hailed on the street by Coun-

---

# TOKLAS AND SINGERMAN

## Our great low pric $200,000

## WOULD YOU

Every person who deals with & Singerman this week will save $ We are the only house on th worth of goods we buy.

If you want to buy good goo

### CA F 2000 Rolls

Is a low estimate of the quantity we from the most prominent factories. of carpets the largest selection and lo

| 1000 yards | 2 ply Ingrain at |
| 1200 " | Ingraid at |
| 1500 " | 2 ply all wool In |
| 2500 " | Tapestry |
| 2500 " | Tapestry, good |
| 3000 " | Tapestry, better |
| 4000 " | Body Brussels |

## LACE CURTAINS.

10 pieces colored Madras......
15 " plain and fancy Etau
5 " Sash Curtain Madras
15 " imported Madrs......
20 pairs Nottingham Nets, fro
50 " Nottingham Nets, fro
WE SO

## Spring Wr

We are showing the most comple styles of Cream,

21 imported pattern Wraps, elegant'y | 43 silk and bea ed, no two styles alike, many of | 10 dos lac them cost $45, will be sold for | Jerseys $5 and $6. | 10 dos ladie | Jerseys | 10 dos la Jarseys

25596

000052