# JA Ex. 217

SEATTLE DAILY POST-INTELLIGENCER, SUNDAY, MAY 15, 1887

## FROM THE PORT OF ENTRY.

BUDGET OF INTERESTING NEWS—NEW BUILDINGS UNDER CONSTRUCTION—A SEALING SCHOONER'S EXPERIENCE—PUGET SOUND AND BRITISH COLUMBIA MARINE NEWS.

[Regular Cor. Post Intelligencer.]

TOWN TALK.

Over 1000 barrels are now on Union wharf ready for shipment to the Kil... fisheries in Alaska, where they will be filled with fish oil and returned to San Francisco.

The new two-story tenement dwelling, next to the Good Templars' Hall, which is being erected by D. V. Hill, is about finished.

Several Eastern capitalists have been viewing the town and surrounding country over during the week with a view of purchasing property. One transfer of real estate was made last Wednesday.

Over $100 were subscribed to the family of the late Robert Williams. Messrs. L. B. Hastings & Co. contributed ...

Mr. A. H. Tucker has been appointed ... Mount Baker Lodge, I. O. O. F., ... the Sovereign Lodge of the world.

It is reported that the McCollum ... was purchased by C. W. Thompson for $2000.

R. E. Ryan has been conducting the teachers' examination. There were very few who embraced the opportunity of getting a license to teach.

The team attached to the Occidental hotel bus became unmanageable on Water street yesterday, causing considerable damage to the vehicle.

R. W. De Lion, the Chilean Consul, received on Friday, the first Chilean mail since last December. This came by way of Buenos Ayres, thence to Liverpool, to New York and across the continent to Port Townsend.

Several fistic encounters occurred on Sunday night, which resulted in the cash of the treasury being somewhat increased, and the manly beauty of the contestants somewhat artificially ornamented.

The Grand Army boys are preparing to observe Memorial Day in an appropriate manner.

The brick structure under construction, next to the Custom House, is about half completed, and will be a creditable building to the Port of Entry.

The McCurdy block is well under way, the basement foundation being laid. It is made of stone received from Stewart's Island. Messrs. McInnis and ... are the contractors.

On Monday, M. J. Carkeek & Co. will begin work on the Government building to be used for Customs and other Government offices at this place.

WHARF AND WAVE.

The bark Don Carlos, with 800,000 feet of lumber and several hundred tons of coal, sailed from Departure Bay yesterday for Honolulu.

The schooner Theresa, Captain Fish, has arrived at Esquimalt with 300 seal skins. This little craft left there December 10th, and a few days later, while proceeding down the coast of Vancouver Island, she was struck by a squall and had all her boats carried away. There were only thirty-five days during the five months' cruise when it was safe to lower a boat. About the middle of February she picked up two boats and crews belonging to the Vanderbilt, which had lost their vessel. After cruising around two days in an endeavor to locate the latter vessel, they were put ashore at Drake's Bay. Previous to this, while off Cloyoquot Sound, a gale struck them and lasted ...

## MARYSVILLE.

A BEAUTIFUL TOWNSITE IN SNOHOMISH COUNTY—THE CENTER OF A FLOURISHING AGRICULTURAL REGION AND AN ADMIRABLE POINT FOR MANUFACTURING.

ITS WELL FOUNDED HOPES OF BECOMING A RAILROAD CENTER—THE ENTERPRISE OF THE CITIZENS AND THE APPARENTLY BRIGHT FUTURE OF THE CITY.

The thriving little town of Marysville, in Snohomish County, lying on the north bank of the Snohomish River, is destined to enjoy a good, healthy growth in the near future. It is just fourteen miles north of Snohomish City and thirty miles north of Seattle. The surrounding country for a radius of twenty miles is perfectly level; the land being of a clay subsoil is very good for farming, and having plenty of good marsh lands, it is really one of the best localities for settlers in the Territory.

There are thousands of acres of both marsh and upland that are open to settlement, or can be purchased at a nominal figure. The upland is specially adapted to hop culture, that most profitable of all Washington Territory products. The streams abound with fish of various kinds, and there is an abundance of pure water from wells and springs. The town and adjacent country support an excellent hotel, two large general merchandise stores and a number of smaller business houses, etc. Here they have the most substantial and best wharf and warehouse in the County. The inhabitants are afforded direct daily communication with Seattle by water; steamers leaving Seattle in the morning loaded with merchandise and returning at night with the various products from the farms and mills.

Shingle manufacturing and logging is being carried on extensively, and shingles and lumber form a large percentage of the exports at present, but as the adjacent country is rapidly populating with settlers, who have been so fortunate as to thoroughly investigate the Sound country before determining upon a location, other industries on a much larger with varied products are rightly looked forward to at a no distant day.

It is said that when building a railroad the projectors first determine upon the different points which they may reach, that will extend to them the most liberal patronage and offer the best business for their road. Marysville has already attracted attention from one railroad that will ere long do much to build up this enterprising little town, and another line is now being built that will tap her farming country. The Seattle and Bellingham Bay Railroad's line, running from Seattle north to Whatcom, passes through Marysville, thus giving her citizens the advantages of being within a two hours' ride of the Queen City of the Sound. This will be fully appreciated by the farmers, who can then get on the train in the morning, and bringing their products to the city, can sell them and return home in the evening. Then again the Seattle and West Coast Railroad only this week let the contract for clearing and grading the line of their road, from its junction with the Seattle, Lake Shore and Eastern Railway, to Snohomish City. This road is destined to connect with the Canadian Pacific Railroad at Fort Hope.

The would-be-settler would find it greatly to his interest to look over this section of the country, before making up his mind upon a location.

## REAL ESTATE.

The following is a record of all real estate transactions filed in the County Auditor's office during the past week, corrected by Charles F. Whittlesey:

Geo. Kinnear to Walter C. Oakes, lots 3 and 4, block 2, G. Kinnear's addition; $500.

E. P. Ferry to Annie Behnke, lot 6, block 5, Hick's addition; $55.

D. W. Baker to John M. Blanchard, lot 6, block 15, Maynard's plat; $3000.

Isaac Dillon to R. N. McFadden, SE. ¼ of NE. ¼, sec. 12, tp. 25, range 8 east; $1600.

M. Malony to H. E. Kelsey, lots 6 and 7, block 58, Collin's addition; $150.

O. P. Forstrom to Erick A. Edstrom, 60x136 feet on Mill street; $225.

M. W. Hand to Azelia Nott, lot 12, block 22, Pontius addition; $1800.

Hans Anderson to Seattle, Lake Shore & Eastern Railway; right of way.

Bill Holehkanun to Seattle, Lake Shore & Eastern Railway; right of way.

Alfred Parsons to Seattle, Lake Shore & Eastern Railway; right of way.

Louis Tahalthkut to Seattle, Lake Shore & Eastern Railway Co., right of way.

Jim Yonderpump to Seattle, Lake Shore & Eastern Railway Co.; right of way.

John Sadlerken to Seattle, Lake Shore & Eastern Railway Co.; right of way.

Geo. Davis to Seattle, Lake Shore & Eastern Railway; right of way.

Gamina Frost et al. to J. P. Stagg, E ½ of NE ¼, sec 22, tp 25, r 8 e, and E ½ of NW ¼ of SW ¼ of sec 23, tp 25, r 8 east; $9300.

J. P. Stagg to Mary F. Overstreet, same as above; $9000.

George H. Harris to J. H. McGraw, lots 1 and 4, block 61, A. A. Denny's addition; $1.

George W. Harris to J. H. McGraw, 40x120 feet in lot 4, block 6, A. A. Denny's addition on Front street; $1.

George W. Harris to John McGraw, lots 17, 18, 19 and 20, block 11, Kidd's addition; $1.

J. A. Stewart to Michael McDonald, fractional lots 14, 15, 16 and 17, block 59, Heirs of S. A. Bell's second addition; $450.

Edwin S. Briscoe to M. F. Mayhew, lots 1, 2 and 3, block 8, Mercer's addition; $750.

Victor Hugo Smith to W. B. Wilson, block 2, Dewey's addition; $4200.

M. H. Mayhew to L. H. Griffith, lots 1, 2 and 3, block 8, Mercer's addition; $930.

Charles Waters to Joseph M. Pfahl, lot 14, Somerville; $850.

Territory of Washington to Charles I. Jordan, lots 1, 2, 3 and 4, block 68, Riley's addition; $3 82.

Ilo Adams to Marmora Deyoe et al., lot 6, sec. 10, tp. 25, R. 8 E.; $5.

Victor Hugo Smith et al. to John Kellogg, lot 6, sec. 10, tp. 25, R. 8 E.; $50.

G. Morris Haller to J. M. Pfahl, block 2, Ladd's supplemental addition; $600.

D. B. Denton to John H. McGraw, lot 5, sec. 10, tp. 25, R. 4 E.; $50.

L. H. Griffith to Frank Fowler, six sevenths of blocks 1, 3, 5, 7, 9, 11, 13, 15, 17 and 19, and lots 1, 2, 3, 4 and 5, block 20, Dewey's addition; $15,000.

Frank Fowler to Frank Spangler, lots 6 and 7, block 5, Dewey's addition; $350.

Frank Fowler to Mrs. Anna H. Hoebener, lots 11 and 12, block 19, Dewey's addition; $350.

Frank Fowler to Ward Van Dusen, lot 12, block 15, Dewey's addition; $200.

Frank Fowler to Joseph A. Elliott, lots 7 and 8, block 15, Dewey's addition; $350.

Wm. Ashworth to Seattle, Lake Shore & Eastern, right of way; $1.

H. H. Dearborn to John Nordwall, lot 8, block 5, McNaught's third addition; $250.

James McNaught to J. E. Bowen ...

TOKLAS AND SINGERMA...

Seattle and ...

The great Dry G... stops! The Ma... out during the c... ing to see. Do n...

ASTONIS...

For this w...

Notwithstanding the continu... crowds which visited our s... them by offering some o... heard of. They are g... balance of Spring S... sales of manufact... Francisco.

You cannot afford to l... SECU...

CLO... CLO...

PRICES IMITA...

Below we give you our prices for t... you how much you save on ev...

TOKLA...

25598

...an, 575 tons, is in the bar... with a cargo of 412,000 feet of lumber for Valparaiso.

...wards of ten thousand feet of lumber lying on Union wharf consigned ...ndan, by the Port Townsend Saw... Co.

...e steamship City of Chester sailed ...rday morning for San Francisco... five cabin and fifteen steerage passengers from here, and the following ...ignments of freight: 800 sacks of ... tons, twenty tons of pig iron, and ... large bundles of deer skins from ...ka.

...e tug Pioneer, which Moore & ...h, of Port Discovery, paid $25,000 ...n Portland last Monday, arrived on ...ay night at the former port. The ... will be used to tow logs and vessels ... to do general jobbing for the mill.

...e bark Olden Bosse, Captain ...tien, 842 tons, was towed to Tacoma ...erday to be laid up subject to owners' advices.

...e steam lauch Cosmos went to ...oria yesterday. The steamer Pat... ...n, now at Haddock, will follow to... Thence they will go to Departure ... to replenish their coal bunkers ...n both vessels will sail for the Al... ...n coast.

...he Norwegian bark Ephialtes, Cap... Honnikensen, 668 tons, was towed ...acoma yesterday to load lumber for ...bourne at 50 shillings per thousand.

...ur boys' suits at $1 50 are cheap at ...0. Buying for cash and in large ...ntities tell the tale. TOKLAS & ...SERMAN.

*MEMORIAL DAY.*

...GRAMME AS ARRANGED BY THE G. A. R. MEMORIAL COMMITTEE.

SUNDAY, MAY 29.

...he members of the G. A. R. Posts ... Woman's Relief Corps will meet at ...ir respective headquarters at 2.30 ...n., and proceed to the First M. E. ...urch. The services will commence at ...m., and will be conducted by the ... A. J. Hanson, Rev. D. Le Sourd ...l deliver the memorial sermon. All ...rans are cordially invited to join with ... Grand Army in this service.

MONDAY, MAY 30.

...he soldiers' graves at the cemeteries ...l be decorated in the morning by the ...lowing committees:

Odd Fellows' Cemetery—George Kis... ...ar and D. L. McGowan.

Masonic Cemetery—I. H. Griswold ... M. V. Mills.

The following appointments were announced: Marshal, A. Slorah; President, W. G. Lattimer; Chaplain, Rev. ... H. Moss; Musical Director, H. E. ...evens.

Committee on Finance—G. W. Bo... ...s, H. A. Bigelow, George Deifel and ...rs. V. A. Kenyon.

Committee on Grounds and Decorations—Carmi Dibble, Ed. Herrick, M. V. ...ills, Geo. Probst, Jas. Bogart and W. ... Wilson.

Committee on Flowers—The Women's ...elief Corps.

The different organizations taking ...rt in the parade will report at 1:30 ...m. to A. Slorah, Marshal of the Day, ... assignment to position in line. The ...ocession will move at 1:30 sharp. Upon arrival at the University ...ounds there will be observed the following:

ORDER OF EXERCISES.

1. Music by Band.
2. Prayer by Chaplain.
3. Music by Choir.
4. G. A. R. Memorial Service.
5. Poem by Miss Clara C. Wilson.
6. Music by Band.
7. Oration by Judge Roger S. Greene.
8. Music by Choir.
9. G. A. R. Closing Service.

It is earnestly requested that all places of business be closed between the hours of 1 and 4 p. m. on May 30th.

By order of the Memorial Committee.
M. M. HOLMES, Chairman.

...a foothold in the town while it is in its infancy. Property acquired today, is certain to appreciate and those fortunate enough to obtain now an interest in a locality with such a fair future are destined, later on, to congratulate themselves upon the wisdom of their selection.

*RECKLESS APPROPRIATIONS.*

HOW THE COUNTY TREASURY IS BEING PLUNDERED BY THE POWERS THAT BE.

Among the many reckless acts of our present Board of County Commissioners an appropriation which was made yesterday was the most glaringly reckless, and took from the county treasury fully $300 uselessly. It has been the practice of County Assessors heretofore to secure from some abstractor a list of mortgages which have not been cancelled, in order that they may be assessed. In 1885 W. H. Hughes, the County Assessor, had Neise, Whittlesey & Co. furnish the list for him. Their bill was $16. The next year they made the list for 1886 at a cost of $20, and the same firm were ready to furnish the list at any time for from $15 to $20. Any of the other abstracting firms would be glad to do the same thing. Instead of doing this, however, Assessor Quilter had his office deputy, Mr. Baker, who receives $4 per day from the county as Deputy Assessor, make out the list, and yesterday Mr. Baker put in a bill of $320 to the Commissioners for doing the work. Mr. Allen, Chairman of the Board, said the work had not been ordered and he knew nothing about it, and suggested that the matter be left over. Roswell Scott, Clerk of the Board, urged that the bill be allowed at once, as Mr. Baker needed the money. On this advice the Board allowed the bill, and the taxpayers were fleeced out of fully $300 by and with the knowledge and consent of this man Scott.

One of the men engaged in the office afterwards figured up the bill, and found that Baker had been allowed by the Board 1¼ cents per word, or from $1 25 to $1.50 per hundred words for writing out the list. Several abstractors were seen, and they all state that $20 would have been a good price to pay for the list of uncancelled mortgages for 1887, all the previous years being of record in the Auditor's office. It is only just that the taxpayers should know the manner in which the money they pay in to the treasury is being divided up among the faithful ones.

*YELLOWSTONE PARK.*

The following communications are self-explanatory, and we believe will be read with pleasure:

SEATTLE, W. T., April 29th, 1887.

*Brig'r. Gen'l. John Gibbon, U. S. A. Com'd'g. Dep't. of the Columbia, Fort Vancouver, W. T.—General:*

The undersigned, citizens of Seattle, W. T., having learned with much pleasure that you are provided with plates representing the wonders of nature, and beautiful scenes in the Yellowstone Park, respectfully request that you will favor them, at your own convenience, with an exhibition and lecture upon that wonderful region at Frye's Opera House in this city.

Very respectfully, etc.,

| | |
|---|---|
| Watson C. Squire, | Struve, Haines & McMicken, |
| J. R. Lewis, | |
| W. H. Shoudy, | Granville O. Haller, |
| Geo. G. Lyon, | Geo. D. Hill, |
| John Leary, | Bailey Gatzert, |
| Geo. Kinnear, | O. C. Shorey, |
| Thomas T. Minor, | Jacob Furth, |
| Thomas Burke | A. M. Brookes, |

G. O. Phinney.

GEN. GIBBON'S RESPONSE.

HEADQ'RS., DEP'T. OF THE COLUMBIA, VANCOUVER BARRACKS, W. T., May 3...

*To Gov. W. C. Squire and others, Citizens of Seattle, W. T.—Gentlemen:*

I have your favor of the 29th April r... questing me to deliver a lecture on the Wonders of the Yellowstone in your city. I have the honor to state that I accept the invitation and, if agreeable, to you,...

...George Dorffell to ... acres in sec 10, tp 25, r 4 e; $1200.

George Dorffell to A. De Voe, 40 acres in sec 10, tp 25, r 4 e; $1200.

W. H. Maud to Geo. Dorffell, 120 acres in sec 10, tp 25, r 4 e; $2800.

John Niskins to W. H. Maud, same as above, quit claim; $1.

J. W. Borst to A. J. Bush, 81.80 acres on Snoqualmie river; $2000.

O. K. Jenner to J. H. Fitzgerald, lot 6, b 16, Comstock supplemental; $175.

Rufus Willard to O. K. Jenner, lot 6, b 16, Comstock supplemental; $200.

W. S. Booth to the legal heirs of Joseph Borst, deed of 160 acres in sec 21, tp 24, r 6 e; part of lot 2, sec 19, tp 24, r 4 e; lots 3 and 4, sec 19, lot 3 sec 20, lot 5 sec 30, tp 24, r 4 e; $1.

I. Adams to Marmora De Voe and V. Hugo Smith, 41 lots in Law's second addition; lot 5, b 68, and lots 4, 5, 6 and 7, b 72, Riley's addition; lot 7, b 12, North Seattle; lot 5, b 26, Hanford's addition; lot 2, b 3, Judkin's; also 21 lots in Judkin's first; also 26.50 acres in sec 28, tp 24, r 4 e; $35.

Territory of Washington to John H. McGraw, lot 5, sec 11, tp 25, r 4 e; $3.32.

S. N. Sorenson to Seattle, Lake Shore & Eastern Railway Co., right of way; $1.

Wm. Renton and wife to the City of Seattle, right of way for Railroad avenue through and in front of lots 8 and 9, A. A. Denny's addition; $1.

Wm. Renton to City of Seattle, right of way through Railroad avenue, dedication.

D. T. Denny and wife to Seattle, Lake Shore & Eastern Railway Co., right of way deed.

Wm. and S. M. Renton to Seattle, Lake Shore & Eastern Railway; right of way.

Wm. Renton to Seattle, Lake Shore & Eastern Railway, right of way; $1.

S. N. Sorenson et al. to City of Seattle, dedication of Railroad avenue in front of lot 5, block 4, A. A. Denny's addition; $1.

Abbie J. Hanford to A. E. Hanford, lot 6, block 74, A. A. Denny's extension to Terry's addition; $1500.

H. H. Dearborn to John Nordwall, lot 8, block 5, McNaught's third addition; $250.

Wm. Ashworth to Seattle, Lake Shore & Eastern Railway, right of way.

M. Bergquist to Seattle, Lake Shore & Eastern Railway; right of way.

Roger S. Greene to A. L. Baker, lots 2 and 8, block 17, lots 2 and 3, block 6, and lot 1 and 16, block 7, Greene's addition; $1000.

Northern Pacific Railroad to John A. Stone, NE ¼ of sec 35, tp 20, r 6; $720.

Tacoma Land Company to Hans Walby, SW ¼ of NE ¼, sec 15, tp 20, r 6 e; $213.

H. L. Yesler to Geo. T. Fonda, lot 5, b 85, C. C. Terry's second addition; $700.

L. H. Griffith to J. G. Young, lots 1, 2 and 3, b 8, Mercer's addition; $1200.

J. H. Titus to Puget Sound Shore Railroad, right of way; also 11.2 acres in the Titus donation claim.

Mary E. Webster to Jacob Furth, 60 acres in sec 28, tp 25, r 4 e; $9000.

D. T. Denny to R. P. Day, lot 12, b 68, D. T. Denny's Park addition; $600.

E. P. Ferry to Luluh Edward, lot 5, b 5, Hick's addition; $55.

Northern Pacific Railroad Company to J. F. Rise, lots 1 and 2, sec 15, tp 21, r 4 e; $276.

H. H. Hamlin to W. G. Hamlin, part of lot 5, block 51, Maynard's; $500.

William Cochrane, Sheriff, to W. A. Harrington, W ½ of NE ¼ and E ½ of NW ¼ of sec. 8, tp. 22, R. 7 E.; $7778.25.

M. J. Dickman to O. O'Connell, S ½ of lot 3, block 40, Boren's Addition; $1825.

Caleb Phinney to King County Investment Company, lot 8, block 15, Eastern; $1200.

W. C. Lawton to Catherine Chisholm, 60x136 feet on Mill street; $250.

Special Jersey Sale—A good serviceable black jersey for 50c; a good all wool black jersey for 75c; a good all-wool braided jersey for $1. No credit-buying merchant can duplicate these prices and goods. TOKLAS & SINGERMAN.

# WOULD YO...

Every person who deals wi... & Singerman this week will save... We are the only house on ... worth of goods we buy.

If you want to buy good go...

# CA...

## 2000 Rol...

Is a low estimate of the quantity ... from the most prominent factories. ... of carpets the largest selection and ...

1000 yards 2 ply Ingrain ...
1200 " Ingraid at......
1500 " 2 ply all wool ...
2500 " Tapestry......
2500 " Tapestry, goo...
3000 " Tapestry, bet...
4000 " Body Brussel...

# LACE CURTAINS.

10 pieces colored Madras..
15 " plain and fancy E...
5 " Sash Curtain Mad...
15 " Imported Madras...
20 pairs Nottingham Nets, ...
50 " Nottingham Nets, ...

WE ...

## Spring W...

We are showing the most co... styles of Crea...

21 imported pattern Wraps, elegantly beaded, no two styles alike, many of them cost $45, will be sold for $15 and $20.

72 fancy street Jackets, all shades...$2 50 ... 1 50

60 fancy trimmed, elegant styles, street Jackets... 5 50

48 fine black silk finished Jerseys at. 3 00

# Great May Da...

Will begin Monday morning, M...

... pieces splendid quality and good colors, Lace... reduced to 10c.

20 pieces, great bargain, double fold, full 36 inch... Suitings, reduced from 40c to 20...

We would like to call your attentio...

# SILKS | CRE...

... pieces 23 inch black Bonnett Gros Grain ... Regular price $3.

# Wash Fabrics

... cases 7-8 Lawns at... They cannot be produced for 7c.

... cases full 36 inch Lawns for...

CRETONES ...

1 case French Sat...

BARGAINS IN WHITE G...

# Ladies' Summer Me...

At $1.50 ... 3 cases ladies' superior Gauze ... different styles. First—High neck and ... sleeves.

25599