JA Ex. 218

## SEATTLE DAILY POST-INTELLIGENCER, THURSDAY, JUNE 2, 1887.

### ENT WITH GEORGE S. KNIGHT.

*Abend, mein Herr ; tais befin-
*f"*

*it, aber ich bin kein Deutscher,"*
said Mr. Knight to a POST-
INCER representative at the
the first act last evening.
to German blood is me."
something of a surprise. It
ange that a person without
ancestry could use a dialect
hly German as that heard in
which have been presented
he last two evenings. But
fact, Mr. Knight lived for
amongst Germans in Phila-
d in this way acquired many
roken English expressions
ow uses with such effect. At
psorance upon the stage he
role of a German comedian,
ness was such as to warrant
ng out that line of charac-

ing questioned as to how
been "doing" the pieces in
repertoire, Mr. Knight said
ht years since he had first
at "Otto." The play had
ed with great favor in every
the United States and he
sses that he could not quite
why people did not care
f numbers. "Now "Over the
li" is funny and people al-
it, but it is not so strong a
tto" and for that reason I
people would prefer the
eems they don't though."
on this coast has been very
thus far. Our business in
sco was large, also in Los
San Diego, Portland, too,
ry cordial reception."
und that the new Inter-State
w affects you?"
I have not felt it so much
as I shall on my return to
I think, as a result of it,
nies may feel compelled to
e East hereafter. Not only
senger rates much higher,
arges for freight are enor-
some of my scenery and
I have been obliged to pay
are nearly equal to express
ones, under such circum-
ill be impossible to travel
ng distances with large sets
nd realize any profit from

count on seeing you again
tutors, then?"
is certain, but the Eastern
w so large that a season can
up in going over it. It may
two years or more before
his way again."
anything new in prepara-

several things under con-
I have about concluded
of my old standard work,
olph," will be more kindly
a new play. H nds, "
d to bring that out next
the strongest combination

on as to how the comedian
scenery and weather of
was about to be put, when
imated that the inter oga-

### REAL ESTATE.

The following deeds were filed in the
Auditor's office for record yesterday:
Port Blakely Mill Company to S G
Murphy, 1141.48 acres of land in sec 2 and
4 tp 25 range 6 east, in sec 24 tp 26 range
6 east, and in sec 20 tp 25 range 7 east $10.
Geo Kinnaar to H E Kelsey, lot 4 block
4 Kinnear's addition, $350.
Lawrence Nessel to Amelia D Hayden,
lot 5 block 21 Bell and Denny's addition;
$900.
J H McGraw to H E Holmes, lot 6 sec 4
tp 24 range 4 east; $700.
O E Perkins to Seattle Lake Shore &
Eastern Railway, right of way; $1.
John Glen to Edward Conway, lots 5/6
7 and 8 block 7) Law's first addition; $300.
Mary J Ross to A Mackintosh, SW ¼ of
NE ¼ NW ¼ of SE ¼ and lots 2 and 5 of sec
12 in tp 25 range 3 east less 10 acres in lot
6 excepting also 6 acres on west side of
Salmon Bay; $11,700.
Ole T Olsen to N B Peterson, lots 9 10 11
12 in block 18 and all of block 14 Crowns
addition; $1.
W W Perrigo to Seattle Lake Shore &
Eastern Railway Company right of way
through his farm; $1.
John A Steves to Seattle Lake Shore
& Eastern Railway Company right of
way through his farm on Squak Slough;
$1.
John Perry to same company, right of
way through his farm; $1.
Henry Van Asselt to August Mhelhorn,
N ½ of lot opposite and across Front
Street from lot 4 block 5 Boren and Den-
ny's plat. This deed is made to correct
an error in the description of the property
made in a deed of the same land by the
same parties in 1858.
Fred Gasch, guardian of the estate of
Arther Schmelg, a minor, to August Mehl-
horn, ⅓ interest in and to the N ½ of
3 block M Terry's third addition; $300.
Lyman A Griffith to L H Griffith, E ½
of lots 2 and 3, block 26 A A Denny's third
addition; $4500.
V Hugo Smith to J O McDermott, lots 7
8 9 10 11 and 12 block 14 Dewey's addition;
$600.
Nils B Peterson to F N Brasen. SE ¼
of SE ¼ of SW ¼ of sec 21 tp 23 range 3
east; $1.
N P B R Company to V Laibo, N ½ of
NE ¼ of sec 29 tp 21 range 4 east; $30 ).
Christian Miller to Anna Bander, lot 10
block 42 heirs of B A Bell's second addi-
tion; $450.
Louis R Kidd to Grace E Hussey of
Sacramento quit claim to lot 11 block 11
lots 2 3 6 and 8 in block 12, lot 7 block 12,
lot 3 block 13, lots 1 4 6 7 8 and 9 block 13,
lot 5 block 15, lots 7 and 8 block 17, lots 1
to 10 block 19, lots 1 2 3 4 5 6 9 and 12 block
20, lots 5 and 6 block 21, lots 6 and 12
block 23, lots 1 2 1 6 7 9 and 10 block 27, lots
1 to 7 block 28, lot 1 block 29, lot 9 block
32, lot 3 block 34, lots 6 and 10 block 23,
lot 2 block 38, lot 9 block 37, lot 6 block 33,
lot 11 block 41, all in Central Seattle; also
lot 2 block 64, lot 1 block 67, lot 11 block
59, lots 12 and 4 block 70, lot 9 block 77, lot
6 block 81, lot 6 block 88, all in Cent al Se-
attle as laid out by James McNaught and
wife; also lots 6 and 7 block 29, lots 3 and
20 block 32, lot 3 b o k 40 lots 4 and 16
block 50, McAleer's addition; also lot 7
block 11, same addition; lots 7 8 and 9
block 58, Riley's addition; lots 8 to 14
block 9, Eros & Knight's addition; lots 3
and 4 block 20, lot 9 block 28, lots 4 to 6
block 33, lot 7 block 43, lots 9 10 11 and 12
block 50, lots 1 2 3 4 5 10 11 and
12 block 66, South Seattle; also lots
1 2 3 0 11 and 12 block 7, Nag-
le's addition; also lot 5 block 4 and
lot 1, block 11, Judkin's addition; also lots
4 and 5 block 0, Crawley's addition; also
lot 4 block 45, M yna d's addition; also
lots 11 and 15 Lampey's Plat in sec 21 tp 24
range 4 east; also S ½ of SW ¼ of SE ¼ sec
20 tp 25 range 4 east; also NE ¼ of NE ¼ of
sec 13 tp 25 range 3 east; also S ¼ of SW ¼
sec 9 tp 25 range 4 east; also lot 2 sec 19
and about 5 acres in S ¼ of NW ¼ of sec
19 tp 25 range 4 east; also lot 8 block 42,

### YOU WHO LEAD SEDENTARY LIVES

Will find great relief from constipation,
headache and nervousness, by taking
Simmons Liver Regulator. It is a sim-
ple, harmless, vegetable compound, sure
to relieve you. Persons of sedentary
habits often suffer with kidney affec-
tions. If they would maintain the
strength of the digestive organs and
improve the quality of the blood by tak-
ing the Regulator it would restore the
kidneys to health and vigor.       dw

### THE TWO BEST PLANS OF LIFE INSURANCE.

The Travelers of Hartford, and the
Provident Savings of New York. No
assessments, and no promises of future
dividends to disappoint the assured.
These companies furnish life insurance
on the common sense business plan, un-
mixed with banking or investment, con-
sequently their rates are much lower,
and commend them to all in need of
solid life insurance. TAYLOR & HOANS
are the agents.

Louch "the grocer," corner of Front
and Union, is ahead this time wi h a
decided novelty. He has brought
through Eastern corn-fed, sugar cured
hams and bacon, and is having them
smoked by Mr. Masel, the popular
butcher, with hardwood. They are the
nicest and cleanest meats our people
have yet had a chance of obtaining. a27

The "CENTEMERI" is the most pop
ular kid glove in America, $1.45 for five
buttons, $1.90 for eight buttons. They
are far below the price of any other
standard maker, and for fit and dura-
bility are unexcelled. The above are re
tail prices (the glove is not sold at whole-
sale) at SCHWABACHER BROS'.   de12

Only $10 per acre for land near Seat-
tle. EHRLIMAN, LLEWELLYN & Co., Se-
attle, Wash.          my31dw1w

### FRYE'S OPERA HOUSE.

#### IMPORTANT ANNOUNCEMENT.

Monday, Tuesday & Wednesday,

June 6th, 7th and 8th.

First and only appearance here of the Famous
Actress



### TOKLAS

### A RE-

### $

### Dry G

Before it is too l
to give them a real
goods in our stores
time when spring
not surprise any o
spirit of conducting
of selfishness in thi
ing in our stores h
is too small to acc
twelve months. W
LARGEST STOCK
Boots and Shoes, C
until the 1st of Au
disappear in less ti
PARTIC

### WA

100,000 yards La
6724 yards of the
50,000 yards o
10,000 yards of Gi

7-4 Table Damask, a
8-4  "       "      "
8-4  "       "      "
9-4  "       "      "
15 yds Lonsdale Mus

25601       o