# JA Ex. 219

SEATTLE DAILY POST-INTELLIGENCER, TUESDAY, JUNE 14, 1887.

### D WITH FORGERY.

### DEATH OF CAPTAIN LOW.

Shortly after 4 o'clock Sunday morning, Captain Charles H. Low breathed his last, at his home in this city, after a short but painful illness resulting from the bursting of a blood vessel in his brain. For several days the deceased had been unconscious, and his death was not unexpected.

Captain Low was a son of John N. and Lydia Low, of Snohomish. He was born in Thurston county, a short distance back of Olympia, in 1855. His boyhood was passed on the farm at Snohomish, and in attending school in Seattle. In 1874 he commenced steamboating as deckhand, and has followed the business ever since. He soon worked his way up to the position of mate, and finally to that of master. He saved his earnings and finally bonded the steamer Nellie, of which he was master. After earning the money, he paid for her, and a year or so ago he bought the Mun roe, both of which steamers he has run on the Snohomish route. Besides these steamers, he secured a valuable farm on the Snohomish, and a large tract of valuable timber land. He was a skillful navigator and a good business man, and was respected by all who knew him. In 1879 he married the wife who survives him, and whom he loved most devotedly. His little son, about six years of age, is in California, undergoing surgical treatment for an injury to his hip.

During Captain Low's last hours, he was surrounded by his relatives and friends who did everything in their power to make his sufferings as light as possible.

Captain Low was a good man, a valuable citizen and one whom the community could illy afford to lose.

The funeral will take place from the Methodist Protestant Church at 2 o'clock this afternoon.

The Seattle Hardware Company have just received a car load of the celebrated steel skein Bain wagons. No wagon sold on Puget Sound has made so good a record as the Bain. jell 6

Sean item by item of our late great purchases. Dress goods worth $1.25 for 50c. Ladies' hose for 35c. worth 75c. TOKLAS & SINGERMAN.

### REAL ESTATE.

The following deeds were filed in the Auditor's office for record Saturday and Monday:

Ernest Schwartz to Seattle, Lake Shore & Eastern Railway Company, right of way over his place in sec 12, tp 25, r 5 e, $1.

Conrad Hartman and Edwin F. Atwood to Seattle, Lake Shore & Eastern Railway Company, right of way over their farm on Squak Slough, $1.

John S. Lorraine to Francis A. Root, lots 11 and 12, block 3, Crown Addition, $100.

H. A. Smith to L. H. Griffith, blocks 7 and 8, Springbrook Addition, $1.

Charles T. Terry to Mrs. A. Gardner, lots 6 and 7, block 21, Terry's Second, $1900.

Charles H. Spinning to Julius Kley, N ½ of N ½ of SW ¼ and N ½ of N ½ of SE ¼, sec 25, tp 21, r 4 e, $1800.

Charles H. Spinning to John Laumeister and John Tod, S ½ of N ½ of SW ¼ of S ½ of N ½ of SE ¼ of sec 25, tp 21, r 4 e, $1800.

[illegible]

### FROM PORT TOWNSEND.

GLEANINGS OF NEWS ENTITIES AND PUGET SOUND SHIPPING NOTES.

[Regular Cor. Post-Intelligencer.]

The property known as the Montana Theater, was purchased by the city for $6000, from Col. Landes, and not from the First National Bank, as erroneously reported on Sunday.

Captain John Murray, R. G. W., a prominent and enterprising citizen of Walla Walla, who was elected Grand Recorder of the Masonic Order, in Vancouver a few weeks ago, spent Sunday in the port of entry, and left yesterday for a brief visit to Victoria.

Arthur K. Doolittle, formerly of the Walla Walla Union, was in town on Saturday. Mr. Doolittle is making an extended tour of the Sound with a view of locating.

The Olympian excursionists completely filled Port Townsend on Saturday. The streets were not unlike scenes witnessed in many metropolitan cities, being so crowded with visitors.

Bishop Fowler delivered an interesting sermon on Sunday evening in the Methodist Church. The Bishop was tendered a public reception on Saturday evening by the citizens. He is here on business relating to the establishment of the University.

MARINE NEWS.

The steam schooner Karluk, Captain Anderson, six days from Kodiak, arrived on Sunday night. She will proceed immediately to Departure Bay to load coal as a return cargo.

The bark Cassandra Adams, 1083 tons, lumber laden from Port Blakely for San Diego, sailed on Sunday.

The ship Topgallant, 1280 tons, loaded with lumber for San Francisco from Port Blakely, sailed on Sunday.

The steamship Olympian sailed at noon yesterday for Alaskan ports with a light passenger list.

The barkentine Retriever, seventeen days from San Diego, arrived at Port Hadlock yesterday to load a return cargo of lumber.

The Chilean bark Jen Baquedane, 988 tons, sixty-six days from Valparaiso, arrived yesterday under a charter to load a return cargo of lumber from Port Gamble.

The ship Edward O'Brien, loaded with 3700 tons of coal from Tacoma, sailed for San Francisco yesterday.

The steamship San Pedro passed down on Sunday, loaded with 4000 tons of coal from Tacoma for San Francisco.

The ship Carrollton, 12 days from San Pedro, arrived yesterday and anchored in the harbor.

The ship Harry Morse arrived from San Francisco yesterday.

The bark Theobald has arrived from San Francisco.

### SAFE, SURE, AND SPEEDY.

No external remedy ever yet devised has so fully and unquestionably met these three prime conditions as successfully as ALLCOCK'S POROUS PLASTERS. They are safe because they contain no deleterious drugs and are manufactured upon scientific principles of medicine. They are sure because nothing goes into them except ingredients which are exactly adapted to the purposes for which a plaster is required. They are speedy in their action because their medicinal qualities go right to their work of relieving pain and restoring the natural and healthy performance of the functions of the muscles, nerves and skin.

FREDERICK WARDE.—This young actor is getting to be looked upon as a coming man. He has unmistakable talents, and the rapid strides made by him within the last few years fairly warrant the critics' marking him as one of the future great tragedians of our country. On Thursday evening next he will appear in Sheridan Knowles' masterpiece, "Virginius." It is a noble effort, and at the hands of Mr. Warde will undoubtedly receive a strong and manly interpretation. A San Francisco journal, in speaking of Mr. Warde's recent

### HANDSOME PRESENT.

On the retirement of W. R. Thornell as accountant and cashier of the Columbia and Puget Sound and Puget Sound Shore Railroad Companies, he was presented with a handsome gold-headed cane, appropriately engraved, and at the same time handed the following letter, which is self-explanatory:

SEATTLE, W. T., June 8, 1887.

W. R. Thornell, Esq., Seattle, W. T.—DEAR FRIEND: We beg to present the accompanying, to serve as a reminder and token of the kindness and deep friendship which your many good qualities of mind and heart have caused us to feel toward you.

Trusting you will accept the same in the spirit which prompts its giving, we take great pleasure in subscribing ourselves, your sincere friends,

| | |
|---|---|
| Ira A. Nadeau, | F. A. Allen, |
| Francis A. Bell, | L. M. Garrison, |
| W. R. Spencer, | A. R. Kennedy, |
| Fletcher T. Coulter, | James H. Watson. |

If you want to see bargains in hosiery and crashes, come and see TOKLAS & SINGERMAN.

# FRYE'S OPERA HOUSE.

## 2 Nights Only! 2

Engagement of the distinguished Tragedian

FREDERICK

# WARDE,

Supported by his large and efficient dramatic company.

Thursday, June 16th,

## VIRGINIUS.

Friday, June 17th,

## GALBA,

The Gladiator.

Reserved seats .......... $1 00
Balcony and gallery .......... 50

HUDSON & O'... Managers
ROBERT BROWN ... Stage Director
je13

# STOP

YOUR WORK AND ATTEND THE

Franklin Picnic,

SEATTLE REDS

VS.

## $200

## SURPRISE

SUP

A complete surp
was certainly a very
mission Dry Goods
decided to go out o
alert with ready cas
Dress Goods,
Towels,

All of the above wer
think that the prices
not only i

Price

Sale will begin

Look
Crushi

# DRESS GOODS

100 pieces, same exhibition in our Dress Goods window, at 5c. yard, worth 15c.

40 pieces, 24-inch Serge, good colors, worth 16 1-3c. at the mill, will be sold for 12 1-2c.

40c. Choice of 75 pieces, 30-inch suitings, full line of the latest color

LIBRARY OF CONGRESS NEWSPAPER RM

. Captain Malgram
e harbor last evening
in tow of the Richard
ad a return cargo of
al.

...se yesterday brought
...se from Snohomish,
...is, friends of the late
... Low to attend the
today.

...for the Franklin pic-
...s or smoke. A fine
...at everybody go for a
... train leaves depot at
...all train at 3 p. m.

...day, articles of incor-
...le Packing Company,
...ton, were filed in the
...ffice. The incorpora-
...sen, B. Borresen and
...principal office is at
...tock is $20,000 divided
...each. The business
... waters of Washing-
...er points on the North

...a number of sailors
...neral Knox came up
...seeming intoxicated
...ce on the street. Two
... were arrested at the
... and the others were
...nd fined. The mate,
... the ringleader, or in-
...rouble, was fined $25
...ice Soberberg. The
...al settled fines and
... were released.

... the Sportsmen's As-
...thwest last Saturday
...wing officers were
...ing year: President,
...la Walla; First Vice
...McNaughton of Ta-
...e President William
...le; Third Vice Presi-
...re, of Portland, and
...mittee on Game Law:
...lama, Robert Bybee,
...line, of Walla Walla;
...eattle, and W. Roscoe
... The next meeting of
...ll be held during the
...gust, 1888, at Walla

...to receive a benefit on
...g at the pavilion, on
...existence of this in-
...is due to the liberality
... measure—about $5000
...buted in various ways
...as undertaken. Many
...it the smallness of this
...st remember that an-
...table charitable work
...d flourished in our
...ital was inaugurated
...ore widespread influ-
...ched to the quickest
...human heart, the care
...dren. More than $10,-
...its treasury and no-
...far it, and many must
... as that of dimes
... the opportu-
...their names from the
...The hospital
... Among the most
... feather pillows,
... comfortable rocking
..., portable wardrobes,
... A reception com-
...tendance on Wednes-
... gifts of those or of
...can be made and will
... There is no en-
...If the institution is to
...must resume themselves
...There is still a float-
...$500. A gift of $500
...[illegible]

*ONALS.*

...Snohomish, is in the

...Snohomish, is at the

...Black Diamond, was

...of San Francisco, is
...[illegible]

...ther is on his way to
...Francisco.

...wife, of San Francis-
...the Arlington.

... an extended trip to
...eturned to Oregon on

...argon, of the Second
...Walla Walla, spent

...[illegible]

...committee carry on its work that scarce-ly a rumor of the result of its investiga-tion got abroad until within the past few days, when it became generally known that the experts had appeared before the Grand Jury. It was generally surmised that developments in regard to the County Treasury were not far dis-tant, and but little surprise was accord-ingly expressed yesterday morning when it became known that a true bill had been returned by the Grand Jury, charging ex-Treasurer Hill with forgery.

The charge upon which the indict-ment is found is, that Treasurer Hill, in February, 1887, redeemed a warrant for $66 issued to Providence Hospital in August, 1886, and, instead of making a true return therefor, raised the amount of the warrant to $2,166 by inserting the the figures 2 and 1, and made entry in the books of the office as if he had actu-ally paid out in redeeming the warrant the sum of $2,166, or, to quote the lan-guage of the bill more accurately, it charges "that a certain warrant num-bered 425 was issued at the August term of the County Commissioners to Provi-dence Hospital, amounting to the sum of $66, and redeemed in February, 1887, and that the said George D. Hill, in front of and before the figures 66, did enter the figures 21, the aforesaid 66 be-ing the true amount of said warrant, and did then and there signify for the amount of $2,166, to have been redeemed then and there by him for the sum of $2,166, contrary to the statutes made and provided in such cases."

The ex-Treasurer, who has been quite ill for some days past, appeared in court yesterday morning, accompanied by his attorneys, and entered a plea of not guilty to the charge against him. His bail was fixed at $2,500, which was promptly furnished. He will be defend-ed by Struve, Haines & McMicken, Greene, Hanford & McGraw, and Mc-Naught, Ferry, McNaught & Dudley.

Captain Hill asserts that his accounts are regular in every respect, and his friends are confident of his ability to prove his innocence. On the other hand, it is asserted that the indictment of yesterday is but the beginning, and that more developments are to follow.

New parasols. OLBARY. je8

*LOCAL LEGISLATURE.*

THE CITY FATHERS GRANT THE PETITION FOR THE WIDENING AND EXTENSION OF SECOND STREET—OTHER IMPORTANT BUSINESS TRANSACTED.

Council met pursuant to adjournment. Present, Mayor Sheedy and Council-men Furth, Frink, Green, Hinckley, Lake, Russell and Heitze.

PETITIONS, ETC.

From J. W. Crow et al., for street lights on the corner of Fourth and Pine, Sixth and Pine and Seventh and Pine streets. Laid on table until light limits are extended.

From Samuel Wans, for permission to move a small wooden building from lot 12, block 10, Maynard's Plat, to lot 1 of same block. Referred to Street Committee.

From H. M. Peters et al., to reduce intoxicating liquor licenses from $500 to $300 per annum, and malt liquor li-cense from $300 to $150 per annum. Referred to Committee on License and Revenue.

From J. F. Eshelman et al., to grade Madison street from the end of the present grade to the city limits and build a sidewalk on the north side of said street. Referred to Street Com-mittee.

From Thomas Burke et al., to grade Madison street from the line between sections 28 and 29 to the line between sections 23 and 27, and build a sidewalk on the northerly side of said street. Referred to Street Committee.

From Nicholas George, for permis-sion to erect a fish stand at the foot of Columbia street. Referred to Street Committee.

From James Morrison, remonstrating against opening alley in block 12, Eden & Knight's addition. Referred.

From Robt. Abrams, for permission to erect a carriage shed to connect his stable on lot 6, block 8, Maynard's plat, with South Third street. Granted.

COMMITTEE REPORTS RECEIVED.

From Street Committee, recommend-ing the granting of the petition of F. W. Wald, et al., to widen and extend Second street. Adopted.

A communication from the Invitation Committee of the Fourth of July Cele-bration Committee of [illegible] inviting the Mayor and [illegible]

...o'clock this afternoon.

The Seattle Hardware Company have just received a car load of the celebrated steel skein Bain wagons. No wagon sold on Puget Sound has made so good a record as the Bain. jel1 6

Seen items by item of our late great purchases. Dress goods worth $1.25 for 50c. Ladies' hose for 35c. worth 75c. TOKLAS & SINGERMAN.

*REAL ESTATE.*

The following deeds were filed in the Auditor's office for record Saturday and Monday:

Ernest Schwartz to Seattle, Lake Shore & Eastern Railway Company, right of way over his place in sec 12, tp 25, r 5 e, $1.

Conrad Hartman and Edwin F. Atwood to Seattle, Lake Shore & Eastern Railway Company, right of way over their farm on Squak Slough, $1.

John S. Lorraine to Francis A. Root, lots 11 and 12, block 8, Crown Addition, $100.

H. A. Smith to L. H. Griffith, blocks 7 and 8, Springbrook Addition, $1.

Charles T. Terry to Mrs. A. Gardner, lots 6 and 7, block 91, Terry's Second, $1900.

Charles H. Spinning to Julius Kley, N ½ of N ½ of SW ¼ and N ½ of N ½ of SE ¼, sec 35, tp 21, r 4 e, $2800.

Charles H. Spinning to John Laumeis-ter and John Tod, S ½ of N ½ of SW ¼ of S ½ of N ½ of SE ¼ of sec 35, tp 21, r 4 e, $2800.

H. B. Doust to L. B. Andrews, lots 2 and 3 and SW ¼ of NE ¼ of SE ¼ of NW ¼, sec 3, tp 23, r 6 e, $2813.

H. H. Dearborn to James Newman, all of lot 5 block 5, McNaught's Third Addi-tion, $300.

Angus Mackintosh to George W. Brower, NE ¼ of NW ¼, sec 12, tp 22, r 4 e, $1.

Patrick W. Mulally to Lida S McIntosh, E ½ of SE ¼, sec 29, tp 21, r 4 e. Lots 1 and 2, and NE ¼ of SW ¼ and SW ¼ of SE ¼, sec 32, tp 21, r 4 e, $3000.

Angus Mackintosh to W. G. Latimer, NE ¼ of NE ¼ of sec 12, tp 22, r 4 e, $1.

Deed of partition between W. G. Lati-mer, first party, George D. Hill, second party, F. H. Whitworth, third party and George W. Brower, fourth party. First, second and third parties convey to fourth party NE ¼ of NW ¼, sec 12, tp 22, r 4 e; and first, second and fourth parties con-vey to third party, SE ¼ of NW ¼ sec 12, tp 21, r 4 e; and first, third and fourth con-vey to second party, SW ¼ of NE ¼, sec 12, tp 22, r 4 e; and second, third and fourth parties convey to first party NW ¼ of NE ¼, sec 12, tp 22, r 4 e, said parties above owned an undivided ¼ interest in W ½ of NE ¼ and E ½ of NW ¼ of said sec 12.

August Schmidt to Dora Schmidt, lots 1, 2, 3, 4, 5, 6, 7 and 8, block 9, New Wil-fred Addition, $800.

Fred E. Sander to V. Hugo Smith, S ½ of NE ¼ of SE ¼, sec 23, tp 24, 3 e, $1250.

J. P. Conway to John H. West, block 73, Maynard's Lake Washington Addition, $335.

Alfred Palmberg to Seattle, Lake Shore & Eastern Railway Company, right of way over lots 1, 2, 3 and 4 and SE ¼ of NW ¼ sec 20 and lot 2, sec 19, tp 25, r 6 e.

L. A. Wold to same, right of way over N ½ of NW ¼ sec 34, tp 24, r 6 e.

Frank George Hill to I. H. Page, lot 1, sec 25, tp 23, r 4 e, $550.

E. Calvert to George J. Smith, lots 9 and 10, block 2, Comstock Addition, $600.

If you want to see bargains in hosiery and crashes, come and see TOKLAS & SINGERMAN.

If you want a lawn mower, the light est draft, easiest cutting mower in the market is the New Easy, for sale by the Seattle Hardware Company jel1 6

OPIUM SEIZED.—Sunday morning the steamer Idaho arrived at Portland from Sitka and way ports. Soon after reach-ing the dock the vessel was boarded by custom-house officers, who proceeded to examine for smuggled articles. Their search was soon rewarded by discover-ing a small quantity of opium, which had been placed away in some obscure quarter of the steamer. About forty-five pounds of the valuable drug was discovered and is now in possession of the custom-house officials. The opium was found in a small square box, which had been placed in a valise. The valise was then hid behind one of the boilers, where it was thought to be secure from molestation; but the Argus eyed officers very soon "spotted" the suspicious-looking package, and an examination discovered the nature of the contents.

The Seattle Hardware Company have now in stock an abundant supply of goods for summer, such as rubber hose and hose reels, lawn mowers, ice cream freezers, hammocks, grass hooks, scythes, etc. jel1-6

The newest creation in hats arrived by express from New York Saturday morning, June 11th. TOKLAS & SINGERMAN.

...noon yesterday for Alaskan ports with a light passenger list.

The barkentine Retriever, seventeen days from San Diego, arrived at Port Hadlock yesterday to load a return car-go of lumber.

The Chilean bark Jen Baquedano, 963 tons, sixty-six days from Valparaiso, arrived yesterday under a charter to load a return cargo of lumber from Port Gamble.

The ship Edward O'Brien, loaded with 3700 tons of coal from Tacoma, sailed for San Francisco yesterday.

The steamship San Pedro passed down on Sunday, loaded with 4600 tons of coal from Tacoma for San Fran-cisco.

The ship Carrollton, 12 days from San Pedro, arrived yesterday and an-chored in the harbor.

The ship Harry Morse arrived from San Francisco yesterday.

The bark Theobald has arrived from San Francisco.

SAFE, SURE, AND SPEEDY.

No external remedy ever yet devised has so fully and unquestionably met these three prime conditions as success fully as ALLCOCK'S POROUS PLASTERS. They are safe because they contain no deleterious drugs and are manufactured upon scientific principles of medicine. They are sure because nothing goes into them except ingredients which are ex-actly adapted to the purposes for which a plaster is required. They are speedy in their action because their medicinal qualities go right to their work of reliev-ing pain and restoring the natural and healthy performance of the functions of the muscles, nerves and skin.

FREDERICK WARDE.—This young actor is getting to be looked upon as a coming man. He has unmistakable talents, and the rapid strides made by him within the last few years fairly warrant the critics' marking him as one of the fu-ture great tragedians of our country. On Thursday evening next he will ap-pear in Sheridan Knowles' masterpiece, "Virginius." It is a noble effort, and at the hands of Mr. Warde will un-doubtedly receive a strong and manly interpretation. A San Francisco jour-nal, in speaking of Mr. Warde's recent appearance in that city as Virginius, says: "This very popular actor com-menced his engagement at the Baldwin last evening under the most auspicious circumstances. He had a large attend-ance and was warmly received by the people present, who, before this season, have recognized in Mr. Warde a trage-dian of great merit. The gentleman's conception and acting of the Roman father who kills his daughter rather than yield her to the tyrant, Claudius, was in the best form of dramatic art. There was earnestness without rant, and a reading of the text well balanced and musical. Mr. Warde has very credit-able support. Without being experi-enced actors, the young people about him are ambitious to exceed, painstak-ing in all their business, correct in their lines, and there is an absence of that slouchiness which was at one time threatened by custom to be fastened on stage method."

The short way, the quick way, the only way, the direct way to the soft spot in the American heart is to sell them cheap. This is what we are going to do with Freeman Bros' stock of hosiery. 750 dozen will be offered Mon-day morning, from 6c. to 35c. a pair. Come and see them. TOKLAS & SING-ERMAN.

ANOTHER CANNERY.—Messrs. Kirk-wood, Nottingham & Wyman, of Port land, have leased a tract of land on the water front, near Smith's Cove, where they will at once establish a salmon can-nery. Messrs. Allen & Nelson have re-ceived a contract to do the necessary piling. The firm expects to go quite ex-tensively into the salmon packing busi-ness, and will have their establishment ready for the present season's run. Sil-ver salmon usually commences running by the last of July or the first of August, and continue a couple of months.

Bargains! Bargains!! Bargains!!! in crashes, table damask and napkins, bought for cash from Freeman Bros., of San Francisco, who are retiring from business. TOKLAS & SINGERMAN.

THE MILLER TRIAL.—Yesterday was set as the time for argument of the mo-tion for a new trial in the case of the Territory against George H. Miller, con-victed of the murder of James Manning [illegible]

# WARDE,

Supported by his large and efficient dramatic company.

**Thursday, June 16th,**

# VIRGINIUS.

**Friday, June 17th,**

# GALBA,

**The Gladiator.**

Reserved seats ........................ $1 00
Balcony and gallery ........................ 50

HUDSON & O'NEIL ........................ Managers
ROBERT BROWN ........................ Stage Director
je12

# STOP

YOUR WORK AND ATTEND THE

## Franklin Picnic,

**SEATTLE REDS**

**VS.**

**PICKED NINE.**

## BASE BALL GAME

—AND—

## FIELD SPORTS,

**JUNE 14th,**

Under the auspices of the Young Men's Chris-tian Association and Seattle Reds.

**Delightful Ride to Green River and return.**

**Two Hours for Picnic and Lunch at Franklin.**

**Three Hours of Sports and Base Ball at Race Track.**

Tickets for excursion and ball game ... 75 cents
Leaving at 8:30 a. m. sharp.

Tickets for 3 p. m. train and ball game, 50 cts
je7 6t

## FRYE'S OPERA HOUSE.

IMPORTANT ANNOUNCEMENT.

**Monday & Tuesday**

**June 20th and 21st.**

Return and [illegible] appearance of the Famous Actress, [illegible]

LOC-00014

LIBRARY OF CONGRESS NEWSPAPER RM