# JA Ex. 220

# SEATTLE DAILY POST-INTELLIGENCER, SUNDAY, JULY 3, 1887.

t and 70 feet on Second, b. Two stores on first rooms on second. Band st built. Cost, $1500.

— Four stores on Colom on Second. Two or Co tores 13x70, two 13½x70, shop of 8x75. One Sec ᵇ 35x45, and two 17¾x45. at all three Second street cost, $3500.

Brawley.— A three story s Third street near Jack es. Rooms sets back 10 b. with a view to widen st. $9500.

p—A square but roofed rost street, near Bell, of two floors. Two store floor and seven rooms nd back stairs and back $5000.

and Smith—Foot of post a ware house. Two stores ᵃ 32 two stories high. place to upper story plat el. Cost, $3000 Same house on wharf. 12x24

as.—On wharf, foot of s rose story building for and blacksmith shop, of est, $3000. Same person, lumbia street between t 35x70 feet one story.

burn. A shop of 25x50, street, for the making mouldings and brackets.

nᵃ A building for use ret, foot of Seneca street.

A store building of 25x70 street, near Pike. Cost, 40. A carriage house on rest 20x45 feet one story

Iron Works. On Jack rean Jackson and King, a feet, and pipe shop on 65 feet. Cost, $700.
sh stand 31x75 feet, foot reet. Cost, $850.
ish stand 17x85 feet, foot reet. Cost, $850.
Post Mill Co. Mill sheds 40 feet, etc. Cost, $3000.

## ᴮᴵNESS UNDERTAK INGS.

.L WATER COMPANY.

hill Company in building reservoir at the highest t Lawn, 315 feet above he reservoir is square noroua at the bottom, 270 he top, 13 feet deep, and llons holding capacity. holds 20,000 cubic One-third of this has the lots and streets adja nder being used in the A great deal of blasting .ps and earth has been rk began August 1st last, to free lst being re and continuing it is supp lst next. Twenty five any teamsters and 50 n engaged in this

the bridge being 20 by 300 feet. A boarding and lodging house are also to be built. Fifty men will be employed in this establishment during the salmon season. The cost will be about $12,000.

### FLOUR MILL.

D. T. Denny has sold to Nicholas P. Eisenmayer, of the Eisenmayer Milling Company, Little Rock, Arkansas, some valuable pieces of realty. Fruit half a mile north of the barrel factory, nine lots for the low price of $900, condi tioned upon the building there of a flour mill. The mill to be built by Mr. Eisen mayer is to be a four-story brick, with the latest and best machinery, and of the capacity of two hundred barrels of flour a day. The cost will be in the neighborhood of $40,000. Work will begin as soon as Mr. Eisenmayer can perfect the necessary plans and ar rangements.

### RAILROAD OPERATIONS

Nothing has been more active than the extension of railroad operations. The Seattle, Lake Shore and Eastern Company has been particularly ener getic. It began new and had all to do, and has gone at it as though it was in tended to do all that it was possible to do. Town lands, water front, rights of way and coal lands have been secured to the extent of about $150,000, and 56 miles of standard gage railroad have been put under contract, work on which is to be completed before the 15th of Sep tember. The operations of the company in town have been progressing steadily during the past three months, and are rapidly assuming great magnitude. The company's main wharf in the north end of town—Smith's Cove—has a front of 200 feet by 40, and is connected with the shore by a bridge 3500 feet in length. This bridge widens as it approaches the outer end of the wharf, giving room for side tracks. The end of the wharf will be increased in size later, warehouses built, &c. Immense coal bunkers are also to be built of the point, from which four ships may be loaded simul taneously. From the wharf to Mill street in 1874 feet over all but a few hundred yards of which the trestle is built. For the passenger and freight depot a desirable tract of 200 by 355 feet was purchased from H. L. Yesler be tween Mill street and Columbia, and on which the road will terminate. A two story office building will there be erect ed, covering 80 feet by 90, and a hand some two-story passenger and freight depot 75 feet wide by 150 long. No other houses will be put upon the depot grounds; but close by, at some point yet to be determined, a coal yard and bunkers for the town trade will be built. On the company's property to the north will be built this year a coach house of 40 by 150 feet, and a round house of 275 feet diameter, with stalls for 36 engines. Other houses will be built, but nothing has yet been done towards them, and they are therefore omitted from this account. In its water front road, wharves, depot, &c.,—its terminal prop erty—the Seattle, Lake Shore & Eastern Company will spend this year fully $125,000, with the prospect of spending quite as much more in 1888.

The Columbia and Puget Sound Com pany has built no houses this year, but

heat the house with hot water, while other conveniences will include speak ing tubes, and telephones. The heating and plumbing in the addition will cost $6000, and the heating of the entire es tablishment $10,500. The addition all finished will cost $40,000. When done the old building will be practically va cated and the new alone occupied, when the old house will be put through a rig orous process of cleansing and renova ting, inside and outside. Prov idence Hospital has heretofore had accommodations for one hundred pa tients; hereafter it will have room for two hundred. The Fifth street front will be 110 feet long, and as the depth is 100 feet and the hight four stories, the building will be immense, probably the largest wooden structure in the Territory.

Besides what is detailed in the fore going, the Sisters have built this year a steam laundry, 30 by 40 feet, two stories high, at a cost of $3500. It is hand somely finished, and is furnished with steam machinery, including dryer and wringer, enabling them to dry 140 sheets in 60 minutes. They have also put up a building for washings, carpenter shop, etc., at a cost of $1500, and they will next get a small building of four rooms, in which to keep patients with contagious diseases. The Sister Supe rior having all this establishment in charge, came here in 1878, and opened the hospital with seven patients, in the old adobe building. The undertaking then, which is now by comparison in significantly small, appeared as huge and as hard to carry as does the mammoth hospital she has now in charge. The growth has been wonder ful, and can be accounted for in two ways, viz.: by the growth of the town and country, and by the businesslike and excellent management of the Sister Superior herself. She has now eleven Sisters to help her, and must soon have more. She also has ten employes. The hospital has paid its way from the be ginning.

The cost of the completed hospital, and the other buildings mentioned, will exceed $75,000.

## RESIDENCES.

### GEORGE KINNEAR.

The largest and most costly dwelling under construction so far this year is that of Mr. George Kinnear, on the commanding slope in the extreme north end of the town, which has proved so attractive this season, to the builders of beautiful houses. The slope belonged to Mr. Kinnear, and has been put upon the market as an addition, with the re sult that where not one house stood three months ago, nine houses are now in course of construction, and twenty completed houses will stand before the 1st of next January. The only compar ison with the growth of that end of town is to be found in Denny's Park Addition, where no house stood in Jan uary last, but where twelve are now to be found.

Mr Kinnear's new house will stand near the middle of a block of twelve lots, about half way up the slope, two hundred feet above the level of the sea,

deer. This room will have sliding opening into the front hall as ᵗ into the dining room. The hou be well built throughout, and han in outside finish. Cost, $8000.

### M. BROOKES.

One of the most showy, as w commodious and comfortable, i building this season is that for M. Brookes, in Kinnear's additio is a modern cottage, two stories with attic and basement. E length, 50 feet; greatest width, c Front parlor, 14 by 18, with squar window, back parlor 14 by 21, wi window, dining room 14 by 18, hall 12 by 18, kitchen 13 by 16, bac and stairs ᵇ by 16, china closet, p sink, alcove of kitchen, and close parlors will open into each oth sliding doors. There will be fron and back verandahs. On the upp will be four chambers, two hal bath room, six closets, stairway t an alcove to front bedroom, and ay. Laundry and furnace in base and three rooms in attic. There much ornamental work on this c about the porches, doorways, vera roofs and chimneys. Windows half Queen Anne—single panes and small panes above. Cost, $4

### C. F. STONE.

Upon his Lake Union proper Stone has built a two-story hous by 64 feet, with two bay wi porches and verandahs, eight rooms, and all modern convenien be found in like houses. The b of fine appearance and has a fin Cost, $3500.

### S. BAXTER.

In Kinnear's addition Mr. Ba building a Queen Anne cottage of 36 feet, with two wings, attic and ment. On the lower floor will be dining room, library, kitchen, china closet, hall, &c. on the floor six bedrooms, closets and room. The attic will be floor plastered. A furnace will war house. In the library will be old fashioned fireplace, with har mantel. The inside woodwork cedar and redwood, oiled, the polished. Outside ornamentation lake. Cost, $3000.

### THE FOUR JACKSON HOUSES.

On Main street, corner of Nu B. Jackson has built four houses Each is 25 feet wide, 40 feet lon two stories high, each containin rooms, and each cost $2000. Th floors have parlor, dining room, up, pantry and hall; the upper five bedrooms and bath room, and back porches add to the co ences and appearance. Cost of th houses, $8000.

### THE FOUR GRIFFITH HOUSES.

L. H. Griffith is building on t ner of Second and Pine street houses alike. Their dimensions by 30 feet, two stories high, wit 14 one-story additions. Each hou six rooms, alcove, hallways, bath closets, bay window and sliding The front will be square and ornam and there will be front and back p Cost of the four houses, $8000.

rooms on lower floor and seven rooms above, front and back stairs and back porches. Cost, $2000.

Harrington and Smith—Foot of Washington street a ware house 30 feet wide and 140 feet long, two stories high, with inclined plane to upper story, plan form 30x140 feet. Cost, $3000. Same firm, a smoke house on wharf, 12x24. Cost, $800.

J. M. Colman—On wharf, foot of Marion street, a one story building for machine shop and blacksmith shop, of 30x160 feet. Cost, $3000. Same person, a house on Columbia street between Front and West, 36x70 feet, one story. Cost, $1500.

Robert Goodburn—A shop of 25x50, on Temperance street, for the making of sash, doors, mouldings and brackets. Cost, $400.

Chas. Hopkins—A building for ice factory, 60x60 feet, foot of Bontos street. Cost, $1600.

R. Abrams—A store building of 20x30 feet, on Front street, near Pike. Cost, $400. Same man, a carriage house on South Third street 30x45 feet one story Cost, $400.

Washington Iron Works—On Jackson street, between Jackson and King, a foundry 25x35 feet, and pipe shop or warehouse 25x40 feet. Cost, $700.

J. Brown—Fish stand 20x22 feet, foot of Columbia street. Cost, $750.

G. James—Fish stand 14x22 feet, foot of Columbia street. Cost, $450.

Stetson and Post Mill Co.—Mill sheds 30x60 and 30x110 feet, etc. Cost, $3000.

## VARIOUS BUSINESS UNDERTAKINGS.

### SPRING HILL WATER COMPANY.

The Spring Hill Company is building an immense reservoir at the highest point on Ridge Lawn, 315 feet above high tide. The reservoir is square shaped, 155 feet across at the bottom, 120 feet across at the top, 15 feet deep, and of 3,000,000 gallons holding capacity. The excavation includes 20,000 cubic yards of earth. One third of this has been put upon the lots and streets adjacent, the remainder being used in the embankment. A great deal of blasting of rocks, stumps and earth has been necessary. Work began August 1st last, and continued to Dec. 1st, being resumed May 1, and continuing it is supposed to Sept. 1st last. Twenty five teams and as many teamsters, and 50 other men have been engaged in these works. The reservoir will be lined on the sides and bottom with clay puddle two feet deep, and the clay will be paved with stones, for the purpose of cleaning. The banks will be sodded, and made to look quite pretty. The reservoir and its embankments will occupy an entire block. The embankments will be 15 feet on top and slope to the bottom two to one. Engaged in the work at the reservoir are three iron rollers, two of them weighing 8000 pounds each and one 6000 pounds. Four horses are required to haul these rollers around. By one arm of a Y the water is introduced from the lake to the reservoir and by the other arm is led to town. In cleaning the reservoir, which will be open to the atmosphere, a gate will close the entrance, and the town will be supplied from the pumps at the lake direct. An escape pipe will empty the

neighborhood of $40,000. Work will begin as soon as Mr. Eisenmayer can perfect the necessary plans, and arrangements.

### RAILROAD OPERATIONS.

Nothing has been more active than the extension of railroad operations. The Seattle, Lake Shore and Eastern Company has been particularly energetic. It began new and had all to do, and has gone at it as though it was intended to do all that it was possible to do. Town lands, water front, rights of way and coal lands have been secured to the extent of about $150,000, and 66 miles of standard gage railroad have been put under contract, work on which is to be completed before the 15th of September. The operations of the company in town have been progressing steadily during the past three months, and are rapidly assuming great magnitude. The company's main wharf in the north end of town (Smith's Cove) has a front of 500 feet by 60, and is connected with the shore by a bridge 3500 feet in length. This bridge widens as it approaches the outer end of the wharf, giving room for side tracks. The end of the wharf will be increased in size later, warehouses built, &c. Immense coal bunkers are also to be built off the point, from which four ships may be loaded simultaneously. From the wharf to Mill street in 15,624 feet, over all but a few hundred yards of which the trestle is built. For the passenger and freight depot a desirable tract of 220 by 375 feet was purchased from H. L. Yesler between Mill street and Columbia, and on which the road will terminate. A two story office building will there be erected, covering 80 feet by 90, and a handsome two story passenger and freight depot 75 feet wide by 160 long. No other houses will be put upon the depot grounds; but close by, at some point yet to be determined, a coal yard and bunkers for the town trade will be built. On the company's property to the north will be built this year a coach house of 30 by 150 feet, and a round house of 75 feet diameter, with stalls for 36 engines. Other houses will be built, but nothing has yet been done towards them, and they are therefore omitted from this account. In its water front road wharves, depot, &c.,—its terminal property—the Seattle, Lake Shore and Eastern Company will spend this year fully $125,000, with the prospect of spending quite as much more in 1888.

The Columbia and Puget Sound Company has built no houses this year, but it has spent over $10,000 in spreading out, increasing its conveniences, enlarging, improving, and getting ready for greater things by and by. The trade of this company and its associate companies—Puget Sound Shore, Northern Pacific, O. R. & N., Pacific Coast and Oregon Improvement—has greatly increased this year, and the necessity for further extensions is felt most urgently. Over twenty miles of new road will probably be put under construction during the current month, and other steps taken to increase its hold upon the business of this rapidly growing city and populous and prosperous county.

## WORKS OF RELIGIOUS DENOMINATIONS.

the building will be immense, probably the largest wooden structure in the Territory.

Besides what is detailed in the foregoing, the Sisters have built this year a steam laundry, 30 by 40 feet, two stories high, at a cost of $3304. It is handsomely finished, and is furnished with steam machinery, including dryer and wringer, enabling them to dry 140 sheets in 90 minutes. They have also put up a building for warehouse, carpenter shop, etc., at a cost of $1523, and they will next put a small building of four rooms, in which to keep patients with contagious diseases. The Sister Superior having all this establishment in charge, came here in 1878, and opened the hospital with seven patients, in the old Moss building. The undertaking then, which is now by comparison insignificantly small, appeared as huge and as hard to carry as does the mammoth hospital she has now in charge. The growth has been wonderful, and can be accounted for in two ways, viz.: by the growth of the town and country, and by the businesslike and excellent management of the Sister Superior herself. She has now eleven Sisters to help her, and must soon have more. She also has ten employees. The hospital has paid its way from the beginning.

The cost of the completed hospital, and the other buildings mentioned, will exceed $75,000.

## RESIDENCES.

### GEORGE KINNEAR.

The largest and most costly dwelling under construction so far this year is that of Mr. George Kinnear, on the commanding slope in the extreme north end of the town, which has proved so attractive, this season, to the builders of beautiful homes. The slope belonged to Mr. Kinnear, and has been put upon the market as his addition, with the result that where not one house stood three months ago, nine houses are now in course of construction, and twenty completed houses will stand before the 1st of next January. The only comparison with the growth of that end of town is to be found in Denny's Park Addition, where no house stood in January last, but where twelve are now to be found.

Mr. Kinnear's new house will stand near the middle of a block of twelve lots, about half way up the slope, two hundred feet above the level of the sea, its length will be 74 feet, its width 44 feet 8 inches. A stone basement, divided into laundry, furnace room, coal bin, fruit and vegetable rooms, closets, etc., all finished in the best manner, 7½ feet high, has been put in. On the first floor will be double parlors of 15 by 19 and 15 by 23, a dining room of 15 by 19, library 10 by 15, hall 10 by 35, and kitchen 16 by 17, besides pantries and closets. Sliding doors will connect parlors, dining room and library. Registers and grates will be placed in parlors, dining room and hall. A grand verandah 9 feet wide and 60 feet long will occupy parts of the front and one side, besides which there will be two smaller verandahs. Upstairs will be a suite of rooms of 15 by 19 and 15 by 23, and single rooms of 15 by 19, 14 by 15 and 9 by 15. There will be back and front stairs, stairs to attic, hallways, bathroom and closets, etc., and a neat balcony of the hall.

25560

above, front and back stairs and back porches. Cost. $3000.

Harrington and Smith—Foot of Washington street a ware house 40 feet wide and 140 feet long, two stories high, with inclined plane to upper story, platform 40x140 feet. Cost. $3000. Same firm, a smoke house on wharf, 12x14 feet. Cost, $400.

J. M. Colman—On wharf, foot of Marion street, a one story building for machine shop and blacksmith shop, of 50x100 feet. Cost, $3000. Same person, a houses on Columbia street between Front and West, 30x70 feet one story. Cost, $1000.

Robert Goodburn—A shop of 25x50, on Temperance street, for the making of sash, doors, mouldings and brackets. Cost, $400.

Chas. Hopkins—A building for ice factory, 60x16 feet, foot of Seneca street. Cost, $1000.

R. Abrams—A store building of 30x40 feet, on Front street, near Pike. Cost, $400. Same man, a carriage house on South Third street 30x70 feet two story. Cost, $400.

Washington Iron Works—On Jackson street, between Jackson and Main, a foundry 25x135 feet and pipe shop or warehouse 25x40 feet. Cost, $700.

J. Brown—Fish stand 30x12 feet, foot of Columbia street. Cost, $200.

G. James—Fish stand 14x12 feet, foot of Columbia street. Cost, $200.

Stetson and Post Mill Co. Mill sheds 30x60 and 50x110 feet, etc. Cost, $3000.

## VARIOUS BUSINESS UNDERTAKINGS.

### SPRING HILL WATER COMPANY.

The Spring Hill Company is building an immense reservoir at the highest point on Ridge Lawn, 315 feet above high tide. The reservoir is square shaped, 170 feet across at the bottom, 230 feet across at the top, 15 feet deep, and of 3,000,000 gallons holding capacity. The excavation includes 20,000 cubic yards of earth. One third of this has been put upon the lots and streets adjacent, the remainder being used in the embankment. A great deal of blasting of rocks, stumps and earth has been necessary. Work began August 1st last, and continued to Dec. 1st, being resumed May 11 and continuing it is supposed to Sept. 1st next. Twenty five teams and as many teamsters, and 50 other men have been engaged in these works. The reservoir will be lined on the sides and bottom with clay puddle two feet deep, and the clay will be packed with stones for the purpose of cleaning. The banks will be sodded, and made to look quite pretty. The reservoir and its embankments will occupy an entire block. The embankments will be 15 feet on top and slope to the bottom two to one. Engaged in the work at the reservoir are three iron rollers, two of them weighing 3000 pounds each and one 5000 pounds. Four horses are required to haul these rollers around. By one arm of a Y the water is introduced from the lake to the reservoir and by the other arm is led to town. In cleaning the reservoir, which will be open to the atmosphere, a gate will close the entrance, and the town will be...

begin as soon as Mr. Eisenmayer can perfect the necessary plans and arrangements.

### RAILROAD OPERATIONS.

Nothing has been more active than the extension of railroad operations. The Seattle, Lake Shore and Eastern Company has been particularly energetic. It began new and had all to do, and has gone at it as though it was intended to do all that it was possible to do. Town lands, water front, rights of way and coal lands have been secured to the extent of about $150,000, and 36 miles of standard gage railroad have been put under contract, work on which is to be completed before the 15th of September. The operations of the company in town have been progressing steadily during the past three months, and are rapidly assuming great magnitude. The company's main wharf in the north end of town "Smith's Cove" has a front of 320 feet by 60, and is connected with the shore by a bridge 3300 feet in length. This bridge widens as it approaches the outer end of the wharf, giving room for side tracks. The end of the wharf will be increased in size later, warehouses built, &c. Immense coal bunkers are also to be built off the point, from which four ships may be loaded simultaneously. From the wharf to Mill street is 11,03 feet over all but a few hundred yards of which the trestle is built. For the passenger and freight depot a desirable tract of 220 by 375 feet was purchased from H. L. Yesler between Mill street and Columbia, and on which the road will terminate. A two story office building will there be erected, covering 80 feet by 90, and a handsome two story passenger and freight depot 75 feet wide by 160 long. No other houses will be put upon the depot grounds, but close by, as some point yet to be determined, a coal yard and bunkers for the town trade will be built. On the company's property to the north will be built this year a coach house of 40 by 150 feet, and a round house of 75 feet diameter, with stalls for 36 engines. Other houses will be built, but nothing has yet been done towards them, and they are therefore omitted from this account. In its water front road, wharves, depot, &c., its terminal property—the Seattle, Lake Shore & Eastern Company will spend this year fully $125,000, with the prospect of spending quite as much more in 1888.

The Columbia and Puget Sound Company has built no houses this year, but it has spent over $10,000 in spreading out, increasing its conveniences, entering, improving, and getting ready for greater things by and by. The trade of this company and its associate companies—Puget Sound Shore, Northern Pacific, O. R. & N., Pacific Coast and Oregon Improvement has greatly increased this year, and the necessity for further extensions is felt most urgently. Over twenty miles of new road will probably be put under construction during the current month, and other steps taken to increase its hold upon the business of this rapidly growing city and populous and prosperous county.

## WORKS OF RELIGIOUS DENOMINATIONS.

Territory.

Besides what is detailed in the foregoing, the Sisters have built this year steam laundry, 30 by 40 feet, two stories high, at a cost of $3000. It is handsomely finished, and is furnished with steam machinery, including dryer and wringer, enabling them to dry 140 sheets in 20 minutes. They have also put up a building for wardrobe, carpenter shop, etc., at a cost of $1000, and the will next get a small building of four rooms, in which to keep patients with contagious diseases. The Sister Superior having all this establishment in charge, came here in 1878, and opened the hospital with seven patients, in the old Moss building. The undertaking then, which is now by comparison insignificantly small, appeared as big and as hard to carry as does the mammoth hospital she has now in charge. The growth has been wonderful, and can be accounted for in two ways, viz: by the growth of the town and country, and by the businesslike and excellent management of the Sister Superior herself. She has now eleven Sisters to help her, and must soon have more. She also has ten employees. The hospital has paid its way from the beginning.

The cost of the completed hospital and the other buildings mentioned, will exceed $75,000.

### RESIDENCES.

#### GEORGE KINNEAR.

The largest and most costly dwelling under construction so far this year that of Mr. George Kinnear, on the commanding slope in the extreme north end of the town, which has proved an attractive this season, to the builders of beautiful homes. The slope belongs to Mr. Kinnear, and has been put upon the market as his addition, with the result that where not one house stood three months ago, nine houses are now in course of construction, and twenty completed houses will stand before the 1st of next January. The only comparison with the growth of that end of town is to be found in Denny's Park Addition, where no house stood in January last, but where twelve are now to be found.

Mr. Kinnear's new house will stand near the middle of a block of twelve lots, about half way up the slope, two hundred feet above the level of the sea. Its length will be 78 feet, its width 53 feet 8 inches. A stone basement, divided into laundry, furnace room, coal bin, fruit and vegetable rooms, closets, etc., all finished in the best manner, 7½ feet high, has been put in. On the first floor will be double parlors of 15 by 19 and 15 by 23, a dining room of 15 by 11 library 10 by 15, hall 10 by 35, and kitchen 16 by 17, besides pantries and closets. Sliding doors will connect parlors, dining room and library. Registers and grates will be placed in parlors, dining room and hall. A grand verandah 4 feet wide and 60 feet long will occupy parts of the front and one side, besides which there will be two small other verandahs. Upstairs will be a suite of rooms of 15 by 19 and 15 by 23, and sundry rooms of 15 by 19, 14 by 15 and 9 by 11. There will be back and front stairs

25561