# JA Ex. 222

# URBAN TRAILS PLAN

## King County, Washington



### 1971

000089

000090

URBAN TRAILS PLAN

King County Department of Planning

October, 1971

i

000091

# Foreword

The concern over regional pedestrian circulation and pedestrian access to recreation facilities has stimulated a substantial amount of interest in recent years.  The current emphasis on environmental issues has awakened wide interest in modes of transportation that do not pollute the air.  Adding to this, the concern for physical fitness and for more and better recreation facilities, the demand for walking and riding trails has increased.

In response to these concerns, the 1968 Forward Thrust election allocated $1,271,000 for trails in King County.  Of this amount, $900,000 was apportioned to the area outside the City of Seattle, while $371,000 was to be spent within the City.

The King County Department of Planning was charged with the responsibility of preparing a trail plan for the area outside the City of Seattle.  In July, 1970, a preliminary report was issued by the Department. The various incorporated areas of the County, the state, and neighboring counties, as well as many individuals and groups were asked to review the report and contribute to the formation of an area-wide trail plan.

This completed document represents an addendum of interim comprehensive plan policies and guidelines to be utilized in planning and implementing a trail system in King County.

000092

# Table of Contents

|  | PAGE |
|---|---|
| INTRODUCTION AND BACKGROUND | |
| Scope and Emphasis | 1 |
| Purpose and Goals | 1 |
| Definitions | 2 |
| | |
| KING COUNTY TRAIL PLAN | |
| Policies of Trail Planning | 4 |
| Criteria for Evaluation | 7 |
| Plan Map | 9 |
| | |
| IMPLEMENTATION OF THE PLAN | |
| Establishing Priorities | 57 |
| Citizen Involvement and Responsibilities | 59 |
| Funding | 60 |
| Acquisition of Rights-of-way | 60 |
| Construction and Development | 67 |
| Programming Trail Development | 71 |
| Operation and Maintenance | 71 |
| | |
| REFERENCES | 76 |
| | |
| TRAIL PLANNING ORGANIZATIONS AND AGENCIES | 78 |
| | |
| APPENDICES | |
| A.   Demand | A1 |
| B.   Priority Rating Schedule | B1 |
| C.   State and Federal Guidelines | C1 |
| D.   State Application Criteria | D1 |
| E.   Trail Route Descriptions | E1 |
| F.   General Trail Guidelines, U. S. Forest Service | F1 |

iii

000094

# Introduction and Background

## Scope and Emphasis of the King County Trail Plan

King County is a highly urbanized county containing over one-third of the population of the entire State of Washington. Most of the inhabitants are concentrated into the western one-third of the County. These inhabitants are primarily urban-oriented with relatively few agricultural and rural families in the suburban fringe areas.

With this urban character the most appropriate approach to trail planning is with an emphasis on urban trail objectives. The majority of trails will be planned to serve urban neighborhoods and provide non-motorized access to nearby recreation and scenic areas as well as local urban activities. Motorized vehicles, including trail bikes and four-wheel-drive vehicles, will not be permitted on the proposed urban routes. These trail uses would not be compatible with residential neighborhoods in an urban area. The need for facilities to accommodate these users is, however, recognized and some provision will be made for them in locations separate from the main system.

Existing demand data will be used as a guide to determine the uses emphasized in the design of the various trail types in the system. Available data indicates that about two-thirds of the trails should be constructed for walking or hiking, about one-fifth for bicycles and the remaining one-seventh for other uses such as horseback riding. Appendix A contains these data and the emphasis thereby derived.

## Purpose and Goals

A detailed plan and program is necessary as a guideline for the establishment of a viable system of trails in the County. Expenditure of public money requires careful explication of the various planning considerations involved.

The basic goals of the trail plan include the following:

1. To provide a healthful leisure time activity for County residents.

2. To provide non-motorized access to and among recreation resources, and other facilities or special use areas of the County.

3. To provide the opportunity for the enjoyment of scenic amenities in the County.

4. To complement the County-wide transportation system by providing facilities for hikers and riders.

1

5. To meet the high demand for trail use by residents of the County.

6. To provide for a mode of transportation that will not create environmental pollution.

Definitions.

To help clarify the plan and understand its intent, several terms will be defined and related to trail planning.

1. <u>Trail</u>. A trail is a deliberate man-made pathway designed for use by pedestrians, bicyclists, horsemen and other off-highway users.

2. <u>Trail Function</u>. Trails perform both a transportation function and a recreation function. As transportation routes, trails serve urban activities such as schools, shopping areas and churches. Commuters can also use trails to get to work. As recreation routes, trails provide access to recreation or scenic areas in addition to being a form of recreation.

3. <u>Urban Trail</u>. Urban trails traverse highly populated areas connecting urban activities and providing access to nearby recreation areas. They serve both a transportation function and a recreation function for urban residents.

4. <u>Trail Types</u>. Trails can be categorized in two ways. The first is by type of trail user; the second is by the nature of the trail itself. In the first case, the trail types include pedestrian, bicycle, horse and boats or canoes. An even more explicit division can be drawn between types of pedestrians, such as tiny children and the handicapped.

In the second case a trail can be designed to perform an educational, scenic or multiple use function. This could include access to and interpretation of, points of interest, geology, trees, flowers, soils, animal homes, wilderness, swamp life, the history of man or other topics of special interest or concern to certain individuals or groups.

A complete trail system will allocate appropriate space to each user group as well as include segments of trail devoted to as wide a variety of interests as feasible.

5. <u>Scale</u>. The length and capacity of trails within a system may vary widely. Urban trails may connect points that are relatively close, whereas regional and wilderness trails may extend many miles. Various scales are required

2

000096

to provide an overall system of trails throughout an area.

The capacity of the trail should be higher in areas subject to massive use whereas more remote and less intensively used trails can be designed to accommodate fewer people.  The capacity and length of each trail will be determined by the type of use, the character of the area it will traverse, and the objective of the trail.

6.   <u>Trail System</u>.  An interconnecting, harmonious combination of trail types and scales produces a trail system.  A variety of recreation areas, parks, facilities and other attractions are served by these trails and are an integral part of the trail system.

A well-designed trail system is one factor in the overall development of recreation resources within an area.  These trails also serve those urban activities which require pedestrian access, such as shopping places, schools, and churches.  To this extent the trail system complements the transportation system.

3

000097

# Policies of Trail Planning

The trail plan will be presented in three parts:  1. Policies for trail designation and development; 2. Criteria for evaluation of specific trail corridors; and 3. The plan map designating a proposed system of trails in King County.

Policies of Trail Planning

An important factor in the development of the trail plan is a list of guidelines or policies that are to be followed in evaluating and implementing route selections.  These policies define considerations that should be made in: 1) Initailly drawing the plan map, 2) Making future additions to the system, and 3) Reviewing other plans or proposals for compatibility with trails.

The following statements are presented as County policy.  They are grouped into categories which relate to trail location, system considerations, standards and design, planning coordination, and feasibility.

## Location

1   Trails should be related to population centers.  They should be in proximity to the demand.

2   Trails should be related to recreation resources.  They should connect parks, playgrounds, open space and other recreation resources.

3   Trails should be related to urban activities.  Trails perform a transportation function and should connect and serve schools, shopping areas, entertainment facilities, and churches as well as provide access to places of work.

4

4   Trails should traverse areas of natural beauty or special
    interest.  Natural areas such as stream banks or greenbelts
    should be followed where feasible.  Points of historic in-
    terest, spectacular views, or other scenic attractions
    should be scheduled along trail routes when possible.

## System

5   Trails should be planned as a system.  Each trail proposal
    should be an element of an overall system plan.

6   Trails should be planned to interconnect or form loops of
    reasonable length.  No trail should dead-end unless unique
    circumstances exist.  The user should, wherever feasible,
    have the opportunity to return to the point of beginning
    by a different route.

7   The trail system should be integrated with the sidewalk
    systems of the neighborhoods through which it passes.

## Standards and Design

8   Rest stops and transfer points (auto parking) should be pro-
    vided at strategic locations to facilitate access to trails
    and provide user convenience.  Rest stops should be spaced
    1 to 2 miles in urban areas and 2 to 5 miles in rural areas.
    Transfer points should be provided at 1 mile intervals in
    urban areas and 5 to 10 mile intervals in rural areas.

9   Trails should be designed to meet a wide range of user needs.
    Educational (interpretive) trails, transportation, and nat-
    ural trails, as well as those designed for special uses such

5

as bicycles, horses, canoes, or the handicapped should be provided within the system.

10   Trail capacity should be designed to accommodate the intensity of use anticipated.

11   Amenities should be preserved along trail corridors.  Permanent methods should be sought to assure lasting beauty.

12   Trails should follow but not be restricted to minimum construction standards.  (See Table 7)

13   Various uses are not always compatible on the same trail section.  Separate lanes should be provided for incompatible functions in areas of intensive use.

14   Trails that serve or provide access to recreation areas should not interfere with other recreation activities of the area.

## Coordination

15   Trails should be planned in cooperation with local governments and local residents.

16   Designated trail corridors shall be considered in all subdivision approvals.

17   Designated trail corridors shall be considered in all roadway planning and design.

18   Trails should be planned in cooperation with State and Federal governmental agencies.

6

## Feasibility

19    Some trail uses, such as horseback riding, are not com-
patible with highly urbanized areas.  Uses which create
a nuisance or safety problem in an area should not be
located in that area.

20    Trail rights-of-way should take advantage of corridors
that are available or create a minimum of community dis-
turbance.  As an example, railroad, pipeline, powerline
or street rights-of-way may be followed where alternatives,
even though more aesthetic, are disruptive to the area or
for other reasons are not feasible.

### Criteria for Evaluation

The County policy statements presented above represent general guide-
lines for trail location and development.  To locate and evaluate indi-
vidual routes, more specific guidelines are necessary.  These guide-
lines must adhere to planning policies as well as reflect efficiency,
commitments, urgency and feasibility factors.  The following is a list
of 10 criteria developed from the policy statements.  From these more
specific guidelines a trail system can be selected and evaluated.

1.    Coordination with local plans.  The trail should represent
local interests in terms of location and trail uses.  Both
locally adopted plans and unofficial community planning work
are important considerations in trail location and design.

2.    Access to population.  The trail should serve a maximum num-
ber of persons.  The population within walking distance of ac-
cess points is the major factor with some consideration being
given to areas easily accessible by auto but within relatively
short distances to highly urban areas (i.e., several miles).

3.    Access to recreation resources.  Trails should provide pedes-
trian and non-motorized access to parks and open space.  The
number and character of parks and open space areas connected
or served by a trail is one measure of the trail's success.

7

4.  <u>Access to urban activities</u>.   Trails should provide access
    to urban activities such as schools, churches, amusements
    and shopping areas.   The transportation function of the
    trail is measured by its ability to comply with this cri-
    terion.

5.  <u>Interconnecting system</u>.   The opportunity to return to
    the point of beginning over different routes adds to the
    quality of the trail system.   In addition, ease of access
    to any trail from other locations in the system is desir-
    able.   To achieve these ends, an interconnecting web of
    trails is necessary.   A series of short-to-long loop trips
    would greatly enhance the system.   Each route should be
    evaluated for these connections and loop potentials.

6.  <u>Aesthetics and interest</u>.   One of the functions of the trail
    system is to provide access to scenic areas or points of
    interest.   Educational features, scenic views, historic
    points, and other areas of unique or special interest
    should be strategically located on the trails within the
    system.   The number and importance of these attractions
    should be evaluated for each route.

7.  <u>Multiple-use of the trail corridor</u>.   Many trail corridors
    offer the opportunity to accommodate two or more user-types
    (i.e., walking, cycling and horseback riding).   These
    multiple-use corridors allow a more intensive and varied
    use of the route.   From an efficiency standpoint, this
    potential should be viewed as a positive feature in trail
    evaluation.

8.  <u>Prior activities</u>.   In some cases, prior planning and
    specific commitments (monetary or otherwise) have been made
    on routes or segments of a route.   These commitments should
    be considered in the overall route evaluation.

9.  <u>Feasibility</u>.   Perhaps the most significant consideration
    in the success of a trail system is the feasibility of
    completing each route.   Within funding restraints, this
    factor often determines which alternatives are selected.
    Feasibility depends upon such items as cost of acquisition,
    cost of construction, and popularity of the route both lo-
    cally and County-wide.

10. <u>Urgency of acquisition</u>.   A final consideration that should
    be made concerns timing.   In some instances conditions exist
    that make acquisition of rights-of-way critical to the
    success of the trail.   In urban areas, for example, the
    availability of a given parcel may be temporary.   If
    action is not taken immediately the trail concept may be
    infeasible.

8

000102

King County Trail Plan Map

The following map series indicates the proposed County trail system. Appendix B contains a detailed description of each route. Refer to the trail numbers on the map which correspond to the numbers in the appendix. Table 1 lists the major trail corridors, location and length.

Extensive coordination with, and input from, local groups and jurisdictions preceded the finalization of this map series. The locations shown reflect locally adopted or recommended plans as well as trails recommended by local citizens and groups. (A list of local groups and public agencies can be found on pages 56, 57 & 58.)

Many of the proposed routes must undergo more intensive field analysis and discussion with residents and property owners before implementation can proceed. In some cases the routes indicated on the map may have to be abandoned or alternatives sought. The proposed system attempts to follow planning policies and criteria as closely as possible.

9

000103

TABLE 1

MAJOR TRAIL CORRIDORS

| TRAIL NO: | TRAIL NAME & GEOGRAPHIC LOCATION | APPROXIMATE LENGTH IN MILES |
|---|---|---|
| 1 | Seattle to Cascade Crest | 61 Total |
| 1A | Seattle-Marymoor Park | 15 |
| 1B | Marymoor Park-Snoqualmie Falls | 20 |
| 1C | Snoqualmie Falls-Cascade Crest | 26 |
| 2 | Duwamish, Green, Cedar Rivers Loop | 69 Total |
| 2A | Duwamish River (East Marginal Way-Black River) | 3 |
| 2B | Lower Green River (Black River Junction to Big Soos Creek) | 20 |
| 2C | Upper Green River (Big Soos Creek to Kanasket) | 19 |
| 2D | Ravensdale Route (Between Green & Cedar Rivers) | 5 |
| 2E | Upper Cedar River (Landsburg to Maple Valley) | 6 |
| 2F | Lower Cedar River (Maple Valley to Renton) | 13 |
| 2G | Renton to Tukwila (Black River Channel Area) | 3 |
| 3 | Puget Sound | 44 Total |
| 3A | Richmond Beach (Snohomish County Line to Seattle Boundary) | 4 |
| 3B | Seattle Section-North (City Line to Magnolia) | 10 |
| 3C | Seattle Section-South (Pigeon Point to Seola Beach) | 10 |
| 3D | Marine View Drive Section (Seola Beach-Dash Point) | 20 |
| 4 | Sammamish River | 13 |
| 5 | Lake Sammamish Loop | 20 |
| 6 | Lake Washington Loop | 51 Total |
| 6A | Seattle Section-North (Burlington Northern Railroad Route) | 8 |
| 6B | Seattle Section-South (University of Washington to Rainier Beach) | 12 |
| 6C | Renton Section (Rainier Beach to Mercer Slough) | 8 |
| 6D | Bellevue-Juanita Section (Mercer Slough to Juanita Beach Park) | 13 |
| 6E | Juanita-Kenmore Section (Juanita Beach Park to Seattle City Line) | 10 |
| 7 | Snoqualmie River | 22 |
| 8 | Big Soos Creek | 18 |
| 9 | White River | 24 |

10

TABLE 1 (Continued)

| TRAIL NO: | TRAIL NAME & GEOGRAPHIC LOCATION | APPROXIMATE LENGTH IN MILES |
|---|---|---|
| 10 | Green Valley Bluff | 14 |
| 11 | Cascade Foothills (Enumclaw Area) | 15 |
| 12 | May Creek-Cougar Mountain | 11 |
| 13 | Vashon Island Loop | 32 |
| 14 | Covington-Fall City | 25 Total |
| 14A | Covington-Maple Valley | 7 |
| 14B | Maple Valley-Fall City | 18 |
| 15 | Bothell-Duvall (Tolt Pipeline) | 11 |
| 16 | Renton-Woodinville | 23 |
| 17 | Issaquah Valley | 12 |
| 18 | Renton-Patterson Creek | 15 |
| 19 | Shoreline Lakes Loop | 11 |
| 20 | Tolt River-Stossel Creek | 14 |
| 21 | Shoreline Area | 8 |
| 22 | Duwamish Ridge | 6 |
| 23 | Swamp Creek | 2 |
| 24 | Kirkland-Bear Creek | 8 |
| 25 | Bear Creek | 7 |
| 26 | Juanita-Norway Hill | 5 |
| 27 | Wilburton-Phantom Lake | 4 |
| 28 | Ames Lake-Tolt Hill | 3 |
| 29 | Miller Creek-Riverton | 6 |
| 30 | Des Moines-Angle Lake | 5 |
| 31 | Kent-Saltwater Park | 3 |
| 32 | Auburn-Redondo | 8 |

11

TABLE (Continued)

| TRAIL NO: | TRAIL NAME & GEOGRAPHIC LOCATION | APPROXIMATE LENGTH IN MILES |
|-----------|----------------------------------|------------------------------|
| 33 | Kent-Renton | 9 |
| 34 | Benson Hill | 4 |
| 35 | Shorewood-Duwamish | 6 |
| 37 | Lakota-Tacoma | 5 |
| 38 | Houghton | 2 |
| 39 | Lake Kathleen | 3 |
| 40 | Muckleshoot | 1 |
| 41 | Coal Creek | 5 |
| 42 | Beacon Ridge | 11 |
| | Total | 621 |

12

000106



URBAN  TRAILS  PLAN

MAP NUMBER          6
MAJOR TRAILS    ••••••
CITIES

INDEX

MAP

Prepared by  King  County  Department of Planning

000107



