IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WARREN BERES, et al.,  ) | |
| ) | Nos. 03-785L, 04-1456L, 04-1457L, 04- |
| ) | 1458L, 04-1459L, 04-1463L, 04-1465L, |
| Plaintiffs,  ) | 04-1466L, 04-1467L, 04-1468L, 04-1469L, |
| ) | 04-1471L, 04-1472L, 04-1473L, 04-1474L |
| v.  ) | |
| ) | |
| UNITED STATES,  ) | The Honorable Marian Blank Horn |
| ) | |
| Defendant.  ) | |
| _____) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' BRIEF UP TO 64 PAGES, IN EXCESS OF THE PAGE LIMITATION, AND TO WITHDRAW PLAINTIFFS' MOTION (DOC. 113) FILED 06/30/2011**

Plaintiffs request that the allowance of pages for Plaintiffs' opening cross-motion for summary judgment on the issue of liability, *see* RCFC 5.4, filed contemporaneously herewith be enlarged from **50 pages to up to 64 pages.** Plaintiffs additionally move to withdraw the motion they filed yesterday, requesting up to 70 pages (Doc. 113), as they require fewer pages than originally requested. Defendant does not oppose this motion.

As explained yesterday, and as the Court knows, there are some seventy-six properties at issue in this case, where over a hundred plaintiffs have had their actions consolidated before the Court. Therefore, in Plaintiffs' cross-motion, there are three independent types of issues before the Court—liability pursuant to the 1875 Act easements, to the private grants of easements, and to the prescriptive easements. These three issues require separate analysis, in addition to providing the Court with the overview of controlling and relevant authority concerning Trails Act takings jurisprudence. By way of comparison, in briefing the issue of liability concerning the

1875 Act easements alone for one property in the *Ellamae Phillips Co. v. United States*, No. 04-1544L (Fed. Cl.) (Baskir, J.), Plaintiffs filed a 52-page cross-motion brief and a 21-page reply. Further, the issues material to liability are complex, and Defendant has presented arguments that presumably are intended to preserve issues for any appeal in the event it shall choose to seek review here. Accordingly, Plaintiffs seek this leave in order to thoroughly apprise the Court of the authority on point—which is extensive—and to refute certain arguments presented by Defendant.

For these reasons, and while they have endeavored to keep their analysis as succinct as possible, Plaintiffs were unable to keep their page count under 50, and therefore seek leave to file up to 64 pages in their cross-motion for summary judgment. As such, they also seek leave to withdraw (and/or move to strike) their first motion, filed yesterday, June 30 (Doc. 113).

For the foregoing reasons, Plaintiffs respectfully request the Court grant this motion.

Respectfully submitted this 1st day of July, 2011.

ACKERSON KAUFFMAN FEX, PC

/s/ CECILIA FEX
Cecilia Fex
Ackerson Kauffman Fex, P.C.
1701 K Street, NW, Suite 1050
Washington, DC 20006
Phone: (202) 833-8833
Fax: (202) 833-8831

*Attorney of Record for the following consolidated Plaintiffs:*

*Brown, et al.*
*Collins, et al.*
*Estate of Pearl Welch, et al.*
*Waverly Hills Club, et al.*

GROEN STEPHENS & KINGE LLP

/s/ John M. Groen
John M. Groen
Groen Stephens & Klinge LLP
11100 NE 8th Street, Suite 750B
Bellevue, WA 98004
Phone: (425) 453-6206

*Attorney of Record for the following Consolidated Plaintiffs:*

*Beres, et al.; Ritzen, et al.; Morel, et al.; Klein, et al.; Chamberlin, et al.; Nelson, et al.; Lane; Peterson, et al.; Schroeder, et al.; Manning, et al.; and Spencer, et al.*

## CERTIFICATE OF SERVICE

The undersigned attorney states that on July 1, 2011, a true and accurate copy of the foregoing motion was served upon the following parties by electronic service by way of the Court ECF Filing System.

Bruce K. Trauben
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street, NW, Rm. 3126
Washington, D.C. 20004
Telephone: (202) 305-0238
Facsimile: (202) 305-0506
Email: bruce.trauben@usdoj.gov

Andrea Carol Ferster
Rails-to-Trails Conservancy
1100 17th Street, NW, 10th Floor
Washington, DC 20036
Telephone: (202) 974-5142
Email: aferster@railstotrails.org

/s/ Cecilia Fex
Cecilia Fex