**Beres v. United States, No. 03-785L and Consolidated Cases**

**Plaintiffs' Supplement to the Joint Appendix, Vol. VI**

| Pls.' Ex. No. | Begin Bates | End Bates | Description |
|---|---|---|---|
| 226 | 000156 | 000181 | Cash Entry File of John Anderson from Seattle, WA Land Office |
| 227 | 000182 | 000182 | Land Patent to John Anderson (Aug. 24, 1891) |
| 228 | 000183 | 000183 | Land Patent to William H. Cowie (Jan. 11, 1892) |
| 229 | 000184 | 000191 | The Burlington Northern and Santa Fe Railway Company—Abandonment Exemption—In King County, WA in the Matter of an Offer of Financial Assistance, 3 S.T.B. 634, 1998 WL 452837 |
| 230 | 000192 | 000192 | East Lake Sammamish News Release (2011) |
| 231 | 000193 | 000194 | King County Regional Trails Map (2008) (Excerpts) |
| 232 | 000195 | 000195 | East Lake Sammamish Trail Website (2011) |
| 233 | 000196 | 000196 | East Lake Sammamish Trail Frequently Asked Questions (2008) |
| 234 | 000197 | 000198 | The Right of Way Act of March 3, 1875, ch. 152, 18 Stat. 492 |
| 235 | 000199 | 000200 | PAUL W. GATES, HISTORY OF PUBLIC LAND LAW DEVELOPMENT (Pub. Land Law Rev. Comm'n 1968) (Excerpt) |
| 236 | 000201 | 000203 | 43 C.F.R. § 2842(a) (1909) |
| 237 | 000204 | 000205 | 43 C.F.R. § 243.2 (1938) |
| 238 | 000206 | 000208 | 43 C.F.R. § 2842 (1976) |
| 239 | 000209 | 000211 | Table of Excerpted *Hash* Arguments |

| Pls.' Ex. No. | Begin Bates | End Bates | Description |
|---|---|---|---|
| 240 | 000212 | 000213 | Regulations Concerning Right-of-Way Railroads, 27 Pub. Lands Dec. 663 (Nov. 4, 1898) (Excerpt) |
| 241 | 000214 | 000216 | Regulations Concerning Railroad Right of Way Over the Public Lands, 32 Pub. Lands Dec. 481 (Feb. 11, 1904) (Excerpts) |
| 242 | 000217 | 000219 | Brief for Appellants, Lawson v. State, 730 P.2d 1308 (Wash. 1986) (No. 51953-6) (Excerpts) |
| 243 | 000220 | 000225 | NANCY WAY, OUR TOWN REDMOND (1989) (Excerpts) |
| 244 | 000226 | 000227 | A HIDDEN PAST: AN EXPLORATION OF EASTSIDE HISTORY (The Seattle Times Co. 2003) (Excerpt) |