IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BERES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 03-785L, and Consolidated Cases |
| ) | The Honorable Marian Blank Horn |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

# Joint Appendix (Amended)

# Vol. V

**Beres v. United States, No. 03-785L and Consolidated Cases**

**Index to Joint Appendix (Amended), Vol. V**

| JA Ex. No. | Begin Bates | End Bates | Description |
|---|---|---|---|
| 205 | 000001 | 000001 | Certification of construction of SL&E Ry. Eastern Branch |
| 206 | 000002 | 000006 | Transcription and copy of Right of Way Deed: Louis Tahalthkut to SLS & E Ry. Co. |
| 207 | 000007 | 000013 | Transcription and copy of Right of Way Deed: Bill Hilchkanum to SLS & E Ry. Co. |
| 208 | 000014 | 000019 | Transcription and copy of Right of Way Deed: George Davis to SLS & E Ry. Co. |
| 209 | 000020 | 000024 | Transcription and copy of Right of Way Deed: Bill Sbedzuse to SLS & E Ry. Co. |
| 210 | 000025 | 000029 | Transcription and copy of Right of Way Deed: Jim Yonderpump to SLS & E Ry. Co. |
| 211 | 000030 | 000034 | Transcription and copy of Right of Way Deed: Alfred Palmberg to SLS & E Ry. Co. |
| 212 | 000035 | 000040 | Transcription and copy of Quit Claim Deed: J.D. Reeves to N.P. Ry. Co. |
| 213 | 000041 | 000044 | Seattle Post-Intelligencer (PI), January 22, 1887 story re: Railroad Avenue in Seattle |
| 214 | 000045 | 000048 | Seattle PI, February 8, 1887 story on report to Chamber of Commerce |
| 215 | 000049 | 000051 | Seattle PI, May 10, 1887: real estate transactions |
| 216 | 000052 | 000052 | Seattle PI, May 13, 1887 story re: SLS & E Ry. |
| 217 | 000053 | 000054 | Seattle PI, May 15, 1887: real estate transactions |

| JA Ex. No. | Begin Bates | End Bates | Description |
|---|---|---|---|
| 218 | 000055 | 000055 | Seattle PI, June 2, 1887: real estate transactions |
| 219 | 000056 | 000057 | Seattle PI, June 14, 1887: real estate transactions |
| 220 | 000058 | 000060 | Seattle PI, July 3, 1887 story re: SLS & E Ry. |
| 221 | 000061 | 000088 | Argument asserted by U.S. in *Great Northern Railway Co. v. United States*, 315 U.S. 262 (1942) |
| 222 | 000089 | 000109 | 1971 Urban Trails Plan, King County, Washington (excerpt) |
| 223 | 000110 | 000114 | Notices of Interim Trail Use: September 18, 1998 & March 31, 2000 |
| 224 | 000115 | 000115 | Sept. 29, 1998 Letter from Charles H. Montange to Hon. Vernon Williams, STB |
| 225 | 000116 | 000155 | 2004 Regional Trail Inventory and Implementation Guidelines, King County, Washington (excerpt) |
| 226 | 000156 | 000181 | Cash Entry of John Anderson from Seattle, WA Land Office |
| 227 | 000182 | 000182 | Land Patent to John Anderson (Aug. 24, 1891) |
| 228 | 000183 | 000183 | Land Patent to William H. Cowie (Jan. 11, 1892) |
| 229 | 000184 | 000191 | The Burlington Northern and Santa Fe Railway Company—Abandonment Exemption—In King County, WA in the Matter of an Offer of Financial Assistance, 3 S.T.B. 634, 1998 WL 452837 (Aug. 4, 1998) |
| 230 | 000192 | 000192 | East Lake Sammamish News Release (2011) |

| JA Ex. No. | Begin Bates | End Bates | Description |
|---|---|---|---|
| 231 | 000193 | 000194 | King County Regional Trails Map (2008) (Excerpts) |
| 232 | 000195 | 000195 | East Lake Sammamish Trail Website (2011) |
| 233 | 000196 | 000196 | East Lake Sammamish Trail Frequently Asked Questions (2008) |
| 234 | 000197 | 000198 | The Right of Way Act of March 3, 1875, ch. 152, 18 Stat. 492 |
| 235 | 000199 | 000200 | Paul W. Gates, History of Public Land Law Development (Pub. Land Law Rev. Comm'n 1968) (Excerpt) |
| 236 | 000201 | 000203 | 43 C.F.R. § 2842(a) (1909) |
| 237 | 000204 | 000205 | 43 C.F.R. § 243.2 (1938) |
| 238 | 000206 | 000208 | 43 C.F.R. § 2842 (1976) |
| 239 | 000209 | 000212 | Table of Excerpted Hash Arguments |
| 240 | 000213 | 000214 | Regulations Concerning Right-of-Way Railroads, 27 Pub. Lands Dec. 663 (Nov. 4, 1898) |
| 241 | 000215 | 000217 | Regulations Concerning Railroad Right of Way Over the Public Lands, 32 Pub. Lands Dec. 481 (Feb. 11, 1904) |
| 242 | 000218 | 000225 | Declaration of Richard Welsh, dated July 15, 2011 (with two exhibits) |
| 243 | 000226 | 000231 | Nancy Way, Our Town Redmond (1989) (Excerpts) |
| 244 | 000232 | 000233 | A Hidden Past: An Exploration of Eastside History (The Seattle Times Co. 2003) (Excerpt) |
| 245 | 000234 | 000251 | Offer of Financial Assistance, filed June 2, 1998, by the Redmond-Issaquah Railroad |

iv

| JA Ex. No. | Begin Bates | End Bates | Description |
|---|---|---|---|
|  |  |  | Preservation Association (RIRPA), in Surface Transp. Bd., Burlington Northern and Santa Fe Ry. Co. Abandon. Exempt., King Co. WA, STB Docket No. AB-6 (Sub-No. 380X). |
| 246 | 000252 | 000253 | Urgent Newsletter, East Sammamish Property Owners Association, June 28, 1997 |