IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WARREN BERES, *et al.*,<br><br>                    Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                    Defendant. | Nos. 03-785L, as Related to SCHROEDER (No. 04-1456L), CHAMBERLIN (No. 04-1457L), KLEIN (No. 04-1458L), PETERSON (No. 04-1459L), SPENCER (No. 04-1463L), NELSON (No. 04-1465L), MANNING (No. 04-1466L), LANE (No. 04-1468L), and COLLINS (No. 04-1472L).<br><br>Honorable Marian Blank Horn |

**STIPULATION OF DISMISSAL**
**OF CERTAIN PLAINTIFFS PURSUANT TO RCFC 41**

Plaintiffs JEFFREY SHEEHAN, SANDRA SHEEHAN, STEVEN ROBERTS, and SUSAN ROBERTS; Defendant, UNITED STATES OF AMERICA; and their attorneys of record stipulate and agree as follows:

The Court will DISMISS WITH PREJUDICE said Plaintiffs' claims against Defendant in the above-entitled action pursuant to RCFC 41(a)(1)(A)(ii). All parties will bear their own costs. This dismissal shall not affect any other party or claim in this or any other action. These specific plaintiffs are part of Case No. 04-1457L (Chamberlin).

////

////

////

////

////

1

RESPECFULLY SUBMITTED this 21ST day of July, 2012.

By: _____
John M. Groen
Groen Stephens & Klinge LLP
11100 NE 8th Street, Suite 750
Bellevue, WA 98004
Telephone: (425) 453-6206
Fax: (425) 453-6224

Attorneys for Plaintiffs

By: _____
Bruce K. Trauben
Natural Resources Section
Environment & Natural Res. Division
U.S. Department of Justice
601 D Street NW, Room 3607
PO Box 663
Washington, DC 20044-0663
Telephone: (202) 305-0238
Fax: (202) 305-0267

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED, this _____ day of _____, 2012.

_____
Marian Blank Horn
Judge