## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WARREN BERES and VICKI BERES, <u>et al.</u>,** | ) ) ) | |
| **Plaintiffs,** | ) ) | Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, |
| **v.** | ) ) | 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L |
| **UNITED STATES,** | ) ) | Hon. Marian Blank Horn |
| **Defendant.** | ) ) ) | |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Order dated February 12, 2013 (Doc. No. 145), Plaintiffs and Defendant hereby submit this Joint Status Report, and state as follows:

1.      The parties are pleased to report to the Court that they have met and conferred and that all parties agree that these consolidated actions are ripe for resolution without further litigation.

2.      Accordingly, the parties propose reporting to the Court approximately every three months regarding their progress made toward a final resolution of these consolidated actions, and identifying their goals for the forthcoming quarter.

3.      During the next quarter, the parties intend to:

(a) select and retain under contract an appraiser or appraisers, either jointly or for each side (the parties will first attempt to retain an agreed-upon "joint appraiser," but will opt to retain separate appraisers if they cannot reach an agreement within a reasonable amount of time);

(b) provide written instructions to the appraiser(s);

(c) provide necessary background documents to the appraiser(s), such as deeds

and maps; and

    (d) if necessary, jointly retain a mapping company that can locate and depict each

parcel at issue relative to the right-of-way.

    4.  The parties propose that they submit their next joint status report on or before

Thursday, June 20, 2013.

    Although filed by counsel for the United States, this Joint Status Report has been

reviewed and approved for filing by Plaintiffs' counsel.

    Respectfully Submitted,

ACKERSON KAUFFMAN FEX, PC

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/ *Cecilia Fex* (by BKT w/permission)
Cecilia Fex
Ackerson Kauffman Fex, P.C.
1701 K Street, NW, Suite 1050
Washington, D. C. 20006
Phone: (202) 833-8833
Fax: (202) 833-8831
e-mail: fex@ackersonlaw.com
*Attorney of Record for the following*
*consolidated Plaintiffs:*
*Brown, et al.*
*Collins, et al.*
*Estate of Pearl Welch, et al.*
*Waverly Hills Club, et al.*
GROEN STEPHENS & KINGE LLP

/s/ *Bruce K. Trauben*
Bruce K. Trauben
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
601 D Street, NW, Rm. 3126
Washington, D.C. 20004
Tel.: (202) 305-0238
Fax: (202) 305-0506
e-mail: bruce.trauben@usdoj.gov
*Attorneys for Defendant, The United States of*
*America*

/s/ *John M. Groen* (by BKT w/permission)
John M. Groen
Groen Stephens & Klinge LLP
11100 NE 8th Street, Suite 750B
Bellevue, WA 98004
Phone: (425) 453-6206
e-mail: groen@GSKlegal.pro

*Attorney of Record for the following*
*Consolidated Plaintiffs:*
*Beres, et al.; Ritzen, et al.; Morel, et al.;*
*Klein, et al.; Chamberlin, et al.; Nelson, et al.;*
*Lane; Peterson, et al.; Schroeder, et al.;*
*Manning, et al.; and Spencer, et al.*

Dated: March 20, 2013