### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WARREN BERES and VICKI BERES, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L |
| v. | ) ) | |
| **UNITED STATES,** | ) ) | Hon. Marian Blank Horn |
| Defendant. | ) ) ) | |

### JOINT STATUS REPORT

Pursuant to the Court's Order dated December 19, 2014 (ECF No. 160), directing the parties to file a joint status report by Thursday, March 19, 2014, "including the status of any outstanding factual and legal issues." Order 1 (ECF No. 160). Plaintiffs and Defendant hereby submit this Joint Status Report, and state as follows:

In their last report filed on December 12, 2014 (ECF No. 159), counsel informed the Court that they were working to resolve issues involving the ownership of the right-of-way corridor—namely, whether ownership for some plaintiffs on the corridor extended to the center-line or embraced the full width. The parties reported that "[t]he United States had initiated title searches that hopefully will help the parties resolve the issues . . . ." The title searches recently were completed, and counsel for the United States soon will be providing its analysis of those reports to Plaintiffs' counsel.

While this issue will need to be resolved, the joint appraiser, Mr. Gibbons, is continuing to work on his valuations of all of the parcels, and for those parcels where there is a dispute as to

the width, he is proceeding with valuations using both scenarios, *i.e.*, ownership to the centerline and ownership of the entire width.

Additionally, the appraiser reports that he has completed most of the historic research on comparable sales, and he has completed generalized assessments of the value of each property. The appraiser is in the process of reviewing those preliminary assessments of value, and has completed a draft report that he expects to soon forward to counsel for review.

The parties remain committed to the settlement process, and propose that they submit their next joint status report on or before Friday, June 19, 2015.  If the parties reach an impasse, however, they will not hesitate to contact the Court for guidance or to set a briefing schedule.

Although filed by counsel for the United States, this Joint Status Report has been reviewed and approved for filing by Plaintiffs' counsel.

Respectfully submitted this 19th day of March, 2015,

| | |
|---|---|
| ACKERSON KAUFFMAN FEX, PC | JOHN C. CRUDEN<br>Assistant Attorney General |
| /s/ *Cecilia Fex*  (by bkt w/permission)<br>Cecilia Fex<br>Ackerson Kauffman Fex, P.C.<br>1701 K Street, NW, Suite 1050<br>Washington, D. C. 20006<br>Phone: (202) 833-8833<br>Fax:    (202) 833-8831<br>e-mail: fex@ackersonlaw.com<br>*Attorney of Record for the following*<br>*consolidated Plaintiffs:*<br>*Brown, et al.*<br>*Collins, et al.*<br>*Estate of Pearl Welch, et al.*<br>*Waverly Hills Club, et al.* | /s/   *Bruce Trauben*<br>Bruce K. Trauben<br>Trial Attorney<br>Natural Resources Section<br>Environment & Natural Resources Division<br>U.S. Department of Justice<br>601 D Street, NW, Rm. 3126<br>Washington, D.C. 20004<br>Tel.: (202) 305-0238<br>Fax:  (202) 305-0506<br>e-mail: bruce.trauben@usdoj.gov<br>*Attorneys for Defendant, The United States* |

STEPHENS & KLINGE LLP


/s/  Richard Stephens  (by bkt w/permission)
Richard M. Stephens
Stephens & Klinge LLP
11100 NE 8th Street, Suite 750B
Bellevue, WA 98004
Phone: (425) 453-6206
e-mail: Stephens@sklegal.pro
*Attorney of Record for the following*
*Consolidated Plaintiffs:*
*Beres, et al.; Ritzen, et al.; Morel, et al.;*
*Klein, et al.; Chamberlin, et al.; Nelson, et*
*al.; Lane; Peterson, et al.; Schroeder, et al.;*
*Manning, et al.; and Spencer, et al.*