## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WARREN BERES and VICKI BERES, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L |
| **v.** | ) ) | |
| **UNITED STATES,** | ) ) | Hon. Marian Blank Horn |
| **Defendant.** | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated March 23, 2015 (ECF No. 166), directing the parties to file a joint status report by Friday, June 19, 2015, "including the status of any outstanding factual and legal issues." Order 1 (ECF No. 166). Plaintiffs and Defendant hereby submit this Joint Status Report, and state as follows:

In their last report filed on March 19, 2015 (ECF No. 165), counsel informed the Court that they were working to resolve issues involving the ownership of the right-of-way corridor— namely, whether ownership for some plaintiffs on the corridor extended to the center-line or embraced the full width. The parties reported that "title searches recently were completed, and counsel for the United States soon will be providing its analysis of those reports to Plaintiffs' counsel." Joint Status Rep. 1, filed Mar. 19, 2015 (ECF No. 165). During this past quarter, counsel for the United States provided analyses of those title reports to Plaintiffs' counsel. Counsel for certain plaintiffs has responded to those analyses, and the United States soon will reply.

Case 1:03-cv-00785-MBH   Document 167   Filed 06/19/15   Page 2 of 3

The parties reported on March 19, 2015 that their joint appraiser, Mr. Gibbons, was preparing a draft report that he expected to soon forward to counsel for review.  The parties received that draft report, which will serve as the model for the remaining seven appraisal reports to be prepared for representative parcels once the report is in final form after the parties have provided comments.  Upon receipt of the draft report, the parties held a conference call among counsel and also with Mr. Gibbons.  Counsel for the parties are continuing their review of that draft appraisal report, and intend to submit their comments to Mr. Gibbons in writing.  Mr. Gibbons is also preparing a chart of appraised values for the remaining properties based upon his appraisals of the representative parcels.  The parties anticipate that Mr. Gibbons will complete his appraisal work by the end of the third quarter.

The parties remain committed to the settlement process, and propose that they submit their next joint status report on or before Friday, September 18, 2015.  If the parties reach an impasse, however, they will not hesitate to contact the Court for guidance or to set a briefing schedule.

Although filed by counsel for the United States, this Joint Status Report has been approved for filing by Plaintiffs' counsel.

Respectfully submitted this 19th day of June, 2015,

| ACKERSON KAUFFMAN FEX, PC | JOHN C. CRUDEN |
| --- | --- |
|  | Assistant Attorney General |
| s/ *Cecilia Fex*  (by bkt w/permission) | s/  *Bruce Trauben* |
| Cecilia Fex | Bruce K. Trauben |
| Ackerson Kauffman Fex, P.C. | Trial Attorney |
| 1300 Pennsylvania Ave. NW, Suite 700 | Natural Resources Section |
| Washington, D. C. 20006 | Environment & Natural Resources Division |
| Phone: (202) 594-6825 | U.S. Department of Justice |

-2-

Fax: (202) 789-7349
e-mail: fex@ackersonlaw.com
*Attorney of Record for the following consolidated Plaintiffs:*
*Brown, et al.*
*Collins, et al.*
*Estate of Pearl Welch, et al.*
*Waverly Hills Club, et al.*
STEPHENS & KLINGE LLP

601 D Street, NW, Rm. 3126
Washington, D.C. 20004
Tel.: (202) 305-0238
Fax: (202) 305-0506
e-mail: bruce.trauben@usdoj.gov
*Attorneys for Defendant, The United States*

s/ *Richard Stephens* (by bkt w/permission)
Richard M. Stephens
Stephens & Klinge LLP
11100 NE 8th Street, Suite 750B
Bellevue, WA 98004
Phone: (425) 453-6206
e-mail: Stephens@sklegal.pro
*Attorney of Record for the following Consolidated Plaintiffs:*
*Beres, et al.; Ritzen, et al.; Morel, et al.; Klein, et al.; Chamberlin, et al.; Nelson, et al.; Lane; Peterson, et al.; Schroeder, et al.; Manning, et al.; and Spencer, et al.*