## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES and VICKI BERES, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) ) | Hon. Marian Blank Horn |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated June 29, 2015 (ECF No. 168), directing the parties to file a joint status report by Friday, September 18, 2015, "including the status of any outstanding factual and legal issues." Order 1 (ECF No. 168). Plaintiffs and Defendant hereby submit this Joint Status Report, and state as follows:

In their last report filed on June 19, 2015 (ECF No. 167), counsel informed the Court that they received a draft appraisal report from the joint appraiser, Mr. Gibbons, "which will serve as the model for the remaining seven appraisal reports to be prepared for representative parcels once the report is in final form after the parties have provided comments." Joint Status Rep. 2 (ECF No. 167). The parties indicated that they were "continuing their review of that draft appraisal report," and intended to submit written comments.

During this past quarter, the parties submitted written comments to Mr. Gibbons on the initial draft appraisal report. Plaintiffs retained another appraiser, David Matthews, MAI, to review and prepare on their behalf comments on Mr. Gibbons' draft report. Counsel for the

United States also submitted comments, after consulting with a staff appraiser within the Environment and Natural Resources Division.  The parties identified issues that Mr. Gibbons agreed to address but, more importantly, the parties concluded that Mr. Gibbons would benefit from consultations with appraisers who have prior rails-to-trails experience.  Accordingly, Plaintiffs retained Mr. Matthews, and the United States is in the process of retaining Mr. Bates McKee, MAI.  Both appraisers have considerable rails-to-trails experience in the State of Washington, and will be available to assist Mr. Gibbons.  The parties anticipate that these consulting appraisers can provide research and advice, and will review Mr. Gibbons' draft reports going forward.  Mr. Gibbons will continue to serve as the joint appraiser, will make the final determinations on value, and prepare the appraisal reports.

      While Mr. Gibbons initially believed that he would complete the appraisal process by the end of the third quarter, he did not anticipate the delay that occurred during the review process.  Nevertheless, Mr. Gibbons believes that the appraisals can be completed by the end of January 2016.  With the assistance of the two additional appraisers, the parties now are confident that this goal can be achieved.

      The parties remain committed to the settlement process, and propose that they submit their next joint status report on or before Friday, December 18, 2015.  If the parties reach an impasse, however, they will not hesitate to contact the Court for guidance or to set a briefing schedule.

      Although filed by counsel for the United States, this Joint Status Report has been approved for filing by Plaintiffs' counsel.

      Respectfully submitted this 18th day of September, 2015,

| | |
|---|---|
| ACKERSON KAUFFMAN FEX, PC | JOHN C. CRUDEN<br>Assistant Attorney General |
| s/ *Cecilia Fex*  (by bkt w/permission)<br>Cecilia Fex<br>Ackerson Kauffman Fex, P.C.<br>1300 Pennsylvania Ave. NW, Suite 700<br>Washington, D. C. 20006<br>Phone: (202) 594-6825<br>Fax:    (202) 789-7349<br>e-mail: fex@ackersonlaw.com<br>*Attorney of Record for the following*<br>*consolidated Plaintiffs:*<br>*Brown, et al.*<br>*Collins, et al.*<br>*Estate of Pearl Welch, et al.*<br>*Waverly Hills Club, et al.* | s/   *Bruce Trauben*<br>Bruce K. Trauben<br>Trial Attorney<br>Natural Resources Section<br>Environment & Natural Resources Division<br>U.S. Department of Justice<br>601 D Street, NW, Rm. 3126<br>Washington, D.C. 20004<br>Tel.: (202) 305-0238<br>Fax:  (202) 305-0506<br>e-mail: bruce.trauben@usdoj.gov<br>*Attorneys for Defendant, The United States* |

STEPHENS & KLINGE LLP

s/  *Richard Stephens*  (by bkt w/permission)
Richard M. Stephens
Stephens & Klinge LLP
11100 NE 8th Street, Suite 750B
Bellevue, WA 98004
Phone: (425) 453-6206
e-mail: Stephens@sklegal.pro
*Attorney of Record for the following*
*Consolidated Plaintiffs:*
*Beres, et al.; Ritzen, et al.; Morel, et al.;*
*Klein, et al.; Chamberlin, et al.; Nelson, et*
*al.; Lane; Peterson, et al.; Schroeder, et al.;*
*Manning, et al.; and Spencer, et al.*