# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \*     \*

**WARREN BERES and VICKI**    \*
**BERES, et al.,**    \*

   \*    **Nos.   03-785L, 04-1456L, 04-**
   \*    **1457L, 04-1458L, 04-1459L, 04-**
      **Plaintiffs,**    \*    **1463L, 04-1465L, 04-1466L, 04-**
      **v.**    \*    **1467L, 04-1468L, 04-1469L, 04-**
   \*    **1471L, 04-1472L, 04-1473L, 04-**
**UNITED STATES,**    \*    **1474L**
   \*    **Filed:   December 19, 2016**
      **Defendant.**    \*
   \*

\* \* \* \* \* \* \* \* \* \* \* \* \*     \*

## O R D E R

The court held a status conference on December 15, 2016.  As discussed with the parties at the status conference, there are a number of outstanding issues before the parties can move forward with settlement.  Therefore, on or before **Thursday, December 29, 2016,** and every two weeks thereafter, the defendant shall file a status report and inform the court of the status of the outstanding appraisals, including the appraiser's contractual status with the Department of Justice.  The December 29, 2016 status report will also indicate if the information plaintiffs' counsel provided regarding the set of landowners who had an interest in the right of way as of the date of the NITU is sufficient. On or before **Wednesday, December 28, 2016**, plaintiffs' counsel shall provide the defendant with the documentation for the attorneys' fees and costs.

In addition, included in the defendant's January 12, 2017 status report, the defendant will address the status of the plaintiffs impacted by the Roeder issue regarding the right of way. Included in the defendant's March 9, 2017 status report, the defendant will address the status of the approximately ten parcels impacted by the issue of the half or the whole right of way.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**