# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * *   * | |
| **WARREN BERES and VICKI BERES, et al.,**   * * * | |
|   * | Nos.   03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L |
| Plaintiffs,   * | |
| v.   * * | |
| **UNITED STATES,**   * | |
|   * | Filed:   February 8, 2017 |
| Defendant.   * * | |
| * * * * * * * * * * * * *   * | |

**O R D E R**

The court in receipt of plaintiffs' February 7, 2017 status report. The court is concerned about many of the issues raised by plaintiffs. On or before **Wednesday, February 15, 2017**, defendant shall respond, with specificity, to plaintiffs' status report. In addition, the court **SCHEDULES** a status conference for **Tuesday, February 21, 2017, 12:00 p.m., EST**. Defendant shall have a representative of the Department of Justice with settlement authority present for the status conference. The parties may appear by telephone for the conference. Unless otherwise notified, the court will contact Mr. Stephens at (425) 453-6206, Ms. Fex at (202) 594-6825, and Ms. Nesbitt at (202) 305-0457. Defendant shall provide the additional name(s) and telephone number(s) for the additional Department of Justice personnel.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**