**WARREN BERES and VICKI**     )
**BERES,** *et al.*,     )
     )
         **Plaintiffs,**     )     Nos. 03-785L, 04-1456L, 04-1457L, 04-
     )     1458L, 04-1459L, 04-1463L, 04-1465L,
**v.**     )     04-1466L, 04-1467L, 04-1468L, 04-1469L,
     )     04-1471L, 04-1472L, 04-1473L, 04-1474L
**UNITED STATES,**     )
     )     Hon. Marian Blank Horn
         **Defendant.**     )
     )     (E-filed February 22, 2017)
     )

## United States' Proposal for Further Proceedings

The parties have made substantial progress in identifying and narrowing issues in this action. A settlement in principle has been reached as to some claims and negotiations regarding the remaining claims are continuing. The United States respectfully requests that the Court provide the parties time to finalize the agreed-upon settlement in principle and afford the parties a sufficient period to complete negotiations with respect to remaining claims. The United States sets out the following specific plan for future proceedings in the above-captioned case in response to the Court's verbal direction at the February 21, 2017 status conference.

1. First group of twenty-six claims:

The parties have reached a settlement in principal for twenty-six claims.[1] The authorized representative of the Attorney General with authority to approve the proposed settlement is the

---

[1] The proposed settlement is for principal and interest only, and does not address the reimbursement of costs, disbursements, and expenses, including reasonable attorney fees, pursuant to the Uniform Relocation Assistance and Real Property Acquisition Policies Act, 42 U.S.C. § 4654 ("URA"). To the extent plaintiffs' counsel possess records that identify attorney time and expenses incurred on behalf of specific individual plaintiffs, the United States will

Associate Attorney General.  The Environment and Natural Resources Division has commenced preparation of its recommendation regarding the proposed settlement, has and will take steps internally to expedite the settlement process, and will send a settlement package for these 26 claims to the Associate Attorney General not later than March 14, 2017.

2. <u>Remaining forty-seven claims</u>:

The United States will continue to negotiate in good faith to attempt to resolve the remaining 47 claims.  Existing issues include: availability of the centerline presumption (*Roeder*); whether certain plaintiffs possess rights to the full width or half width of the rail corridor; title issues arising from ownership of shorelands parcels; whether one plaintiff had ownership rights on the date of the NITU; adjacency issues caused by a public street; and adverse possession.  The United States has retained a title expert to assist with work on title issues relating to these claims and, where appropriate, intends to seek additional information from plaintiffs.  The United States will provide a settlement offer regarding the 47 remaining claims not later than March 24, 2017.  The United States requests that the Court provide the parties a 45-day period through and until April 10, 2017, to continue negotiations regarding the remaining 47 claims.

3. <u>Schedule for Further Proceedings</u>

If the parties are unable to settle, the United States proposes that the parties submit a schedule for further proceedings on April 12, 2017.  As part of those further proceedings, the United States proposes that the parties address the issue of this Court's jurisdiction to entertain a

---

address attorney fees as part of its continuing negotiations.  Where such records do not exist, the resolution of URA reimbursement will occur after settlement of the remaining claims.

claim of adverse possession by any plaintiff against the railroad corridor's record owner.  The

United States proposes that such briefing, if necessary, commence April 28, 2017:

| Date | Event |
|---|---|
| United States submits settlement package to the Associate Attorney General | March 14, 2017 |
| United States makes settlement offer regarding forty-seven remaining claims | March 24, 2017 |
| Period for settlement negotiations closes | April 10, 2017 |
| Parties submit proposal for further proceedings, if necessary | April 12, 2017 |
| Plaintiffs file motion regarding Court of Federal Claims jurisdiction to entertain adverse possession claims | April 28, 2017 |
| United States files response to motion | May 26, 2017 |
| Plaintiffs file reply to motion | June 9, 2017 |

The United States is fully committed to continuing settlement negotiations in this

litigation and to using its best efforts to address the partial settlement in principle on an expedited

basis.  The United States respectfully requests that the Court adopt the above schedule to provide

the parties a reasonable period to complete settlement negotiations and, if those negotiations

prove unsuccessful, to establish a schedule for further proceedings.

Respectfully submitted this <u>22nd</u> day of February, 2017.

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

<u>*s/* Tanya C. Nesbitt</u>
TANYA C.NESBITT
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0476 (tel)
(202) 305-0506 (fax)
tanya.nesbitt2@usdoj.gov

*Attorney of Record for Defendant*