IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WARREN BERES and VICKI BERES, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) ) | The Honorable Marian Blank Horn |

**Plaintiffs' Motion for an Order Affirming this Court Has Jurisdiction
to Determine Whether the Land Taken by the United States
Had Been Adversely Possessed by Certain Plaintiffs Prior to the
Taking**

Plaintiffs from the above-referenced consolidated cases hereby file this motion to request the Court issue an order confirming that it has jurisdiction to determine whether Plaintiffs owned the subject properties on the date of taking, and more specifically if they were owners of the subject properties via adverse possession.

For the reasons explained in the accompanying brief filed in support of this motion, this Court does have jurisdiction to determine whether Plaintiffs owned their properties on the date of taking, whether title was acquired through deeds, inheritance, or, as is currently in dispute, via adverse possession.

WHEREFORE, Plaintiffs respectfully request their motion be granted and the Court find/order that it does have jurisdiction to determine whether they owned the

subject properties on the date pursuant to title acquired via adverse possession.

Respectfully submitted this 17th day of March, 2017.

| ACKERSON KAUFFMAN FEX, PC | STEPHENS & KLINGE LLP |
|---|---|
| s/ <br> Cecilia Fex <br> Ackerson Kauffman Fex, P.C. <br> 1300 Pennsylvania Ave. NW, Suite 700 <br> Washington, D. C. 20006 <br> Phone:    (202) 594-6825 <br> Fax:   (202) 789-7349 <br> e-mail: fex@ackersonlaw.com <br> *Attorney of Record for the following consolidated Plaintiffs:* <br> *Brown, et al.; Collins, et al.; Estate of Pearl Welch, et al.; Waverly Hills Club, et al.* | s/ <br> Richard M. Stephens <br> Stephens & Klinge LLP <br> 11100 NE 8th Street, Suite 750B <br> Bellevue, WA 98004 <br> Phone: (425) 453-6206 <br> e-mail:stephens@sklegal.pro <br> *Attorney of Record for the following Consolidated Plaintiffs:* <br> *Beres, et al.; Ritzen, et al.; Morel, et al.; Klein, et al.; Chamberlin, et al.; Nelson, et al.; Lane; Peterson, et al.; Schroeder, et al.; Manning, et al.; and Spencer, et al.* |