| | |
|---|---|
| **WARREN BERES and VICKI BERES**, *et al.*,                )<br>                                                                          )<br>            **Plaintiffs**,                                            )<br>                                                                          )<br>**v.**                                                                   )<br>                                                                          )<br>**UNITED STATES,**                                            )<br>                                                                          )<br>            **Defendant.**                                          )<br>                                                                          )<br>                                                                          ) | Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L<br><br>Hon. Marian Blank Horn<br><br>(E-filed March 20, 2017) |

**United States' Unopposed Motion for an Extension of Time to File its Response to Plaintiffs' Motion for an Order Affirming Court's Jurisdiction to Make Adverse Possession Determination, ECF No. 202**

Plaintiffs filed their *Motion for an Order Affirming this Court Has Jurisdiction to Determine Whether the Land Taken by the United States Had Been Adversely Possessed by Certain Plaintiffs Prior to the Taking*, ECF No. 202, on March 17, 2017.  Per RCFC 7.2(a)(1), the United States' response is due March 31.  The United States respectfully requests a ten-day extension of time up until April 10 to file their response, which would provide them with the deadline proposed by the Plaintiffs in the *Plaintiffs' Response to Defendant's Status Report and its Proposal for Further Proceedings*, ECF No. 199 at 4.

The United States requests this extension so that it may have sufficient time to prepare a settlement offer for the remaining parcels by March 24, 2017, as set out in its *Proposal for Further Proceedings*, *see* ECF No. 197 at 2, as well as engage in ongoing settlement discussions regarding both settlement groups.  Additionally, co-counsel for the United States is sole counsel in *Boyer v. United States*, case no. 14-cv-33-L, and the United States' fees response in that case is due on March 28.  Finally, lead counsel for the United States and supervisors on this case are

in training the week of April 3. An extension of time is needed so that counsel for the United States can fully respond to the Plaintiffs' motion, as well as meet existing obligations in this case and others.

Counsel for the United States has conferred with counsel for Plaintiffs, who indicate that they do not oppose so long as the United States does not oppose an extension of Plaintiffs' reply brief deadline to April 28, 2017. Counsel for the United States represents that it would not oppose such an extension, provided that the Court grant the United States' requested motion.

Respectfully submitted this <u>20th</u> day of March, 2017.

> JEFFREY H. WOOD
> Acting Assistant Attorney General
> Environment and Natural Resources Division
>
> <u>*s/*</u> Tanya C. Nesbitt
> TANYA C. NESBITT
> Trial Attorney
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, DC 20044-7611
> (202) 305-0476 (tel)
> (202) 305-0506 (fax)
> tanya.nesbitt2@usdoj.gov
>
> *Attorney of Record for Defendant*