| | |
|---|---|
| **WARREN BERES and VICKI BERES**, *et al.*,            )<br>                                                                    )<br>                                                                    )<br>          **Plaintiffs**,                                     )<br>                                                                    )<br>**v.**                                                              )<br>                                                                    )<br>                                                                    )<br>**UNITED STATES**,                                   )<br>                                                                    )<br>          **Defendant.**                                   )<br>                                                                    )<br>                                                                    )<br>                                                                    ) | Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L<br><br>Hon. Marian Blank Horn<br><br>(E-filed March 23, 2017) |

### United States' Sixth Bi-Weekly Status Report[1]

Pursuant to this Court's December 19, 2016 order, ECF No 187, the United States hereby files its sixth bi-weekly status report regarding: (1) the status of parties' efforts to settle a group of twenty-four claims in the litigation, and (2) the outstanding appraisals.

First, the United States has prepared a settlement package for review by the Associate Attorney General regarding a group of twenty-four claimants. The United States is and has been awaiting confirmation from plaintiffs' counsel that all plaintiffs in the settling group agree to the proposed settlement terms. If confirmation from plaintiffs is obtained, the proposed settlement will be promptly submitted to the Office of the Associate Attorney General. As of this filing, plaintiffs' counsel has confirmed that most plaintiffs consent to the terms of the proposed settlement. In the event that consent is not obtained from all twenty-four plaintiffs, undersigned counsel anticipates seeking authority to settle with those plaintiffs who have agreed to the

---

[1] The United States erroneously captioned the previous bi-weekly status report as the "Sixth Bi-Weekly Status Report".

proposed settlement terms.   This would require modification of the settlement package and could delay a decision.

  Second, the United States discovered on March 19, 2017 that the parties never conducted an appraisal for a community beach parcel owed by two plaintiffs.  These plaintiffs are in the second grouping of claimants.  The United States is still awaiting input from plaintiffs' counsel as to how to proceed.  However, since no appraisal has been conducted, the United States does not anticipate providing a settlement offer for the affected particular parcel.  However, in conformity with its proposal for further proceedings, the United States expects to make a second settlement offer for the remaining fifty-three parcels by March 24, 2017.  *See* Def.'s Prop. for Further Proceedings (ECF No. 197).

  Respectfully submitted this <u>23rd</u> day of March, 2017.

              JEFFREY H. WOOD
              Acting Assistant Attorney General
              Environment and Natural Resources Division

              <u>*s/* Tanya C. Nesbitt</u>
              TANYA C. NESBITT
              Trial Attorney
              U.S. Department of Justice
              Environment and Natural Resources Division
              Natural Resources Section
              P.O. Box 7611
              Washington, DC 20044-7611
              (202) 305-0476 (tel)
              (202) 305-0506 (fax)
              tanya.nesbitt2@usdoj.gov

              *Attorney for Defendant*