| | |
|---|---|
| **WARREN BERES and VICKI BERES**, *et al.*,                    )<br>                                                              )<br>            **Plaintiffs**,                                   )<br>                                                              )<br>**v.**                                                        )<br>                                                              )<br>**UNITED STATES**,                                             )<br>                                                              )<br>            **Defendant.**                                    )<br>                                                              )<br>                                                              ) | Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L<br><br>Hon. Marian Blank Horn<br><br>(E-filed April 6, 2017) |

### United States' Seventh Bi-Weekly Status Report

Pursuant to this Court's December 19, 2016 order, ECF No 187, the United States hereby files its seventh bi-weekly status report regarding: (1) the status of parties' efforts to settle a second group of forty-eight parcels, (2) one outstanding appraisal for a community beach parcel and (3) litigation involving four plaintiffs in *Beres* and five of their successors in interest in a Washington state court quiet title action styled *Neighbors v. King County* ("*Neighbors II*"), case no. 15-2-20483-1 (King County Superior Court).

First, the United States prepared and transmitted tentative offers of settlement for forty-eight[1] parcels in the litigation on March 24, 2017. These parcels are part of the second settlement group in the case. The United States intends to end settlement negotiations on April 10, 2017, in keeping with its February 22, 2017 Proposal for Further Proceedings (ECF No. 197). On April 6, 2017 the United States received a partial and incomplete response from one Plaintiffs' counsel. It is unclear whether the other Plaintiffs' counsel will respond to the

---

[1] Fifty-three plaintiffs were in the second settlement group, but we have withdrawn offers as to five related to on-going litigation in *Neighbors II*.

proposed settlement offers by this date given that she is presently outside of the country. Plaintiffs' counsel failed to apprise the United States of these travel plans when the United States was developing its schedule for this action or, indeed, at any time prior to the United States' issuance of these settlement offers.

Second, the United States informed Plaintiffs' counsel on March 19, 2017 that it was unable to locate an appraisal for a community beach parcel owned jointly by the Collins and Freedmans. Because no appraisal was conducted, the United States was unable to extend a tentative offer of settlement for this parcel on March 24, 2017. To date, the parties have not reached a resolution of this issue.

Third, the United States has concluded that the uncertainty resulting from this recently-discovered litigation, coupled with the expectation that a ruling will soon issue, prevents settlement at this time as to parcels currently involved in the state court action. The United States notes that the state court action will provide clarity regarding various plaintiffs' ownership of the rail corridor. For example, the Washington state court could rule that King County owns the right-of-way in fee or that King County owns an easement that is narrower than the width of the easement appraised in *Beres*. Consequently, the United States has withdrawn its tentative settlement offers for the following plaintiffs:

| *Parcel taxlot number*: | *Beres Plaintiff(s)*: | *Neighbors II Plaintiff(s)*: | *Settlement Group:* |
|---|---|---|---|
| 072406-9003 | Reid & Theresa Brown | Reid & Theresa Brown | First |
| 406210-0016 | Ashok Kuruganti | Christopher & Tara Large (successor in interest) | First |
| 406510-0030 | Mary Heston | York Hutton (successor in interest) | First |
| 072406-9030 | Bernita McNabb | Annette McNabb (successor in interest) | Second |
| 072406-9008 and -9090 | Eugene & Elizabeth Morel | Eugene & Elizabeth Morel | Second |
| 72406-9006 | Stephen and Jean Guthrie | Tracy and Barbara Neighbors (successor in interest) | First |
| 072406-9031 | Eva Barnes/Schumacher | Doug Schumacher (successor in interest) | Second |
| 406510-0016 | Ivan Stewart | Ivan Stewart | Second |
| 072406-9032 | Gordon Conger, Elizabeth Mueller, Lois Jarman, and Douglas Conger | Gordon Conger | Second |

If appropriate, we will re-submit offers for these plaintiffs after their claims in *Neighbors II* are decided. We continue to be willing to settle as to the remaining 20 plaintiffs in the first settlement group for which there is no issue as to ownership, assuming that settlement is approved by the Office of the Associate Attorney General.[2]

Respectfully submitted this 6th day of April, 2017.

                                                  JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/* Tanya C. Nesbitt
TANYA C. NESBITT

---

[2] Twenty-four plaintiffs were in the first settlement group, but we have withdrawn offers as to four.

        Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0476 (tel)
(202) 305-0506 (fax)
tanya.nesbitt2@usdoj.gov

*Attorney for Defendant*