# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * *   * | |
| **WARREN BERES and VICKI BERES, et al.,** * * | |
| * | Nos.   03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L |
| Plaintiffs, * | |
| v. * * | |
| **UNITED STATES,** * | |
| * | Filed:   April 10, 2017 |
| Defendant. * * | |
| * * * * * * * * * * * * *   * | |

### O R D E R

The court is in receipt of plaintiffs' motion for determination of jurisdiction to determine property ownership and defendant's response to the motion.  Plaintiffs' reply brief is due on or before April 14, 2017. In order to discuss the motion, the status of the settlement process, and any other outstanding issues, the court **SCHEDULES** a status conference for **Thursday, April 27, 2017, 2:30 p.m., EDT**. The parties may appear by telephone for the conference. Unless otherwise notified, the court will contact Mr. Stephens at (425) 453-6206, Ms. Fex at (202) 594-6825, Ms. Nesbitt at (202) 305-0457, and Mr. Gette at (202) 305-1461.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
          **Judge**