|  |  |  |
|---|---|---|
| **WARREN BERES and VICKI BERES**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L |
| v. | ) ) | |
| **UNITED STATES**, | ) ) | Hon. Marian Blank Horn |
| Defendant. | ) ) ) | (E-filed April 12, 2017) |

## UNOPPOSED MOTION TO MODIFY UPCOMING STATUS CONFERENCE DATE

The United States for good cause, hereby makes this unopposed motion to modify the upcoming April 27, 2017 status conference date in the above-captioned case.

On April 10, 2017 this Court entered an order setting an April 27, 2017 status conference to discuss plaintiffs' pending motion for an order affirming this Court has jurisdiction to decide whether plaintiffs have obtained record ownership over unspecified parcels through adverse possession claim, the status of the settlement process and other outstanding issues. ECF No. 207.

Between now and April 27, 2017, undersigned counsel has an oral argument in four other matters scheduled for April 26, 2017 in Tucson, Arizona. The litigation involves four cases, four sets of plaintiffs and several intervenors. Undersigned counsel will be traveling during business hours for the entirety of April 27, 2017.

Undersigned counsel has conferred with counsel for the plaintiffs and they do not oppose this request to modify the April 27, 2017 status conference date.

Accordingly, the United States respectfully request that the Court modify the April 27, 2017 status conference to a date that works for the Court as well as all parties. Counsel have conferred and the date that works for all parties is: April 28, 2017 at 1:30 p.m.

Respectfully submitted this 12th day of April, 2017.

        JEFFREY H. WOOD
        Acting Assistant Attorney General
        Environment and Natural Resources Division

        *s/* Tanya C. Nesbitt
        TANYA C.NESBITT
        Trial Attorney
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, DC 20044-7611
        (202) 305-0476 (tel)
        (202) 305-0506 (fax)
        tanya.nesbitt2@usdoj.gov

        *Attorney for Defendant*