# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * | * |
| **WARREN BERES and VICKI BERES, et al.,** | * |
| | * |
| | *   Nos.   03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L |
| Plaintiffs, | * |
| v. | * |
| **UNITED STATES,** | * |
| | *   Filed:   April 14, 2017 |
| Defendant. | * |
| * * * * * * * * * * * * * | * |

## O R D E R

After multiple calls from counsel for the parties in the above-captioned case on April 13, 2017, in order to accommodate the schedule of attorneys at the United States Department of Justice, the April 27, 2017 status conference is **RE-SCHEDULED**. The status conference will now occur on **Thursday, May 11, 2017, 11:00 a.m., EDT**. The parties may appear by telephone for the conference. Unless otherwise notified, the court will contact Mr. Stephens at (425) 453-6206, Ms. Fex at (202) 594-6825, Ms. Nesbitt at (202) 305-0457, and Mr. Gette at (202) 305-1461. As also was discussed during the calls, the court **STAYS** plaintiffs' reply in support of their Motion for an Order Affirming this Court Has Jurisdiction to Determine Whether the Land Taken by the United States Had Been Adversely Possessed by Certain Plaintiffs Prior to the Taking after the status conference, until a date to be defined. Prior to the status conference, on or before **May 8, 2017**, defendant shall file a detailed status report documenting the status of each plaintiff's case and defendant's position on each of the cases included in the above-captioned case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**