| | |
|---|---|
| **WARREN BERES and VICKI BERES**, *et al.*,          )<br>                                                                     )<br>             **Plaintiffs**,                                       )<br>                                                                     )<br>**v.**                                                              )<br>                                                                     )<br>**UNITED STATES**,                                      )<br>                                                                     )<br>             **Defendant.**                                    )<br>                                                                     )<br>                                                                     )<br>                                                                     ) | Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L<br><br>Hon. Marian Blank Horn<br><br>(E-filed May 1, 2017) |

### United States' Notice of Non-Opposition to the Plaintiffs' Unopposed Motion and Memorandum in Support of Substitution of Parties and to Amend Complaint (ECF No. 211)

The United States hereby files this notice of non-opposition to the Plaintiffs' Unopposed Motion and Memorandum in Support of Substitution of Parties and to Amend Complaint (ECF No. 211). While Plaintiffs noted in their motion and in the docket entry for their motion that the United States did not oppose this motion. As represented in Plaintiffs' motion, the United States cannot start the payment process for the first settlement group until the complaints are amended. *See id.* Therefore, in the interests of Plaintiffs' motion being timely granted, the United States files this notice of non-opposition.

Respectfully submitted this 1st day of May, 2017.

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/* Tanya C. Nesbitt
TANYA C. NESBITT
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0457 (tel)
(202) 305-0506 (fax)
tanya.nesbitt2@usdoj.gov

*Attorney for Defendant*