# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| * * * * * * * * * * * * * | * | |
| **WARREN BERES and VICKI** | * | |
| **BERES, et al.,** | * | |
| | * | **Nos.    03-785L,  04-1456L,  04-** |
| | * | **1457L, 04-1458L, 04-1459L,  04-** |
| **Plaintiffs,** | * | **1463L, 04-1465L, 04-1466L, 04-** |
| **v.** | * | **1467L, 04-1468L, 04-1469L, 04-** |
| | * | **1471L, 04-1472L, 04-1473L, 04-** |
| **UNITED STATES,** | * | **1474L** |
| | * | **Filed:    May 19, 2017** |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * | * | |

## O R D E R

On May 18, 2017, the court held a status conference in the above captioned cases. As discussed at the status conference, on or before **Monday, May 22, 2017**, plaintiffs shall file a notice reflecting the current names of each plaintiff in each of the above captioned cases, also indicating the associated case numbers. In addition, defendant shall file the next bi-weekly status report on or before **Thursday, June 1, 2017**, and the status report shall include a spreadsheet with the names of each of the plaintiffs, by grouping of status (i.e. first settlement group, second settlement group, adverse possession issue, etc.) in addition to the status of each plaintiff. Defendant shall also inform the court of the settlement process, for both the plaintiffs currently waiting for payment from the Judgment Fund and the plaintiffs for whom the parties have more recently reached settlement, as well as any other settlement activity and prospects.

As further discussed at the status conference, on or before **Thursday, May 25, 2017**, the plaintiffs shall file their reply brief regarding the motion regarding the court's jurisdiction over claims of adverse possession.  The parties have indicated that they do not request oral argument.  After reviewing all the submissions, however, the court may seek further input from the parties or schedule oral argument.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**