# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * *<br>**WARREN BERES and VICKI BERES, <u>et al.</u>,**<br><br>                 **Plaintiffs,**<br>    v.<br>**UNITED STATES,**<br>                **Defendant.**<br>* * * * * * * * * * * * * * | Nos.   03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L<br>Filed:   May 22, 2017 |

## O R D E R

    In defendant's response to the plaintiffs' motion regarding the court's jurisdiction over claims of adverse possession, defendant argues in passing that "[t]he Court lacks jurisdiction to decide this question for several reasons, including that federal courts are limited to resolving actual cases and controversies and cannot render advisory opinions, which is precisely what Plaintiffs seek here." In plaintiffs' reply brief, plaintiffs shall address defendant's arguments regarding the cases and controversies requirement.

    **IT IS SO ORDERED.**

                                                      s/Marian Blank Horn<br>                                                      **MARIAN BLANK HORN**<br>                                                               **Judge**