IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WARREN BERES, et al.,            ) | **Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L** |
| Plaintiffs,   ) | |
| v.                             ) | |
| THE UNITED STATES OF AMERICA,    ) | **Honorable Marian Blank Horn** |
| Defendant.    ) | |
| _____ ) | |

**PLAINTIFFS' NOTICE OF PLAINTIFFS WHO REMAIN
IN EACH OF THE ABOVE CAPTIONED CASES**

Pursuant to the Court's Order, May 19, 2017 (Doc. 216), Plaintiffs herein file this notice reflecting the current names of each Plaintiff in each of the above captioned cases, organized by their consecutive case numbers. Unless otherwise indicated, the listed Plaintiffs are not in any settlement group.

***Beres v. United States*, case no. 03-785L.**

   Warren and Vicki Beres.

***Schroeder v. United States,* case no. 04-1456L**

   Clifford and Kathryn Schroeder.

***Chamberlin v. United States,* case no. 04-1457L**

   Martin and Carol Chamberlin (first settlement group);
   Craig and Tammy Owens (first settlement group);
   Frederic and Linda Vicik (first settlement group);
   Steven and Karin Farrar (first settlement group);
   Henry and Eden Waggoner (first settlement group);
   Patrick and Chenoa Haluptzok (first settlement group);
   Lester and Barbara Peterson (first settlement group);
   Beverly Crump, Lowell Jenkings and Ourania Giannakou-Ariqat (one lot) (first settlement group);
   Joanne T. Pietromonaco (first settlement group); and

1

Gary Nelson (second settlement group).

### *Klein v. United States*, **case no. 04-1458L**

Henry and Judy Klein (first settlement group).

### *Peterson v. United States*, **case no. 04-1459L**

Clarence A. Peterson;
Donna Marie Raab Martrinez; and
Herb and Judith Gilbo.

### *Spencer v. United States,* **case no. 04-1463L**

Raymond and Lael Spencer;
James and Billie Cairns;
Thomas and Angela Napier;
William and Lynda Ott;
William and Carolyn Daly;
Douglas and Joyce McCallum;
The Estate of Beverly Helling;
Reid and Susan Brockway;
Phillip and Arlene Pielemeier;
Christine Calderon;
Robert Lester;
John Rossi;
Debra Grove;
Douglas and Jill Hendel;
Welch Family LLC; and
Estate of Mavis N. Welcome, Karen and Diane Gregory (one lot);

### *Nelson v. United States,* **case no. 04-1465L**

Robert and Beth Nelson (one lot); and
Estate of William F. Hughes (Jill Barney, Beth Nelson, William Hughes and Charles Hughes) (two lots).

### *Manning v. United States,* **case no. 04-1466L**

DeMeester Family Partnership II (first settlement group); and
Paul and Joy Manning (second settlement group).

*Morel v. United States*, **case no. 04-1467L**

    Eugene and Elizabeth Morel;
    Stephen and Jean Guthrie;
    Ivan Stewart;
    Estate of Rory Crispin (first settlement group);
    Ashok Kuruganti;
    Bernita McNabb;
    Mary K. Heston;
    Charlene A. Tagas;
    Douglas Schumacher; and
    Gordon Conger, Elizabeth Mueller, Lois Jarman and Douglas Conger (one lot).

The Guthries, Mr. Kuruganti and Ms. Heston had received settlement offers which they accepted, but the Government withdrew these offers because the current owners of their properties are involved in state court litigation

All remaining plaintiffs (except for the Estate of Rory Crispin) are involved in the state court litigation and are content to await resolution of that state court litigation before finalizing the present case.

*Lane v. United States*, **case no. 04-1468L**

    Phyllis Lane.

*Ritzen v. United States*, **case no. 04-1469L**

    Alex and Jean Ritzen (two lots, one within the first settlement group)[1];
    James Lee Sutter, Fred Robert Sutter, Richard Sutter, Pamela Joy Sutter Spencer; and
    Robert B. Sutter (one lot) (second settlement group).

*Estate of Welch v. United States*, **case no. 04-1471L**

    The Estate of Pearl Welch;
    Robert and Patricia Folkman (first settlement group);
    Charles and Annita Karr (first settlement group);
    Winlock Pickering;
    Shirley Seil; and

---

[1] The Ritzens have two lots, one of which is in the first settlement group and the other lot is about to be appraised.

Paul and JoAnn Spears.

*Collins v. United States*, **case no. 04-1472L**[2]

D. Michael and Vanessa Collins (who own interests in three properties at issue);
Donald Barrett (who owns interests in two properties at issue);[3]
Howard and Pam Freedman; and
George Sutherland (who owns interests in two properties at issue).

*Brown v. United States*, **case no. 04-1473L**

Theresa and Reid Brown.

The Browns had received settlement offers which they accepted, but the Government withdrew these offers because of the state court litigation. The Browns are content to await resolution of that state court litigation before finalizing the present case.

*Waverly Hills Club, Inc.* **case no. 04-1474L**

Waverly Hills Club, Inc. (first settlement group);
Brian and Mary Conway;
Scott and Sandra deMers;
Carol Fedigan;
Kosenkranius Family Trust (first settlement group);
Evi S. Currie (maiden name Kosenkranius) (first settlement group);
Leo and Sandra Kosenkranius (first settlement group);
Betty and Gene Liekhus;
Connie and Franklin E. Olsen, Jr.
Barbara Petzold
Foster and Lemoine Radford; and
Bill and Lois Wilson.

The Conway, Petzold, and Wilson Plaintiffs had received compromise-settlement offers which they accepted, but the Government withdrew those offers and subsequently reduced its settlement offers even further to a sum that the Plaintiffs could not accept.

---

[2] Plaintiffs Judith Sutherland and Jean Barrett have died during the pendency of this action. Plaintiffs will move to amend the complaint once a tentative agreement for settlement for any Plaintiff in this group has been reached.

[3] One of the properties at issue in this case is a community beach property in which the Collins and Barretts each own a share. And another property at issue in this case is also a community beach property in which George Sutherland owns a half share.

Respectfully submitted this 22nd day of May, 2017.

| ACKERSON KAUFFMAN FEX, PC | STEPHENS & KLINGE LLP |
|---|---|
| s/<br>Cecilia Fex<br>Ackerson Kauffman Fex, P.C.<br>1300 Pennsylvania Ave. NW, Suite 700<br>Washington, D. C. 20004<br>Phone: (202) 594-6825<br>Fax: (202) 789-7349<br>e-mail: fex@ackersonlaw.com<br>*Attorney of Record for the following consolidated Plaintiffs:*<br>*Brown, et al.; Collins, et al.;*<br>*Estate of Pearl Welch, et al.;*<br>*Waverly Hills Club, et al.* | s/<br>Richard M. Stephens<br>Stephens & Klinge LLP<br>11100 NE 8th Street, Suite 750B<br>Bellevue, WA 98004<br>Phone: (425) 453-6206<br>e-mail: Stephens@sklegal.pro<br>*Attorney of Record for the following Consolidated Plaintiffs:*<br>*Beres, et al.; Ritzen, et al.; Morel, et al.;*<br>*Klein, et al.; Chamberlin, et al.; Nelson, et al.;*<br>*Lane; Peterson, et al.; Schroeder, et al.;*<br>*Manning, et al.; and Spencer, et al.* |