# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * | * |
| **WARREN BERES and VICKI BERES, <u>et</u> <u>al.</u>,** | *<br>*<br>* |
| | * **Nos.   03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L** |
| Plaintiffs, | * |
| v. | * |
| | * |
| **UNITED STATES,** | * |
| | * **Filed:   May 30, 2017** |
| Defendant. | * |
| | * |
| * * * * * * * * * * * * * | * |

## O R D E R

The court is in receipt of plaintiffs' reply brief for the motion for determination of jurisdiction to determine property ownership. In order to discuss the motion, and the future of the of the settlement process, as well as any other outstanding issues, the court **SCHEDULES** a status conference for **Thursday, June 1, 2017, 11:00 a.m., EDT**. The parties may appear by telephone for the conference. Unless otherwise notified, the court will contact Mr. Stephens at (425) 453-6206, Ms. Fex at (202) 594-6825, Ms. Nesbitt at (202) 305-0457, and Mr. Gette at (202) 305-1461.

**IT IS SO ORDERED.**

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**