# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * | * |
| **WARREN BERES and VICKI** | * |
| **BERES, et al.,** | * |
| | * |
| | * |
| **Plaintiffs,** | * |
| **v.** | * |
| | * |
| **UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * | * |

Nos.   03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L

Filed:    June 2, 2017

## O R D E R

On June 1, 2017, the court held a status conference in the above captioned cases. After an in-depth examination of each plaintiff in each case and the possibility of settlement for each case, the court establishes the following schedule. Discovery in the above captioned cases shall close on **Friday, December 29, 2017**. On or before **Friday, June 30, 2017, Monday, July 31, 2017, Thursday, August 31, 2017, Monday, October 2, 2017, Tuesday, October 31, 2017,** and **Thursday November 30, 2017**, the parties shall file joint status reports regarding the progress of discovery, as well as the status of any settlement discussions for each of the cases. One party may file the joint status reports with the consent of the other party reflected in the reports.

The court **SCHEDULES** a status conference for **Wednesday, January 10, 2018, 2:30 p.m., EDT** in order to discuss the close of discovery.  The parties may appear by telephone for the conference. Unless otherwise notified, the court will contact Mr. Stephens at (425) 453-6206, Ms. Fex at (202) 841-1451, Ms. Nesbitt at (202) 305-0457, and Mr. Gette at (202) 305-1461.

As indicated at the status conference, a trial is **SCHEDULED** to commence on Monday, April 23, 2018, at a location(s) to be determined, after discovery is complete at the January 10, 2018 status conference. The court also sets the following pretrial schedule.  The Appendix A filings detailed in the Rules of the United States Court of Federal Claims are modified as described below.  The pretrial filings are to include:

a.  Witness List.  On or before **Friday, February 23, 2018**, the parties shall file a joint statement setting forth a list of witnesses to be called at trial, other than those to be used exclusively for impeachment.  As to each witness, the parties shall indicate the party for which the witness will be testifying, a brief description of the specific topics to be addressed in the expected testimony and the time needed for direct examination.

Overlapping witnesses may be called for both the plaintiff and the defendant at one appearance in order to expedite the case, and for the convenience of the witnesses, if the parties agree.

b. <u>Stipulations</u>.  On or before **Friday, February 23, 2018**, the parties shall file joint stipulations of facts containing separately numbered paragraphs which cover all matters to which the parties have been able to stipulate during the course of proceedings.  The court urges the parties to achieve joint stipulations to the fullest extent possible in order to reduce the time required for trial.  The stipulations shall include citations, by exhibit, page and paragraph numbers, to the trial exhibits discussed below.

c. <u>Issues of Fact and Law.</u>  On or before **Friday, February 23, 2018**, the parties shall file concise and specific, revised, joint statements of issues of fact and law to be decided by this court.

d. <u>Joint Trial Exhibit List</u>.  On or before **Friday, February 23, 2018**, the parties shall file a joint, trial exhibit list, divided into the following five sections:

(1) Joint stipulated exhibits, to be numbered starting with 1-999.  The court urges the parties to achieve as many joint exhibits as possible in order to reduce the time required for trial.  Each page of the exhibits shall be sequentially numbered from Joint Exhibit 1 to the defendant's last exhibit.

(2) Plaintiff's exhibits, to be numbered starting with 1000-1999, the Bates page numbering sequence to continue following the completion of the sequence of numbers used for the joint exhibits.

(3) Defendant's exhibits, to be numbered 2000-2999, the Bates page numbering sequence to continue following the completion of the sequence of numbers used for the plaintiff's exhibits.

(4) Plaintiff's objections, if any, to defendant's exhibits, including the basis for each objection, shall be indicated.

(5) Defendant's objections, if any, to plaintiff's exhibits, including the basis for each objection, shall be indicated.

A copy of the exhibits to be used at trial shall be submitted to chambers on the first day of trial.  Electronic versions also shall be filed with the court, and shall be text searchable, through use of optical character recognition software, if required.  Sufficient additional copies shall be brought to the trial by the parties, including one copy for the witness, one additional copy for the court and the official copy to be submitted to the court reporter, in addition to any copies exchanged between the parties.  The parties shall ensure that all exhibits are legible and clear.  The exhibits shall be bound or placed in a loose leaf notebook(s) with each exhibit sequentially numbered and tabbed and all pages of each exhibit sequentially numbered, starting with page one of the first exhibit through

the last page of the last exhibit.  Loose submissions, such as maps, photographs, physical evidence and charts, may be submitted.   Reduced copies of charts and photographs should be included in the bound volumes, if possible.

The parties are expected to confer and cooperate in the preparation of the above described documents. Any objections by one party to matters raised by the opposing party should, to the extent possible, be included in a single submission, to assist the court in addressing the matter.  If this is not possible, the objecting party may file a motion addressing its concern, after coordination with the other party, and the opposing party shall promptly file a reply.

The court **SCHEDULES** a pretrial conference for Wednesday, **April 11, 2018, 2:30 p.m., EDT**. The parties may appear by telephone for the conference. Unless otherwise notified, the court will contact Mr. Stephens at (425) 453-6206, Ms. Fex at (202) 841-1451, Ms. Nesbitt at (202) 305-0457, and Mr. Gette at (202) 305-1461.

As discussed at the June 1, 2017 status conference, plaintiffs' motion for a determination of jurisdiction to determine adverse possession is **DENIED** as premature.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**